PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ANDREW K. PARKHURST (324173)
andrew.parkhurst@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:       650.233.4500
Facsimile:       650.233.4545

Attorneys for Defendants,
BLOOM INSTITUTE OF TECHNOLOGY;
AUSTEN ALLRED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULLER, et al.<br><br>             Plaintiffs,<br><br>     vs.<br><br>BLOOM INSTITUTE OF TECHNOLOGY, et al.<br><br>             Defendants. | Case No. 3:23-CV-01440-AGT<br><br>**DEFENDANT BLOOM INSTITUTE OF TECHNOLOGY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS UNDER 12(b)(6)**<br><br>Date:     May 19, 2023<br>Time:    10:00 a.m.<br>Dept:    Courtroom A, 15th Floor<br>Judge:   Magistrate Judge Alex G. Tse |

1   Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, Defendant Bloom Institute of
2   Technology ("Defendant"), hereby requests that this Court take judicial notice of the documents, and
3   allegations made therein, listed below as part of its determination of Defendant's Motion to Dismiss
4   under Rule 12(b)(6).

5   1.  "The Court may take judicial notice of matters that are either 'generally known within
6   the trial court's territorial jurisdiction' or 'can be accurately and readily determined from sources
7   whose accuracy cannot reasonably be questioned.'" *Nat'l Urb. League v. Ross*, 508 F. Supp. 3d 663,
8   678 (N.D. Cal. 2020), *quoting* Fed. R. Evid. 201(b).  Courts may take judicial notice of information
9   shown on government websites, such as the "Government Accountability Office ('GAO'), Census
10  Scientific Advisory Committee ('CSAC'), and Department of Commerce Office of Inspector
11  General ('OIG')." *Nat'l Urb. League*, 508 F. Supp. 3d at 678, *citing Paralyzed Veterans of Am. v.*
12  *McPherson*, 2008 WL 4183981, at **5-6 (N.D. Cal. Sept. 9, 2008) (citing circuit and district court
13  cases).  "However, to the extent any facts in the documents subject to judicial notice are subject to
14  reasonable dispute, the Court will not take judicial notice of those facts." *Id.*
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2. Defendant requests judicial notice of pages accessible through the California Bureau for Postsecondary Education ("BPPE") website and the resources made available by the BPPE to the public through the website. As part of this request, Defendant attaches hereto **Exhibit 1** true and correct copies of three webpages viewable on the BPPE website (accessible generally here: https://bppe.ca.gov/ (last visited April 12, 2023)) as exemplars of resources available to the public. The exemplars include webpages where a person accessing the BPPE website can (1) search the BPPE's database regarding the enrollment status of a given school; (2) locate information about enforcement actions taken by the BPPE, including by looking up a given school on a list of past and present enforcement actions; and (3) access and review a host of applicant data about schools under the BPPE's purview made public by the California Department of Consumer Affairs, which is linked to, and accessible from, the BPPE's website.

Dated: April 12, 2023

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ *Patrick Hammon*
PATRICK HAMMON
ANDREW PARKHURST

Attorneys for Defendants,
BLOOM INSTITUTE OF TECHNOLOGY;
AUSTEN ALLRED

# EXHIBIT 1



File a Complaint   Forms



 

# Approved Institutions

**Bureau Institution Search**

Welcome to BPPE's Schools Search Site. This dynamic, interactive section of our Web site will allow you to find specific information about all Bureau-approved* schools. The results will include the school's name, the approved programs, the physical address, and mailing address for each main and branch location for each institution that fits your search criteria. Below, there are four different search methods to make your school research efforts quick, efficient and thorough. Please explore all methods to find which one is best for you. Should you have difficulty with this search page, please contact the BPPE by e-mail at bppe@dca.ca.gov. (Schools may also use the above e-mail address to report discrepancies with their respective institution's information.)

The information reflected on BPPE's web pages is current as of the effective date reflected on each search results page. Use this only as a guide. To confirm a school's approval status, call (916) 574-8900.

* "Approval" or "approval to operate" means that the Bureau has determined and certified that an institution meets minimum standards established by the Bureau for integrity, financial stability, and educational quality, including the offering of bona fide instruction by qualified faculty and the appropriate assessment of students' achievement prior to, during, and at the end of its program.

**Example:**
You know the school is called "Academy of", but you do not know the rest. School Name:   **academy**

School Name:

**Examples:**
Search for truck driving schools in Fresno. Program Keyword:   **truck**

Search for a BA in Psychology. Program Keyword:   **psychology**

Program Keyword:

City: (optional)

| Select City | ⌄ |
|---|---|

County: (optional)

| Select County | ⌄ |
|---|---|

| Search |
|---|

Back to Top

Conditions of Use

Privacy Policy

Accessibility

Contact Us

Copyright © 2023 State of California

School Verification    File a Complaint    Forms    Contact Us    Translate:    Select Language ▼     Settings





# Enforcement

> About the Enforcement Section

> 2016 Annual Report of Enforcement Actions

## Compliance Inspections and Disciplinary Actions

> Compliance Inspections

> Compliance Inspection Results

> Disciplinary Actions

> Disciplinary Actions by Accrediting Agencies

> Administrative Actions by USDOE

> Civil and Criminal Cases Filed by Other Entities

> Compliance Workshop Information

> Denied School Listing

> Frequently Asked Questions

> How to File a Complaint

> State Authorization Complaint Contracting for Independent Institutions

> Understanding the Disciplinary Process

Back to Top    Conditions of Use

Privacy Policy    Accessibility

Contact Us

Web Accessibility Certification

Copyright © 2023 State of California

**Announcement:** New look coming to the California Department of Consumer Affairs (DCA) in 2023. **Read the important announcement here.**

DCA licensed professionals are being targeted by a new scam. **Read the fraud alert here.**



Search  Disclaimer  About Us

Contact Us  Translate this site:

Select Language

Settings

The California Department of Consumer Affairs (DCA) Open Data Portal contains non-confidential aggregate statistical data in a user-friendly format covering many of DCA's core activities such as, Licensing, Renewals, Applications, and Enforcement. The data portal provides access to view, interact, analyze, and download data for any active DCA Board or Bureau. We invite all to search, explore, and engage with our data.

Explore



DCA Fiscal Year 2021 License Population Statistics

Active Licenses

# 3.4M

0.4% Decrease

New Licenses

249K

0.7% Decrease

Licenses Renewed

1.4M

4.6% Increase

License Applications

335K

4.0% Increase

DCA Entities

36

1 Decrease



## Application Statistics

Annual aggregate application statistics for all active DCA entities

VIEW DATA



## Licensing Statistics

Annual aggregate licensing statistics for all active DCA entities

VIEW DATA



## Enforcement Statistics

Quarterly Enforcement Statistics for all active DCA entities

VIEW DATA



## License Exam Statistics

License exam data and analysis for select DCA entities

VIEW DATA



## Interactive Maps

Annual applications, licensing, and enforcement statistics by California geographic areas

VIEW DATA



## Licensee Lists

Comprehensive lists of professional licensees for all DCA entities in standard file format

VIEW DATA



## License Search

Conduct a real-time search for an individual or organization with a DCA issued license

VIEW DATA



## All Data Sets

A complete list of all available datasets and extracts available on the DCA data portal

VIEW DATA

Back to Top

Conditions of Use

Privacy Policy

Accessibility

Contact Us

Web Accessibility Certification

Copyright © 2023 State of California