JUSTIN T. BERGER (SBN 250346)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jberger@cpmlegal.com

ALEXANDER S. ELSON
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
Telephone: (202) 734-7495
alex@defendstudents.org

DAVID BALTMANIS
**MINER, BARNHILL & GALLAND, P.C.**
325 N. La Salle St., Suite 350
Chicago, IL 60654
Telephone: (312) 751-1170
dbaltmanis@lawmbg.com

RYAN MILLER
**MINER, BARNHILL & GALLAND, P.C.**
44 E. Mifflin St., Suite 803
Madison, WI 53703
Telephone: (608) 255-5200
rmiller@lawmbg.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FULLER, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BLOOM INSTITUTE OF TECHNOLOGY, et al.,<br><br>    Defendants. | Case No. 3:23-CV-01440-AGT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND FOR FEES AND COSTS**<br><br>Date:  May 19, 2023<br>Time:  10:00 a.m.<br>Dept.  Courtroom A, 15th Floor<br>Judge:  Magistrate Judge Alex G. Tse |

1  The hearing on the motion of Plaintiffs, Jessica Fuller, Alexander Goncalves, Brett McAdams, and Quinn Molina, to remand and for fees and costs came on regularly for hearing by the Court on May 19, 2023, in the above-titled court, before the Honorable Magistrate Alex G. Tse.

After hearing, the matter was submitted to the Court for ruling. The Court, having read and considered the supporting and opposing points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore, makes the following orders:

IT IS ORDERED that Plaintiffs' motion to remand is hereby GRANTED, and this matter shall be remanded to the Superior Court of the State of California, County of San Francisco. IT IS FURTHER ORDERED that Plaintiffs' motion for fees and costs is hereby GRANTED.  The parties shall meet and confer in good faith to reach agreement on the amount of fees and costs incurred in bringing Plaintiffs' motion.  If the parties are unable to agree, Plaintiffs are to submit a petition detailing the fees and costs sought to this Court within \_\_\_\_ days of this order.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND FOR FEES AND COSTS** Case No. 3:23-CV-01440-AGT