1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ANDREW K. PARKHURST (324173)
andrew.parkhurst@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:        650.233.4500
Facsimile:        650.233.4545

Attorneys for Defendants,
BLOOM INSTITUTE OF TECHNOLOGY;
AUSTEN ALLRED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FULLER, et al., | Case No. 3:23-CV-01440-AGT |
| Plaintiffs, | **DEFENDANTS BLOOM INSTITUTE OF TECHNOLOGY'S AND AUSTEN ALLRED'S AMENDED NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO THE CLASS ACTION FAIRNESS ACT UNDER 28 U.S.C. §§ 1332(d), 1441, AND 1446** |
| vs. | |
| BLOOM INSTITUTE OF TECHNOLOGY, et al., | |
| Defendants. | |

## AMENDED NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS JESSICA FULLER; ALEXANDER GONCLAVES; BRETT MCADAMS; AND QUINN MOLINA AND THEIR ATTORNEYS OF RECORDS:**

**PLEASE TAKE NOTICE** that Defendants Bloom Institute of Technology, formerly d/b/a Lambda School, and Austen Allred (collectively "Defendants") file this Amended Notice of Removal.  The above-entitled case is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(d) (referred to hereinafter as the Class Action Fairness Act ("CAFA")).  Defendants assert the following grounds for removal under CAFA:

1.      The action involves at least one member of the putative class of Plaintiffs who is a citizen of a state different from any of the Defendants;

2.      Based on the proposed class described in the Complaint, Plaintiffs have plausibly alleged a putative class with an amount in controversy that exceeds the sum of $5,000,000, exclusive of interests and costs.

3.      Based on the proposed class described in the Complaint, Plaintiffs have plausibly alleged a putative class that includes more than 100 individuals.

4.      Based on the proposed class described in the Complaint, Plaintiffs have plausibly alleged a putative class wherein two-thirds or more of the individuals they identify are citizens of a state other than California (i.e., less than one third of the proposed putative class members Plaintiffs identify are citizens of California).

5.      This case is removable under 28 U.S.C. §§ 1332(d), 1441, and 1446.  Removal to this Court is proper because it is part of the "district and division" embracing the place where the state court action is pending.  *See* 28 U.S.C. § 1441(a).

## NATURE OF THIS LAWSUIT

6.      On or about March 16, 2023, Plaintiffs Jessica Fuller, Alexander Gonclaves, Brett McAdams, and Quinn Molina (collectively "Plaintiffs") commenced the aforementioned action against Defendants by filing a Complaint in the Superior Court of the State of California, County of San Francisco, entitled *Jessica Fuller et al. v. Bloom Institute of Technology, et al.*, Case No. CGC-

23-605179 (hereinafter the "State Court Action").

7.      On March 27, 2023, Defendants filed an initial notice of removal to the District Court for the Northern District of California.  (Dkt. 1.)  Defendants' earlier notice of removal indicated that a separate and appropriate basis for the Court's jurisdiction was under CAFA.  (*Id.*)  As set forth above, the requirements of CAFA are met and, thus, out of an abundance of caution, Defendants are hereby filing an amended notice of removal reiterating that, and elaborating as to why, a separate basis for removal exists under CAFA.  Although Defendants contend that the appropriate forum for this case is arbitration, as indicated by their Motion to Compel Arbitration filed on April 12, 2023 (Dkt. 10), and do not waive their right to challenge Plaintiffs' request for class wide relief, to the extent the Court does not compel arbitration, Defendants timely removed and now timely amend their notice of removal with respect to this case.

## THE PARTIES SATISFY MINIMUM DIVERSITY AS REQUIRED UNDER CAFA

8.      Plaintiff Jessica Fuller is a Resident of the State of Washington.  Plaintiff Alexander Gonclaves is a Resident of the State of Pennsylvania.  Plaintiff Brett McAdams is a Resident of the State of Florida.  Plaintiff Quinn Molina is a Resident of the State of Washington.

9.      Defendant BloomTech Inc., is a corporation registered in the State of Delaware with its headquarters and principal place of business located in the State of California.  Plaintiffs allege that Defendant Austen Allred is a Resident of the State of California.

10.      Minimum diversity exists as between at least one class Plaintiff and any one of the Defendants in the matter filed in the State Court Action. [1]

11.      Furthermore, based on Plaintiffs' State Court Action, they purport to represent the interests of a putative class of individuals that they plead includes "All persons who enrolled at Lambda and: (i) entered into an ISA, retail installment contract, deferred tuition plan, or any other tuition payment plan with an arbitration clause that contains a carve-out for any proceeding commenced by either party seeking an injunction or any other equitable remedy or (ii) who otherwise did not sign any such agreements with an arbitration clause, or opted out of one; and (iii)

---

[1] Defendant Austen Allred contests the claim that he is a resident of the State of California, however, under no circumstance would he be regarded as a resident of any of the states where Plaintiffs reside such that complete diversity would not exist.

1  who have not yet had their ISA, retail installment contract, deferred tuition plan, or other tuition

2  payment plan cancelled and all payments made to Lambda refunded." (Compl., ¶ 142.)  Based on

3  Defendants' putative class identification, Plaintiffs have plausibly alleged a putative class that is (1)

4  sufficiently numerous in that it comprises significantly more than 100 individuals, and (2)

5  sufficiently numerous as a class of individuals residing outside of the forum in that less than one-

6  third of the members of the putative class are citizens of California.

7  **THE "AMOUNT IN CONTROVERSY" REQUIREMENT IS SATISFIED**

8  12.  Although the specific amount Plaintiffs seek to recover through the State Court

9  Action is not specifically pleaded, Defendants assert based on the allegations contained in the

10  Complaint, and the description of the proposed putative class, the amount in controversy is

11  $5,000,000 or more.  Among other things, Plaintiffs allege that they were indebted to one or more

12  Defendants in amounts of "up to $30,000" (*see* Complaint, ¶¶ 3, 47, 110, 112, 119, 136, 173).  With

13  respect to the putative class described in the Complaint, Plaintiffs seek to cancel or otherwise

14  prevent collection on the ISAs and an order that Defendants be required to repay all amounts paid

15  pursuant to such ISAs.  (Compl., ¶¶ 9-10.)  Based on Plaintiffs' allegations in the Complaint, and

16  their description of the putative class, Plaintiffs have plausibly alleged a putative class with a total

17  amount in controversy greater than $5,000,000.

18  13.  In addition, Plaintiffs and members of the putative class seek to recover attorney's

19  fees.  (*See* Compl., ¶ 13.)  Attorney's fees for a nation-wide class action with a substantial amount in

20  controversy will undoubtedly reach hundreds of thousands of dollars, if not well over a million

21  dollars.  *Greene v. Harley-Davidson, Inc.*, 965 F.3d 767, 774,fn. 4) (9th Cir. 2020) (finding

22  attorney's fees assumption of 25 percent of the total amount in controversy if plaintiff were to

23  prevail as a reasonable in meeting the amount in controversy requirement under CAFA).

24  14.  Accordingly, the "amount in controversy" requirement is satisfied.  *Dart Cherokee*

25  *Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal

26  need include only a plausible allegation that the amount in controversy exceeds the jurisdictional

27  threshold.").

28  *///*

1

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

2

15.     This amended notice of removal is timely because it is being filed within 30 days of

3

the date of service shown on the return of service.  (*See* **Exhibit A**; 28 U.S.C. § 1446.)

4

16.     Defendants have re-attached true and correct copies of the pleadings and other papers

5

filed in the State Court Action hereto as **Exhibit A**.

6

17.     Contemporaneous with the filing of this notice, Defendants will also file a copy of

7

this amended notice with the San Francisco County Superior Court Clerk, in accordance with 28

8

U.S.C. § 1446.

9

**CONCLUSION**

10

18.     Through this submission, Defendants respectfully amend their notice of removal.

11

19.     For the foregoing reasons, Defendants request that this Court proceed with the

12

handling of this case as if it had been originally filed here and that further proceedings in San

13

Francisco County Superior Court be terminated.

14

15

16

Dated: April 19, 2023                    PILLSBURY WINTHROP SHAW PITTMAN LLP

17

 */s/ Patrick Hammon*

18

By:   PATRICK HAMMON
        ANDREW K. PARKHURST

19

Attorneys for Defendants
BLOOM INSTITUTE OF TECHNOLOGY;

20

AUSTEN ALLRED

21

22

23

24

25

26

27

28

**EXHIBIT A**

JUSTIN T. BERGER (SBN 250346)
jberger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

ALEXANDER S. ELSON
(*Pro Hac Vice* Application forthcoming)
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
Telephone: (202) 734-7495
alex@defendstudents.org

DAVID BALTMANIS
(*Pro Hac Vice* Application forthcoming)
**MINER, BARNHILL & GALLAND, P.C.**
325 N. La Salle St., Suite 350
Chicago, IL 60654
Telephone: (312) 751-1170
dbaltmanis@lawmbg.com

RYAN MILLER
(*Pro Hac Vice* Application forthcoming)
**MINER, BARNHILL & GALLAND, P.C.**
44 E. Mifflin St., Suite 803
Madison, WI 53703
Telephone: (608) 255-5200
rmiller@lawmbg.com

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**03/16/2023**
**Clerk of the Court**
**BY: JEFFREY FLORES**
**Deputy Clerk**

**CGC-23-605179**

*Attorneys for Plaintiffs and the Proposed Class*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| JESSICA FULLER; ALEXANDER GONCALVES; BRETT MCADAMS; and QUINN MOLINA,<br><br>        Plaintiffs,<br><br>     v.<br><br>BLOOM INSTITUTE OF TECHNOLOGY, formerly d/b/a Lambda School; AUSTEN ALLRED, in his individual capacity; and DOES 1 through 9,<br><br>        Defendants. | CASE NO.<br><br>**VERIFIED CLASS ACTION COMPLAINT FOR EQUITABLE RELIEF BASED ON**:<br><br>1. **VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT (Cal. Civ. Code §§ 1750, et seq.)**<br><br>2. **VIOLATIONS OF THE UNFAIR COMPETITION LAW (Cal. Bus. & Prof. Code §§ 17200, et seq.)**<br><br>3. **VIOLATIONS OF THE FALSE ADVERTISING LAW (Cal. Bus. & Prof. Code §§ 17500, et seq.)** |

**VERIFIED CLASS ACTION COMPLAINT**

# **TABLE OF CONTENTS**

**Page No.**

I.  SUMMARY OF THE CASE ..................................................................................1

II.  THE PARTIES ...................................................................................................3

III.  JURISDICTION AND VENUE...........................................................................3

IV.  FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS ...............................4

    A.  LAMBDA BACKGROUND ....................................................................4

    B.  UNTIL AUGUST 17, 2020, LAMBDA OPERATED WITHOUT STATE
        APPROVAL, IN VIOLATION OF CALIFORNIA LAW ...............................6

    C.  LAMBDA'S FALSE AND MISLEADING JOB PLACEMENT RATES.....................9

        1.  False and misleading job placement rates on Lambda's website and outcomes
            reports....................................................................................................9

        2.  Mr. Allred's false and misleading statements about job placement on
            Twitter ..................................................................................................18

        3.  While inflating its job placement rates, Lambda misrepresents that it only
            gets paid once students do....................................................................19

    D.  LAMBDA ENGAGED—AND STILL ENGAGES—IN THE UNLAWFUL
        BUSINESS PRACTICE OF UNLICENSED LENDING ............................................20

    E.  PLAINTIFFS ATTEND LAMBDA, ATTRACTED BY HIGH JOB
        PLACEMENT RATES ...............................................................................22

        1.  Plaintiff Jessica Fuller .......................................................................22

        2.  Plaintiff Alexander Goncalves ............................................................24

        3.  Plaintiff Brett McAdams .....................................................................25

        4.  Plaintiff Quinn Molina .......................................................................27

V.  CLASS ACTION ALLEGATIONS ...................................................................28

VI.  CAUSES OF ACTION ......................................................................................31

FIRST CAUSE OF ACTION
Violations of California's Consumer Legal Remedies Act
Cal. Civ. Code §§ 1750, *et seq.*
(All Defendants).....................................................................................................31

SECOND CAUSE OF ACTION
Violations of California's Unfair Competition Law
Cal. Bus. & Prof. Code §§ 17200, *et seq.*
(All Defendants).....................................................................................................32

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

THIRD CAUSE OF ACTION
Violations of California's False Advertising Law
Cal. Bus. & Prof. Code §§ 17500, *et seq.*
(All Defendants)..................................................................................34

VII.   PRAYER FOR RELIEF..........................................................................35

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs Jessica Fuller, Alexander Goncalves, Brett McAdams, and Quinn Molina ("Plaintiffs"), by and through their attorneys, allege as follows:

## I. SUMMARY OF THE CASE

1. Bloom Institute of Technology, formerly known as Lambda School ("Lambda"), is a for-profit, unaccredited computer coding bootcamp that opened in 2017, audaciously promising to revolutionize higher education. Unlike traditional higher education, with its high debt load, uncertain job prospects, and structural indifference to job outcomes, Lambda claimed its approach would be different. By its telling, Lambda would not only teach students coding, but would connect students with tech jobs, and require tuition payments only after students got qualifying jobs—accomplished by having them sign Income Share Agreements ("ISAs") before enrolling. Lambda and its CEO, Austen Allred, trumpeted ISAs as a disruptive, revolutionary approach to education financing, promising students that, because they paid nothing until they found a job, Lambda was equally invested in students' ultimate job market success.

2. As evidence that Lambda's model worked, it promoted lofty job placement rates. For the last several years, Lambda has prominently displayed job placement rates of 74 to 90 percent across its website, social media pages, and online advertisements. In time, Lambda's aggressive marketing, touting that the vast majority of its students get well-paying tech jobs, swelled its enrollment to thousands of students.

3. But Lambda's entire marketing pitch was based on a series of misrepresentations. While Lambda publicly flaunted job placement rates of 74 to 90 percent, it revealed to its private investors that the true rates were far lower, ranging from 27 to 50 percent. While Lambda's public marketing emphasized how the school was invested in students' success, claiming that Lambda wouldn't get paid unless students did, in reality Lambda sold off the rights to collect on students' future income to private investors. Lambda even misrepresented that it had state approval to operate when, in fact, it did not. Through these misrepresentations, Lambda ensnared thousands of students in its scheme to extract (or sell off the rights to extract) up to $30,000 from each students' future earnings.

4. Plaintiffs, four such students, bring this class action complaint, on behalf of themselves and a class of similarly situated persons, against Lambda, Lambda's co-founder and CEO, Austin

**VERIFIED CLASS ACTION COMPLAINT**        1

Allred, in his personal capacity, and John Does 1–9 for violations of the California Consumer Legal Remedies Act ("CLRA"), California Civil Code § 1750, *et seq.*, Unfair Competition Law ("UCL"), California Business and Professional Code §17200, *et seq.*, and False Advertising Law ("FAL"), California Business and Professional Code § 17500, *et seq.*

5.     Plaintiffs bring this action to hold Defendants accountable for: (i) falsifying and misrepresenting Lambda's job placement rates, and misrepresenting and concealing the true nature of Lambda's financial interest in students' success, including by falsely representing that Lambda only got paid after students found employment and got paid; (ii) misrepresenting and concealing from students that, until August 17, 2020, Lambda did not have the necessary approval from the California Bureau for Postsecondary Education ("BPPE") to operate as a school, and was under order by the BPPE to cease operations, stop enrolling students, cease all instructional services, and submit a closure plan; (iii) in violation of California law, enrolling, signing ISAs or other tuition payment plans with and providing educational services to students before Lambda obtained the BPPE's approval to operate; and (iv) in violation of California law, engaging in the unlawful business practice of unlicensed lending.

6.     Plaintiffs and members of the proposed class are current and former Lambda students who either (1) entered into ISAs, retail installment contracts, deferred tuition plans, or other tuition plans (hereinafter "ISAs" or "tuition payment plans") with an arbitration clause that contains a carve-out for proceedings "commenced by either party seeking an injunction . . .  or any other equitable remedy," or (2) enrolled at Lambda without signing (or opting out of) an arbitration clause and class action waiver. On information and belief, this includes students who enrolled at Lambda from on or around March of 2020 to the present.[1]

7.     Plaintiffs and members of the proposed class enrolled at Lambda under false pretenses. Plaintiffs seek declaratory and injunctive relief to cancel their ISAs and the ISAs/tuition payment plans of all class-members, to declare the ISAs/tuition payment plans null and void, to require equitable restitution of all payments made to Lambda, and for additional relief. They also seek public injunctive

---

[1] While the ISAs and other tuition payment plans from March 2020 to the present contain arbitration clauses and class action waivers, neither apply to this proceeding.

VERIFIED CLASS ACTION COMPLAINT                                                      2

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

relief, including enjoining Defendants from misrepresenting job placement rates, and collecting on any ISA or other tuition payment plan entered into while Defendants engaged in such misrepresentations.

**II.    THE PARTIES**

8.      Plaintiff Jessica Fuller is a resident of Lakewood, Pierce County, Washington. She signed her ISA on April 22, 2020. She was enrolled as a student at Lambda from June 2020 until September 2020, at which point she withdrew from her program. Plaintiff Fuller's ISA is attached as Exhibit A.

9.      Plaintiff Alexander Goncalves is a resident of Philadelphia, Philadelphia County, Pennsylvania. He signed his ISA on May 20, 2020. He was enrolled as a student at Lambda from June 2020 until January 2021, at which point he graduated from his program. Plaintiff Goncalves's ISA is attached as Exhibit B.

10.     Plaintiff Brett McAdams is a resident of Apopka, Orange County, Florida. He signed his ISA on June 15, 2020. He was enrolled as a student at Lambda from July 2020 until March 2021, at which point he graduated from his program. Plaintiff McAdams's ISA is attached as Exhibit C.

11.     Plaintiff Quinn Molina is a resident of Olympia, Thurston County, Washington. He signed his ISA on January 8, 2021. He was enrolled as a student at Lambda from January 2021 to May 2022, at which point he graduated from his program. Plaintiff Molina's ISA is attached as Exhibit D.

12.     Defendant Lambda is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 250 Montgomery Street, Floor 16, San Francisco, California 94104.

13.     Defendant Austen Allred is Lambda's founder and CEO. Upon information and belief, Mr. Allred resides in San Francisco, California.

14.     Defendants John Does 1-9 are officers and/or directors of Lambda as well as individuals, corporations, or other entities who may own all or a portion of Plaintiffs' and class members' ISAs or other tuition payment plans or another financial interest in such ISAs or tuition payment plans.

**III.    JURISDICTION AND VENUE**

15.     This Court has subject matter jurisdiction because each cause of action asserted herein arises under the laws of the State of California.

16.     This Court has personal jurisdiction over Defendants because Defendant Lambda's principal place of business is in the County of San Francisco, California; Defendant Allred, upon information and belief, resides in the County of San Francisco, California; and Defendants have caused injuries in the County of San Francisco and the State of California through their acts, and by their violation of the UCL, FAL, and CLRA.

17.     Venue is proper in the County of San Francisco pursuant to Cal. Civ. Proc. Code §§ 395(a) and 395.5.

## IV.     FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

### A.     LAMBDA BACKGROUND

18.     Lambda is a private, for-profit online coding school founded in 2017 by its current CEO, Austen Allred. Lambda provides online six and twelve-month computer science courses. It is not a degree-granting institution, and is not accredited. Students cannot take out federal student loans to attend Lambda.

19.     At all times relevant to this complaint, Lambda charged between $21,000 and $30,000 for its program, more than double the reported average price of online coding bootcamps.[2]

20.     As Lambda's CEO, Mr. Allred was the company's primary decisionmaker, in a position of control over daily operations and aware of the company's public representations and status with the BPPE.

21.     As Lambda's CEO, Mr. Allred also benefited personally from the tuition paid by Plaintiffs and members of the class.

22.     Lambda marketed itself prominently as a place where students learn the skills necessary to obtain employment in the competitive computer technology job market. In Mr. Allred's words, most students come to Lambda with "no network" and are "from either inner cities or rural areas."[3]

---

[2] *See* Cecilia Clark, *How Much is Coding Boot Camp?* Nerdwallet (June 21, 2022, 10:53 AM), https://www.nerdwallet.com/article/loans/student-loans/how-much-is-coding-bootcamp.

[3] *See* Y Combinator, *A CS Education That's Free Until You Get a Job - Austen Allred of Lambda School*, YouTube (Apr. 3, 2019) at 9:10 (hereinafter "Y Combinator Interview"), https://www.youtube.com/watch?v=_yIAYZtdrfI&t=551s.

VERIFIED CLASS ACTION COMPLAINT                                                                 4

23.     Lambda has long touted "experienced industry expert" instructors and a top-of-the-line curriculum that is "designed to get you hired." On April 3, 2019, Mr. Allred stated that Lambda's "educational experience is, I think, among the best in the world."[4]

24.     Lambda's business model is predicated on convincing prospective students to pay a large amount of tuition by promising them that they will not owe anything unless and until they find a job that pays $50,000 or more per year.

25.     Lambda carries out this model by entering into ISAs with students. As Lambda describes it: "A Lambda School ISA is a contract under which you agree to pay 17% of your post-Lambda School salary for 24 months, but only once you're making more than $50,000 per year (or the equivalent of $4,166.67 per month). The ISA is capped at a maximum repayment of $30,000, so you won't pay more than $30,000 under any circumstances."[5]

26.     Lambda ISAs are managed by third-party servicers who handle ISA origination and payment processing.[6] The ISAs at issue in this case are serviced by Meratas, a loan-servicing company headquartered in Stamford, Connecticut.

27.     By April 2019, Lambda was growing at "an insane pace." As Mr. Allred explained:

> We agreed as a team to no longer share the number of students that we have enrolled, but it is not a small number and it is growing at an insane pace. We'll soon be measuring Lambda School scale by percentage of the overall number of students learning to program every year, to give you some context. And being able to support that kind of scale effectively is what keeps me up at night. Mostly specifically hiring, mostly hiring executives right now who can build out 100, 150 person teams beneath them . . . and we need like 5 of them yesterday.[7]

28.     Although Lambda may not have wanted to share its enrollment data publicly, in a May 2019 memorandum to its investor Y Combinator, Lambda executives stated:

> When a Lambda School student is hired for $75k/yr, they pay us back approximately $25k. At 4,000 placed software engineers/year we'll hit a $100mm/yr run rate. In 2019 we'll

---

[4] *Id.* at 15:05.
[5] *The Lambda School Income Share Agreement*, Lambda School Website (scroll to FAQs "What is an ISA and how does it work"), [archived by the Wayback Machine (Dec. 16, 2020), https://web.archive.org/web/20201216131833/https://lambdaschool.com/tuition/isa].
[6] *The Lambda School Income Share Agreement*, Lambda School Website (scroll to FAQs "Who are Meratas and Leif"), [archived by the Wayback Machine (Dec. 16, 2020), https://web.archive.org/web/20201216131833/https://lambdaschool.com/tuition/isa].
[7] Y Combinator Interview at 47:50.

**VERIFIED CLASS ACTION COMPLAINT**                                                          5

enroll over 3,000 students. In May 2019 well [sic] enroll over 500. We plan on enrolling more than 10,000 students in 2020.

29.     Mr. Allred attributed Lambda's growth in part to his active personal Twitter account, stating in January 2020 that his frequent tweets have "certainly helped Lambda school grow."[8]

30.     Mr. Allred also stated: "If there's one thing I'm good at in life, it's growing something quickly, building hype for something quickly. That's kind of my superpower."[9]

**B.     UNTIL AUGUST 17, 2020, LAMBDA OPERATED WITHOUT STATE APPROVAL, IN VIOLATION OF CALIFORNIA LAW**

31.     As a California company with its headquarters and principal place of business in San Francisco, Lambda is subject to the laws of the state of California. One of those laws, California Education Code § 94886, bars private postsecondary educational intuitions from doing business without "approval to operate."

32.     Another, Section 94917, provides that when educational institutions violate this law, any "note, instrument, or other evidence of indebtedness relating to payment" for its programs is "not enforceable."

33.     All Lambda tuition payment plans, including ISAs, are a "note, instrument, or other evidence of indebtedness relating to payment for educational program[s]," under the California Education Code.

34.     On March 20, 2019, the BPPE issued a "Citation: Assessment of Fine and Order of Abatement" ("Citation") to Lambda. The Citation found that Lambda was "operating without Bureau approval," in violation of the California Education Code. A copy of the Citation is attached hereto as Exhibit E.

35.     In the Citation, the BPPE ordered that Lambda "cease to operate as a private postsecondary educational institution" and "submit a school closure plan." The Citation further required Lambda to "discontinue recruiting or enrolling students and cease all instructional services and advertising in any form or type of media, including the https://lambdaschool.com and any other

---

[8] Vincent Woo, *Interview with Austen Allred*, Soundcloud (Jan. 22, 2020) at 42:10 (hereinafter "Woo Interview"), https://soundcloud.com/vwoo/interview-with-austen-allred.
[9] Y Combinator Interview at 22:25.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

websites not identified here that are associated with the Institution, until such time as an approval to operate is obtained from the Bureau."

36.     On May 14, 2019, Lambda submitted its application to the BPPE seeking approval to operate.

37.     Lambda appealed the Citation and, on July 24, 2019, the BPPE issued an "Appeal of Citation Informal Conference Decision: Citation Affirmed" (the "Citation Affirmance"). The BPPE affirmed the Citation because "[n]o new substantive facts were presented," and thus, Lambda was required to "comply with the orders described in the 'Violation Code Sections' of this document and submit evidence of compliance within 30 days from the date of this decision." Citation Affirmance at 1–3. A copy of the Citation Affirmance is attached hereto as <u>Exhibit F</u>.

38.     In direct violation of California law, the Citation, and the Citation Affirmance, Lambda continued to operate, advertise its educational services to the public, and enroll students.

39.     On August 21, 2019, the BPPE denied Lambda's May 14, 2019 application, stating in a letter to Lambda that it was "unable to grant approval." A copy of the August 21 order is attached hereto as <u>Exhibit G</u>.

40.     On November 25, 2019, the BPPE issued an order denying Lambda's updated application for approval, explaining that "at this time the Bureau is unable to grant approval, based on the requirements of the California Education Code." A copy of the November 25 order is attached hereto as <u>Exhibit H</u>.

41.     On June 22, 2020, the BPPE issued yet another order denying Lambda's further updated application for approval to operate, stating that "the Bureau cannot at this time approve Lambda's application." A copy of the June 22 order is attached hereto as <u>Exhibit I</u>.

42.     The June 22, 2020 order also found that Lambda's ISAs constitute "an instrument or evidence of indebtedness" under the California Education Code. *Id.* at 5.

43.     On August 17, 2020, the BPPE issued an order approving Lambda's application. The approval letter stated that the BPPE had completed its review of Lambda's "Application for Approval to Operate," including "supplemental documentation" received on August 14, 2020. The BPPE found

1   that "[a]pproval to operate is granted *effective August 17, 2020*." (emphasis added). A copy of the

2   August 17 order is attached hereto as <u>Exhibit J</u>.

3         44.    From at least May 2019 until Lambda was approved on August 17, 2020, Lambda's

4   course catalogs falsely stated that Lambda was approved by the BPPE. In at least three versions of the

5   2019 and 2020 catalogs—revised in May 2019, September 2019, and July 2020 (all prior to Lambda's

6   approval)—Lambda falsely stated the following:

7           **APPROVALS**

8           Lambda School is a private institution *approved to operate* by the California Bureau for
        Private Postsecondary Education. Approval to operate means the institution is compliant

9           with the minimum standards contained in the California Private Postsecondary Education
        Act of 2009 (as amended) and Division 7.5 of Title 5 of the California Code of

10           Regulations.

11   *See* <u>Exhibit K</u> (Excerpts of Three Versions of Lambda Course Catalogs for 2019 and 2020 at 5)

12   (emphasis added)).

13         45.    During the time Lambda was seeking the BPPE's approval, Mr. Allred engaged in a

14   public misinformation campaign about Lambda's legal status. For example, in August 2019, Mr. Allred

15   told Business Insider that Lambda was working with the BPPE to obtain approval and that the order had

16   been stayed while the application was pending. Mr. Allred stated that "[b]ecause we're talking with

17   BPPE, it doesn't affect students at all."[10] This was false.

18         46.    In truth, the Citation and Citation Affirmance were not stayed, multiple of Lambda's

19   applications had been denied, and Lambda's future was uncertain. In August 2020, a public information

20   officer with California's Department of Consumer Affairs told Business Insider "that there is no stay on

21   the order, and that if Lambda School is still operating while its registration is pending, it would be in

22   violation of state law."[11]

23

24

---

25   [10] Rosalie Chan, *The hot Silicon Valley coding bootcamp Lambda School is paying a $75,000 fine for
not registering properly with the state of California*, Business Insider (Aug. 29, 2019, 6:32 PM),

26   https://www.businessinsider.com/lambda-school-coding-bootcamp-california-bppe-2019-8.

27   [11] Rosalie Chan, *A California official says red-hot coding bootcamp Lambda School is violating state
law if it operates without the right registration — but the company insists classes can go on*, Business

28   Insider (Aug. 30, 2019, 8:54 PM), https://www.businessinsider.com/lambda-school-california-state-
law-coding-bootcamp-y-combinator-2019-8.

**VERIFIED CLASS ACTION COMPLAINT**              8

47.     Had the plaintiffs who signed their ISAs prior to August 17, 2020, been aware that Lambda was operating without a license, and that its future legal status was uncertain, they would not have signed an ISA that indebted them for up to $30,000 of tuition at Lambda.

48.     As set forth herein, Plaintiffs seek to represent a BPPE Subclass, comprising students who entered into an ISA or other tuition payment plan prior to the BPPE's August 17, 2020, approval, whose ISAs contain an arbitration clause with a carve-out for any proceeding commenced by either party seeking an injunction or any other equitable remedy.

49.     All such tuition payment plans, including ISAs, constitute a "note, instrument, or other evidence of indebtedness relating to payment for [students'] educational program," under the California Education Code, and therefore, as a matter of law, are "not enforceable." California Education Code § 94917.

## C.     LAMBDA'S FALSE AND MISLEADING JOB PLACEMENT RATES

50.     Mr. Allred describes Lambda as "entirely vocational, we're a trade school basically, and we want to help you make as much money as you can."[12]

51.     One of the most important statistics for prospective students was Lambda's purported record of successfully placing students in computer technology careers. Defendants understood that students would only enroll if Lambda would help them secure a job. As Lambda describes it, job placement is "the most critical component of Lambda's operations, not only in the School's obligation to its students, but to the prosperity of the company as a whole."

52.     Lambda prominently displays its purported record of job placement on its website, in marketing materials and outcomes reports, and on social media, including Mr. Allred's personal Twitter account.

### 1.     <u>False and misleading job placement rates on Lambda's website and outcomes reports</u>

53.     Throughout at least 2018 and 2019, Lambda's website advertised job placement rates of over 80%. Lambda's executive leadership, including Mr. Allred, knew that these widely disseminated rates were false and misleading.

---

[12] Y Combinator Interview at 13:00.

**VERIFIED CLASS ACTION COMPLAINT**                                                                                    9

54.     On August 2, 2018, Mr. Allred, Ben Nelson (co-founder and CTO), and Ryan Holdaway (VP of Outcomes), stated the following in a post on the Lambda School Blog: "[E]very single Lambda School graduate who has been on the job market for six months is either employed in a full-time role as a software engineer or has joined an early startup working for equity."[13]

55.     Yet on August 3, 2018—the very next day—Lambda's executive leadership team reprimanded Lambda's Director of Career Readiness for poor job placement rate performance, sending her an "Employee Corrective Action Form." The form stated that the employee's "performance in recent months has not met the expectations for the Career Coach/Director of Career Readiness role at Lambda School. Overall placement numbers are low and the time to placement is much higher than desired."

56.     The Corrective Action Form continued:

Placements are the most critical component of Lambda's operations, not only in the School's obligation to its students, but to the prosperity of the company as a whole. A common discussion point in regards to Outcomes is that current placement rates are too low and time to placement is too high. Creative tactics and adjustments to current careers processes as well as follow through are needed to improve both of these measurements. . . .

CS1 students graduated on 1/19/18. Since then we've had a new class graduate approximately every five weeks. As of 8/1/18, only 16 students of the 48 graduated students assigned to [the Lambda career placement employee] have been placed.

57.     Two months later, on October 8, 2018, Lambda continued to tout its high job placement rates, announcing on its website: "Since Lambda School's inception in April 2017, over 75 Lambda School graduates have been hired, including 83% of early cohorts, with an average salary increase of over $47,000 per hired graduate."

58.     Lambda's homepage contained the following statement across the top of the page:

/ / /

/ / /

/ / /

---

[13] Austen Allred, *Introducing Lambda Next — Our Revolutionary New Job Search and Placement Program*, Medium: Lambda School Blog (Aug. 2, 2018), https://medium.com/lambda-school-blog/introducing-lambda-next-our-revolutionary-new-job-search-and-placement-program-603ef12f7d37.

**VERIFIED CLASS ACTION COMPLAINT**                                                    10

*Screenshot from Lambda's website on December 13, 2018.*



59.     The representation of an 83% job placement rate remained on the Lambda website until on or about February 2019.

60.     The disparity between Lambda's public representations and private statements would only grow. From on or about April 2019 until at least December 2019, Lambda's website advertised a job placement rate of over 85%. For example, on April 18, 2019, Lambda's homepage contained the following statement across the top of the page:

*Screenshot from Lambda's website on April 18, 2019.*

61.     On March 5, 2019, Lambda's official Twitter account provided a link to a report touting the 85.9% job placement rate and stated: "Lambda only succeeds when our students succeed, and we're committed to a transparent, no-surprises approach to education."[14]

62.     In May of 2019—at the same time Lambda was advertising an 85.9% job placement rate and touting its transparency—Lambda executives sent a private memorandum to investor Y Combinator. *See* Lambda Memorandum to Investors, *Human Capital: The Last Unoptimized Asset Class* at 10 (May 2019), attached hereto as <u>Exhibit L</u>. The May 2019 memo stated:

---

[14] Lambda School (@LambdaSchool), Twitter (Mar. 5, 2019, 7:02 PM), https://twitter.com/bloomtech/status/1103083315945328640.

**VERIFIED CLASS ACTION COMPLAINT**                                                                11

> **We're unable to place students at scale**
> - We're at roughly 50% placement for cohorts that are 6 months graduated
> - Placement to date has been manual and one-off, which isn't possible at scale

Ex. L at 10.

63.     After the memorandum was published in news accounts two years later, Mr. Allred tweeted from his personal account that he was the one who made the 50% placement representation to investors, stating: "The 50% came from me telling investors about what % of enrolled students get jobs that require repayment."

64.     Despite Mr. Allred's contrary statement to investors, Lambda's website continued to represent an 85.9% or 86% placement rate through the end of 2019. These rates were false and misleading.

65.     On December 14, 2019, Lambda's homepage stated:



*Screenshot from Lambda's website on December 14, 2019.*

66.     This statement was false and directly contrary to the true facts known to Lambda and Mr. Allred, which had privately been disclosed to investors, as described above.

67.     When asked in an interview to explain the discrepancy between the representations on Lambda's website and representations to its investors, Mr. Allred explained: "I mean you're literally looking at what are the risks, right? Like, we're going to pick our lowest number for that – there are cohorts that have been at 50% placed within 6 months, yes."[15]

---
[15] Woo Interview at 13:00-14:30.

**VERIFIED CLASS ACTION COMPLAINT**                                               12

68.     When asked whether the advertised 86% job placement rate was accurate, he stated: "the way that that number was measured was an average across cohorts at a specific time. I don't know what it is right now, but that's directionally correct."[16]

69.     On February 19, 2020, New York Magazine published an article titled "Lambda School's Misleading Promises," in which the writer concluded that Lambda was "selling unprepared students an incomplete education, fueled by overpromising marketing and misleading, if not downright fraudulent, figures."[17] The story described Lambda's job placement rate misrepresentations and also recounted an interview with a former employee who "confirmed . . . that the company's own internal numbers, which the interviewee was provided as part of their interview process, seem to indicate a roughly 50 percent or lower placement rate."[18]

70.     Lambda nonetheless persisted in promoting false and misleading job placement statistics on its website and elsewhere.

71.     In 2020, Lambda started to promote its placement rates through "outcomes reports" published on its website and shared through social media. The first outcomes report, titled "H1 2019 Outcomes Report," was published on March 27, 2020[19], and reported a 79% placement rate.[20]

/ / /

/ / /

/ / /

/ / /

/ / /

---

[16] *Id.* at 11:13-11:26.

[17] Vincent Woo, *Lambda School's Misleading Promises*, New York Magazine (Feb. 19, 2020), https://nymag.com/intelligencer/2020/02/lambda-schools-job-placement-rate-is-lower-than-claimed.html.

[18] *Id.*

[19] *See* Austen Allred, *Announcing the Release of Our H1 2019 Student Outcomes Report*, Lambda School Website (Mar. 27, 2020), [archived by the Wayback Machine (Apr. 23, 2020), https://web.archive.org/web/20200423031203/https://lambdaschool.com/the-commons/announcing-the-release-of-our-h1-2019-student-outcomes-report].

[20] *See H1 2019 Report Lambda School Outcomes Report*, Lambda School Website, [archived by the Wayback Machine (Sept. 3, 2020), https://web.archive.org/web/20200903023542/https://lambdaschool.com/reports/2019-outcomes-report].

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

72.     The 79% placement rate remained up on Lambda's website until December 3, 2020, when Lambda published its "H2 2019 Outcomes Report."[21] The H2 2019 report showed a 74% placement rate.[22]

73.     The 74% rate announced in the H2 2019 report remained up on Lambda's website until November 7, 2021, when Lambda announced its 2020 outcomes.[23] In the 2020 outcomes report, Lambda announced that the placement rate remained at 74%.

74.     Until November 1, 2022, Lambda continued to report the 74% placement rate from the 2020 outcomes report on its website:

# 74%

Job placement rate for BloomTech graduates

**BloomTech 2020 Outcomes Report**

*Screenshot from Lambda's homepage on September 30, 2022.*[24]

75.     On November 2, 2022, Lambda published the "BloomTech 2021 Outcomes Report," advertising a 90% placement rate. As of November 2, 2022, Lambda's website provided:

---

[21] *See* Austen Allred, *Announcing the Release of Our H2 2019 Student Outcomes Report*, Lambda School Website (Dec. 3, 2020), [archived by the Wayback Machine (Dec. 14, 2020), https://web.archive.org/web/20201214214247/https://lambdaschool.com/the-commons/announcing-lambda-school-h2-2019-student-outcomes-report].

[22] *Id. See also H2 2019 Report Lambda School Outcomes Report*, Lambda School Website [archived by the Wayback Machine (Dec. 3, 2020), https://web.archive.org/web/20201203230224/https://lambdaschool.com/reports/h2-2019-outcomes-report].

[23] *See Bloom Institute of Technology 2020 Outcomes Report,* Bloom Institute of Technology, [archived by the Wayback Machine (Nov. 25, 2021), https://web.archive.org/web/20211125162824/https://www.bloomtech.com/reports/outcomes-report]. It appears that Lambda only published one outcomes report in 2020. *See BloomTech Reports*, Bloom Institute of Technology Website, https://www.bloomtech.com/reports/archive (last visited Mar. 14, 2023).

[24] *See Built For Your Success*, Bloom Institute of Technology Website, [archived by the Wayback Machine (Sept. 30, 2022) https://web.archive.org/web/20220930032702/https://www.bloomtech.com/outcomes].

**VERIFIED CLASS ACTION COMPLAINT**                                                          14

# 90%

Job placement rate for BloomTech graduates

**BloomTech 2021 Outcomes Report**

*Screenshot from Lambda's homepage on November 27, 2022.*[25]

76.     In a "Letter from the CEO" dated November 2, 2022, Mr. Allred wrote: "In this independently examined report, you'll gain a transparent view of how our learners and graduates fared in 2021. Our biggest takeaway: A full **90% of our 2021 graduates have landed jobs**, which is the highest rate in our company's history."[26]

77.     *Lambda's website still advertises a 90% placement rate. As of March 14, 2023, Lambda's homepage touts a "90% job placement rate for 2021 job-seeking graduates.*[27]*"*

78.     Like the earlier rates from 2018 and 2019, the published rates from 2020 to the present were, and continue to be, false and misleading.

79.     Business Insider reported in October 2021 that documents from a Lambda "all-hands" meeting in January 2021 "showed that Lambda School placed only around 30% of its 2020 graduates in qualifying jobs during the first half of 2020. This figure is in stark contrast to the 74% placement rate it advertised for its 2019 graduates, the latest figure the school has made publicly available. . . ."[28]

80.     This "all hands" meeting took place one month after Lambda published the 74% placement rate in the H2 2019 Outcomes Report.

---

[25] *See Built For Your Success,* Bloom Institute of Technology Website, [archived by the Wayback Machine (Nov. 27, 2022), https://web.archive.org/web/20221127122732/https://www.bloomtech.com/outcomes].
[26] *See* Austen Allred, *Letter from the CEO*, Bloom Institute of Technology Website (Nov. 2, 2022), https://www.bloomtech.com/reports/outcomes-report#letter (last visited Mar. 14, 2023) (emphasis in original, internal citation omitted).
[27] *See Built for Your Success*, Bloom Institute of Technology of Technology Website https://www.bloomtech.com/outcomes?utm_source=bloomtech (last visited Mar. 14, 2023).
[28] *See* Vincent Woo, *Lambda School promised a fast and cheap path to a lucrative tech career. Leaked documents and former students cast doubt on that claim.* Business Insider (Oct. 25, 2021, 7:30 AM), https://www.businessinsider.com/lambda-school-promised-lucrative-tech-coding-career-low-job-placement-2021-10.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

81.     A slide prepared by Lambda reveals that the H1 2020 placement rate was only 33% and the H2 2020 rate was 40%, a far cry from the 74% listed on the Lambda website until November 2, 2022. According to the same slide, Lambda's H1 2021 *goal* was 60% placement and H2 2021 *goal* was 80%:

## Long-Term Student Success Goals

| | H1 2020 | H2 2020 | H1 2021 | H2 2021 | Metric | Description |
|---|---|---|---|---|---|---|
| **Admissions** | 1277 | 1450 | TBD | TBD | Unit 2 Starts | # students starting Unit 2. |
| **School** | 52% | **56%** | 60% | 80% | % Graduating within 11 Units | % of students who start Unit 2 complete coursework within 11 units. |
| **Outcomes** | 33% | **40%** | 60% | 80% | % Qualified Placement within 180 days | % of graduates get high paying jobs within 180 days. |
| **Repayment** | 72% | **79%** | 85% | 87% | % Repaying within 60 days | % of qualified placed graduates have made a first payment within 60 days. |

On information and belief, a Lambda executive presented the slide at the "all-hands" meeting.

82.     Another slide, titled "Lambda H1 Company OKRs," provided that the "actual" placement rate for H1 2020 was 33% of graduates placed within 180 days, and the actual rate for H2 2020 (as of October 2020) was 27% of graduates placed within 180 days. This slide also listed the H1 2021 goal as 60%:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## Lambda H1 Company OKRs

| | H1 2020 | H2 2020 | H1 2021 | Metric | Description |
|---|---|---|---|---|---|
| **Admissions Goal** Admissions Actual | n/a 1277 | 1450 ~850 | 1500 | Unit 2 Starts | # students starting Unit 2. |
| **School Goal** School Actual | n/a 52% | 56% 52% | 60% | Extended Grad Rate % | % of students who start Unit 2 complete coursework within expected time window |
| **Outcomes Goal** Outcomes Actual | n/a 33% | 40% 27% | 60% | % Qualified Placement within 180 days | % of graduates get high paying jobs within 180 days. |
| **Repayment Goal** Repayment Actual | n/a 41% | 75% 73% | 85% | % Repaying within 60 days | % of qualified placed graduates have made a first payment within 60 days. |
| **Alumni Goal** | n/a | n/a | 40% | % Alumni Giving back | % of hired alumni giving back |

*H2 2020 Actuals as of October 2020

83. Another slide, reportedly used at another all-hands meeting in February 2021, broke out the 180-day placement rates by month, from February to July 2020, as follows:

| Graduation Month | Qualified Placed % (days elapsed since graduation) | | |
|---|---|---|---|
| **Month** | +90d | +180d | QP Now |
| Feb - 2020 | 20% | 31% | 41% |
| Mar - 2020 | 19% | 30% | 36% |
| April - 2020 | 17% | 24% | 32% |
| May - 2020 | 13% | 27% | 32% |
| Jun - 2020 | 15% | 25% | 27% |
| Jul - 2020 | 18% | 24% | 25% |
| Aug - 2020 | 16% | | 21% |
| Sept - 2020 | 13% | | 14% |
| Oct - 2020 | 10% | | 11% |
| Nov - 2020 | | | 11% |
| Jan - 2021 | | | 11% |
| **Weighted Avg.** | 16% | 27% | |
| **H2 Goal** | | 40% | |

**VERIFIED CLASS ACTION COMPLAINT**                                        17

84.     In yet another slide, reportedly also used at the "all hands" meeting on January 28, 2021, Lambda's H1 2021 "goal" was to enroll 500 students a month and place 50% to 70% in qualifying jobs. The graph also shows that, if Lambda enrolled 2,000 students per month, it could become profitable even if fewer than half of its students found jobs:



85.     Prior to signing their ISAs, Plaintiffs read Defendants' representations that Lambda's job placement rate was above 70%. Lambda's purported record of successfully placing students was critical to their decision to enroll.

### 2.     Mr. Allred's false and misleading statements about job placement on Twitter

86.     In conjunction with these high rates, Mr. Allred has long painted a misleading picture of Lambda's success on Twitter. For example, on November 16, 2019, he tweeted: "First track just graduated. Hit 100% hired but was VERY small sample size." Subsequent reporting revealed that this small sample size consisted of a single student.[29]

---

[29] *See* Zoe Schiffer & Megan Farokhmanesh, *The High Cost of a Free Coding Bootcamp*, The Verge (Feb. 11, 2020, 11:15 EST), https://www.theverge.com/2020/2/11/21131848/lambda-school-coding-bootcamp-isa-tuition-cost-free; Ryan Mac (@RMac18), Twitter (Feb. 11, 2020, 1:59 PM), https://twitter.com/RMac18/status/1227306243733295108.

**VERIFIED CLASS ACTION COMPLAINT**                                                 18

87.     Other examples of false, misleading, and exaggerated claims on Mr. Allred's Twitter account include:

a)  January 24, 2021: "I think we're like 2-3 solvable problems being solved away from 100% of Lambda School grads being hired. Still a lot of unknowns, but I think it will be possible." When a commenter asked what the problems were, Mr. Allred responded: "Boring stuff."[30]

b)  April 22, 2021: "When I started Lambda School early detractors gave me hell because I said that Lambda School would cause thousands of people to become millionaires who wouldn't have otherwise been. It's now pretty clear that was very conservative."[31]

c)  May 4, 2021: "I get to watch a bunch of people double their income (or more) every single day. Even the worst days are punctuated by a bunch of people changing their lives and the lives of their families forever."[32]

d)  May 4, 2021: "You can go from near poverty to huge future wealth in just a few months."[33]

e)  November 24, 2022: "Thankful today for all those who have worked so hard for BloomTech (by current name or by Lambda School). So many people working so diligently. Thousands of lives changed, billions in increased earnings."[34]

88.     Mr. Allred and members of his executive leadership team acted willfully and knowingly to disseminate Lambda's job placement representations to the public—including applicants to their school such as Plaintiffs —with knowledge that they were, and continue to be, false and misleading.

### 3.     While inflating its job placement rates, Lambda misrepresents that it only gets paid once students do

89.     In addition to the placement rates, Lambda and Mr. Allred misled the public with the frequently repeated declaration that: "We don't get paid until you do, so we're in this together, from your first day of classes to your first day on the job."[35] For example, on June 27, 2019, Lambda's homepage stated:

---

[30] Austen Allred (@Austen), Twitter (Jan. 24, 2021, 1:55 AM), https://twitter.com/austen/status/1353234915643568128.

[31] Austen Allred (@Austen), Twitter (Apr. 22, 2021, 10:24 AM), https://twitter.com/Austen/status/1385238109185396740.

[32] Austen Allred (@Austen), Twitter (May 4, 2021, 11:50 PM), https://twitter.com/Austen/status/1389789532761956352.

[33] Austen Allred (@Austen), Twitter (May 4, 2021, 11:53 PM), https://twitter.com/Austen/status/1389790386659364868.

[34] Austen Allred (@Austen), Twitter (Nov. 24, 2022, 9:51 AM), https://twitter.com/austen/status/1595822473781485568.

[35] *See, e.g.*, Apply Now Pages, Lambda School Website [archived by the Wayback Machine (June 27,

**Higher learning. Higher earning.**

Lambda is designed for student success. We don't get paid until you do, so we're in this together, from your first day of classes to your first day on the job — and beyond.

*Screenshot from Lambda's homepage on June 27, 2019.*

90.     In reality, Lambda packaged and sold its ISAs to investors long before students obtained employment. As early as May 2019, Lambda privately told investor Y Combinator: "Currently we sell some income share agreements to hedge funds." Ex. L at 2.

91.     To facilitate the sale of ISAs, Lambda partnered with Edly, a digital marketplace that helps schools sell ISAs to third-party investors. On December 11, 2019, Edly tweeted: "Pleased to announce our latest offering [–] a Lambda School ISA Pool. We @edlyISA are excited to work with the amazing team @LambdaSchool[], one of the most impactful ISA programs in the country."[36] To learn how to participate, Edly invited interested investors to join a webinar that night with Mr. Allred.[37]

92.     Lambda did not disclose this fact to students until public reporting exposed it, and for many months Mr. Allred flatly denied it, stating in October 2019 on Twitter that "We never, ever get paid up front for ISAs."[38]

**D.      LAMBDA ENGAGED—AND STILL ENGAGES—IN THE UNLAWFUL BUSINESS PRACTICE OF UNLICENSED LENDING**

93.     The California Financing Law "shall be liberally construed and applied to promote its underlying purposes and policies," which include "protect[ing] borrowers against unfair practices by some lenders, having due regard for the interests of legitimate and scrupulous lenders." Cal. Fin. Code § 22001(a)(4).

---

2019), https://web.archive.org/web/20190627024024/https://lambdaschool.com/].
[36] @edlyISA, Twitter (Dec. 11, 2019, 3:01 PM), https://twitter.com/edlyISA/status/1204853625459216385 (on file with Plaintiffs' counsel).
[37] @edlyISA, Twitter (Dec. 11, 2019, 3:02 PM), https://twitter.com/edlyISA/status/1204853900177743872 (on file with Plaintiffs' counsel).
[38] Woo Interview at 6:30 (wherein Mr. Allred confirms that this tweet was "totally correct").

94.     Pursuant to the California Financing Law: "No person shall engage in the business of a finance lender or broker without obtaining a license from the commissioner." Cal. Fin. Code § 22100(a).

95.     Lambda is not and never has been registered in California as a finance lender or broker under the Financing Law.

96.     Since its inception, Lambda has operated as a "finance lender" because both its ISAs and other tuition payment plans qualify as either consumer or commercial loans under the Financing Law. *See generally* Cal. Fin. Code § 22203-04 (defining consumer loans); Cal. Fin. Code § 22502 (defining commercial loans).

97.     Lambda's Meratas ISA provides:

> THIS IS NOT A LOAN
> In making monthly payments to Lambda School, you will not be repaying a student loan. In the case of a student loan, a student borrows a set amount and repays the principal amount of the loan plus interest or a finance charge, or both. Under this agreement, you will instead pay a fixed percentage of your income each month for up to a maximum number of payments.

98.     Contrary to this representation, ISAs are a form of student loan.

99.     According to the United States Consumer Financial Protection Bureau ("CFPB"), a representation that an ISA is "not a loan" is deceptive and misleading under the Consumer Financial Protection Act because "ISAs are loans and do create debt."[39]

100.    The California Department of Financial Protection and Innovation ("DFPI") agrees, holding that ISAs are student loans: "ISAs made solely for use to finance a postsecondary education are 'student loans' for the purposes of the SLSA [California Student Loan Servicing Act]."[40]

---

[39] *See* Better Future Forward, Inc., et al., CFPB No. 2021-CFPB-0005, Consent Order at ¶ 23 (Sept. 7, 2021) (finding *available at:* https://files.consumerfinance.gov/f/documents/cfpb_better-future-forward-inc_consent-order_2021-09.pdf).

[40] *See In the Matter of Student Loan Servicing Act License Application of Meratas Inc.* NMLS No. 2120180, Consent Order at ¶ M (Ca. Dep't of Fin. Prot. and Innovation Aug. 5, 2021), *available at:* https://dfpi.ca.gov/wp-content/uploads/sites/337/2021/08/Meratas-Consent-Order.pdf; *see also* Press Release, California Dep't of Fin. Prot. and Innovation, "California DFPI Enters Groundbreaking Consent Order with NY-Based Income Share Agreements Servicer" (Aug. 5, 2020), https://dfpi.ca.gov/2021/08/05/california-dfpi-enters-groundbreaking-consent-order-with-ny-based-income-share-agreements-servicer/.

**VERIFIED CLASS ACTION COMPLAINT**                                                                 21

101.     The United States Department of Education concurs, finding that ISAs "used to finance expenses for postsecondary education are private education loans under 34 C.F.R. 601.2(b)."[41]

102.     The BPPE also found in its June 22, 2020, order denying Lambda approval to operate that Lambda's ISA is "an instrument or evidence of indebtedness" under the California Education Code. *See* June 22, 2020 Letter from BPPE to Lambda at 5, attached hereto as Exhibit I.

103.     Because Lambda is in the business of making ISAs and other tuition payment plans, it is operating as a finance lender under the California Financing Law.

104.     Lambda's failure to register as a finance lender deprived Plaintiffs and the class of the borrower protections provided by the California Financing Law.

105.     Lambda has therefore engaged in the unlawful business practice of making a loan without a license in violation of California Financial Code § 22100, and, in turn, in violation of the unlawful prong of the UCL.

E.     **PLAINTIFFS ATTEND LAMBDA, ATTRACTED BY HIGH JOB PLACEMENT RATES**

1.     **Plaintiff Jessica Fuller**

106.     Ms. Fuller has long been interested in coding, back to when she learned website design as a hobby as a kid. She aspired to eventually turn her hobby into a career, but the time commitment and expense of college curricula made them a nonstarter.

107.     Once Ms. Fuller experienced a lull in her work as a fitness trainer during the onset of the COVID-19 pandemic, she thought she had an opportunity to revisit a tech career. Lambda was immediately appealing, with a slew of Facebook ads promising a career without college. After seeing the ads, she visited Lambda's website and watched YouTube videos about the program to learn more. She was immediately drawn to the job placement rate of approximately 80% featured prominently on the Lambda website.

---

[41] *See* FSA Announcement, General-22-12, *Income Share Agreements and Private Education Loan Requirements* (Mar. 2, 2022), https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2022-03-02/income-share-agreements-and-private-education-loan-requirements. *See also* 87 Fed. Reg. 65,453 ("[T]he Department clarifies that ISAs and other alternative financing products should be treated like institutional loans.").

VERIFIED CLASS ACTION COMPLAINT                                                      22

108.    This record of successfully placing students was critical to her decision to enroll, and led her to believe that her enrollment would result in being hired for a tech position.

109.    Swayed by Defendants' advertised job placement rates and representations, Ms. Fuller signed an ISA with Lambda on April 22, 2020. A copy of Ms. Fuller's ISA is attached hereto as <u>Exhibit A</u>.

110.    Had Defendants truthfully represented their job placement rates, Ms. Fuller would not have signed an ISA that indebted her up to $30,000 of tuition to Lambda.

111.    Ms. Fuller began attending Lambda part-time in June 2020 and immediately found the instruction confusing. Recognizing that she could not rely on Lambda exclusively, she resorted to buying supplemental YouTube courses.

112.    Soon thereafter, in early September 2020, Lambda made a surprise announcement that it was restructuring Ms. Fuller's program. Lambda would no longer take attendance, provide grading, or offer one-on-one team leads. Feeling like Lambda was eliminating the program she originally enrolled in, and with her ISA tuition amount of $30,000 still partially refundable, Ms. Fuller took a hiatus for the rest of 2020. With no sign that Lambda would improve its program, she permanently withdrew in January 2021.

113.    Following her withdrawal, Ms. Fuller researched other avenues for obtaining a job in the tech field. She eventually found a free coding bootcamp called #100Devs, designed for students without degrees or coding experience. She felt like the program was the right fit for her, and could provide her with the skills, experience, and opportunities Lambda did not.

114.    Indeed, the #100Devs program taught Ms. Fuller what she needed to ultimately get a job. Her new coding skills enabled her to apply for and accept a position as Director of Software Development with ThriveDX.

115.    Lambda played no role in her success in the #100Devs program, finding out about ThriveDX, or ultimately getting hired there.

116.    Ms. Fuller is interested in increasing her hours, but worries that doing so could cause Lambda or Meratas to pursue ISA payments, even though Lambda did not have approval to operate

**VERIFIED CLASS ACTION COMPLAINT**                                      23

when she signed her ISA, she would not have signed her ISA had Lambda truthfully represented its job

placement rates, and Lambda played no role in her employment with ThriveDX.

### 2. Plaintiff Alexander Goncalves

117.    Mr. Goncalves has long had an interest in working in the tech field. During college he

completed coding coursework, on top of additional self-taught software development skills. After he

was let go from his sales job at a tech startup during the onset of the COVID-19 pandemic in the spring

of 2020, Mr. Goncalves began researching Lambda based on a friend's recommendation. The friend

was optimistic about Lambda landing students jobs, based on Lambda's marketed job placement rates

and job readiness curriculum. (The friend later became disillusioned with Lambda after learning the job

placement rates were inflated.)

118.    When Mr. Goncalves reviewed Lambda's website and promotional materials for

himself, he was likewise attracted by Lambda's impressive—and prominently displayed—job

placement rate, as well as the ability to enroll without putting any money down. He corresponded and

talked on the phone with Lambda representative Tommy Collison who further touted high job

placement figures. Based on these representations, Mr. Goncalves felt confident Lambda would get him

a tech job. He signed an ISA with Lambda on May 20, 2020. A copy of Mr. Goncalves's ISA is

attached hereto as Exhibit B.

119.    Had Defendants truthfully represented their job placement rates, Mr. Goncalves would

not have signed an ISA that indebted him for up to $30,000 of tuition to Lambda.

120.     Mr. Goncalves began attending Lambda full-time in June 2020. As with Ms. Fuller,

Lambda soon restructured Mr. Goncalves's program in September 2020, shortening it from a total of

nine months to six months and eliminating team lead support. The loss of team leads was demoralizing.

They were the primary means of communicating with Lambda, asking questions, and getting essential

debugging help. Still, he persevered and completed his coursework in December and received a

certificate of completion in January 2021.

121.    Mr. Goncalves immediately went to work trying to find a job. He used Lambda's job

portal, but its postings were either stale or for impractical positions. He ultimately found work through

a friend unassociated with Lambda. He first worked as a limited-term front-end developer during the

1    spring of 2021. The same friend then invited him to a different position with the organization Code

2    Ninjas in Boston. During his time with Code Ninjas, between June and December 2021, Mr. Goncalves

3    taught basic coding to kids and ran summer camps and day courses. Lambda played no role in Mr.

4    Goncalves finding either his front-end developer or Code Ninjas positions.

5         122.    Mr. Goncalves then accepted a job as a software engineer for Virtually, an edtech

6    company, and worked there until June 2022. After Virtually let him go to look for a more senior

7    engineer, Mr. Goncalves found a tech position with design company MODerati. As with his prior jobs,

8    Lambda played no role in Mr. Goncalves finding either of these positions.

9         123.    Mr. Goncalves started making payments on his ISA while working for Code Ninjas and

10   continued during his time with Virtually. In all, he has paid nearly $10,000 towards his ISA, even

11   though Lambda did not have approval to operate when he signed his ISA, Mr. Goncalves would not

12   have signed his ISA had Lambda truthfully represented its job placement rates, and Lambda played no

13   role in him finding any of his post-Lambda employment.

                            **3.    Plaintiff Brett McAdams**

14

15        124.    Mr. McAdams's interest in coding was pragmatic, believing that people who learn to

16   code get good-paying jobs. He first heard of Lambda while looking into coding programs in 2019. Soon

17   after starting his research, he received targeted ads on Google, YouTube, and social media from

18   Lambda. The ads touted a high job placement rate, how quickly students could get their certificate and a

19   high-paying job, and the lack of an up-front cost or any repayment obligation unless students ultimately

20   got a job. By the ads' telling, Lambda was a revolutionary alternative to college.

21        125.    When Mr. McAdams was laid off from his job in the spring of 2020 at the onset of the

22   COVID-19 pandemic, he decided to consider attending a coding program to start a career in tech. He

23   researched Lambda's website, which prominently displayed a job placement rate approaching 80%,

24   convincing him that Lambda was the best path forward. After a call with a Lambda representative, he

25   signed an ISA on June 15, 2020. A copy of Mr. McAdams's ISA is attached hereto as Exhibit C.

26        126.    Had Defendants truthfully represented their job placement rates, Mr. McAdams would

27   not have signed an ISA that indebted him up to $30,000 of tuition to Lambda.

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**VERIFIED CLASS ACTION COMPLAINT**                                              25

127.    Mr. McAdams began attending Lambda full-time in early July 2020. But as with Ms. Fuller and Mr. Goncalves, Lambda quickly restructured Mr. McAdams's program in September 2020 by shortening it from nine to six months, removing the existing support structure for reviewing work, and eliminating team lead support. Since the team leads had been an essential component of Lambda's education up to that point, Mr. McAdams thought their elimination seemed troubling. He decided to take a hiatus for the fall of 2020, picking up full-time hours as a bartender.

128.    Mr. McAdams returned in late 2020 with ambivalence. While there was no sign Lambda had improved its program, he had already invested significant time and expense.  Already on the hook, he resolved to learn as much as he could through Lambda.

129.    To his surprise, immediately upon returning, Lambda assigned Mr. McAdams as an unpaid team lead to fill the void left by their elimination. The assignment was not optional, Lambda provided no support on how to serve as a team lead, and Mr. McAdams did not find any educational value in the experience. After returning, he spent roughly a third of his Lambda education time mentoring *other* students.

130.    He finished the Lambda program in February 2021 and received his certificate of completion.

131.    Mr. McAdams immediately got to work trying to find a tech job, but Lambda's resources were unhelpful—a job portal lacking useful leads, and resume reviewers with no useful feedback. He continued bartending while looking for tech work and studying on his own what Lambda failed to teach him.

132.    After several months, Mr. McAdams was hired as a backend systems engineer contracting with Florida Blue in August 2021. He eventually moved up the ranks to become senior engineer. Lambda played no role in him finding out about the position, and played no role in ultimately getting hired. As most of the skills and material discussed in Mr. McAdams's interview was self-taught *after* he had finished with Lambda, it was his own studying that landed him the job.

133.    Mr. McAdams made an ISA payment of approximately $1,000 in 2021, even though Lambda did not have approval to operate when he signed his ISA, and even though he would not have signed his ISA had Lambda truthfully represented its job placement rates.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

1

        **4.**      **Plaintiff Quinn Molina**

2        134.    Mr. Molina became interested in transitioning to programming work in 2020 while

3  working for a company doing wholesale shipping. To get his feet wet, he enrolled in short-term, free

4  coding camps while continuing his day job. As he searched for additional coding education

5  opportunities in November 2020, he noticed numerous ads on Google and social media touting

6  Lambda.

7        135.    After some research, Mr. Molina was attracted to Lambda's program based on promising

8  job placement rates of approximately 80%, and the ISA model that didn't require him to put any money

9  down. He consulted with his brother, a self-taught coder and web developer, who was likewise

10  impressed by the high job placement rate. After significant research and consultation, and ultimately

11  swayed by the high placement rates, Mr. Molina signed an ISA on January 8, 2021. A copy of Mr.

12  Molina's ISA is attached hereto as Exhibit D.

13        136.    Had Defendants truthfully represented their job placements rates, Mr. Molina would not

14  have signed an ISA that indebted him up to $30,000 of tuition to Lambda.

15        137.    Mr. Molina began attending Lambda part-time in January 2021. Lambda diluted the

16  program and made it far less rigorous soon after the refund period for Mr. Molina's ISA had passed.

17  Lambda dropped the part-time program option, along with multiple project requirements, assessments,

18  and support staff. Mr. Molina had expected Lambda to help him build a portfolio of projects to show

19  off to prospective employers. Instead, with fewer projects and support staff, students were left with a

20  small number of incomplete, buggy projects that were not job market-ready. He also later learned that

21  the assessments Lambda dropped were important to prospective employers.

22        138.    Many students dropped out in response to Lambda providing only a shell of the program

23  it originally promised. Mr. Molina considered following suit, but knowing he was on the hook for his

24  ISA, he resorted to grinding out the remainder of the coursework.

25        139.    The Lambda education further deteriorated as Mr. Molina approached completion.

26  Instead of the world-class instructors Mr. Allred had promised, most were recent Lambda graduates

27  themselves. And instructors from earlier units were unexpectedly brought back as stopgaps later in the

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

program, with apparently no prior experience or planned curriculum from which to teach. By the time Mr. Molina reached the final labs unit, his cohort had dwindled from dozens of peers to a handful.

140.     Mr. Molina received his certificate of completion in May 2022. As he transitioned to searching for a job, Lambda's only contribution was connecting him with a resume and LinkedIn profile reviewer. They failed to provide him with any legitimate job leads.

141.     Instead of moving onto a coding position, Mr. Molina continued working in wholesale shipping, just as he had before attending Lambda, until he recently transitioned to the IT department at his company.

## V.     CLASS ACTION ALLEGATIONS

142.     Plaintiffs bring this action on behalf of themselves and as a class action on behalf of the following Class:

> *All persons who enrolled at Lambda and:(i) entered into an ISA, retail installment contract, deferred tuition plan, or any other tuition payment plan with an arbitration clause that contains a carve-out for any proceeding commenced by either party seeking an injunction or any other equitable remedy; or (ii) who otherwise did not sign any such agreements with an arbitration clause, or opted out of one; and (iii) who have not yet had their ISA, retail installment contract, deferred tuition plan, or other tuition payment plan cancelled and all payments made to Lambda refunded.*

143.     In addition, Plaintiffs Fuller, Goncalves, and McAdams seek to certify the following subclass (hereinafter the "BPPE Subclass") within the Class:

> *All persons within the Class who enrolled at Lambda prior to August 17, 2020, the date that Lambda obtained the BPPE's approval to operate.*

144.     Plaintiffs reserve the right to amend or modify the Class and BPPE Subclass descriptions, or further divide them into subclasses or limitations as to particular issues.

145.     This action has been brought and may properly be maintained as a class action under California Code of Civil Procedure § 382 because there is a well-defined community of interest in the litigation and the proposed class and subclass is easily ascertainable.

146.     On information and belief, there are thousands of former Lambda students who are members of the Class, and at least hundreds who are members of the BPPE Subclass. The potential number of class members are therefore so numerous that joinder would be impracticable. The precise number of class members, known only to Defendants, can easily be determined through discovery.

VERIFIED CLASS ACTION COMPLAINT                                                    28

147.     Plaintiffs' claims are typical of the claims of the Class and BPPE Subclass. Plaintiffs were subjected to the same violations of California law, and seek the same types of injunctive relief, restitution, and other equitable relief on the same theories and legal grounds as the members of the class they seek to represent.

148.     Plaintiffs are adequate representatives of the classes because: (a) their interests do not conflict with the interests of the individual class members they seek to represent; (b) they have retained counsel who are competent and experienced in complex class action litigation; and (c) they intend to prosecute this action vigorously. Plaintiffs and their counsel will fairly and adequately protect the interests of the Class and BPPE Subclass.

149.     Common questions of law and fact exist as to all members of the Class and the BPPE Subclass, and predominate over any questions solely affecting individual members of the two classes.

150.     Among the questions of law and fact common to the Class are the following:

a) Whether Lambda's widely disseminated job placement rates were false and misleading, in violation of the UCL, FAL, and CLRA;

b) Whether Lambda's false and misleading job placement rates are material to a reasonable consumer's decision whether to enroll;

c) Whether members of the public were likely to be deceived by Lambda's job placement misrepresentations under the UCL;

d) Whether Plaintiffs and the Class are "consumers" engaging in "transactions" under the CLRA;

e) Whether Mr. Allred directly and actively participated in the unlawful conduct at issue;

f) Whether Mr. Allred, members of his executive leadership team, and other Lambda employees or agents acted willfully and knowingly to disseminate Lambda's job placement representations to the public with knowledge that they were—and continue to be—false and misleading;

g) Whether Lambda qualifies as a "finance lender" under the California Financing Law, Cal. Fin. Code § 22100(a); and

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

h)  Whether Lambda's ISAs and other tuition payment plans qualify as "consumer loans" or "commercial loans" under the California Financing Law.

151.   Among the questions of law and fact common to the BPPE Subclass are the following:

a)  Whether Lambda had approval to operate prior to August 17, 2020;

b)  Whether Lambda misrepresented whether it had approval to operate prior to August 17, 2020; and

c)  Whether ISAs or other tuition payment plans entered into by Lambda prior to August 17, 2020, are enforceable.

152.   Class action treatment is superior to any alternative to ensure the fair and efficient adjudication of this controversy. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without duplication of effort and expense that numerous individual actions would entail.

153.   No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy.

154.   Plaintiffs and each class member have been harmed by Defendants' wrongful conduct.

155.   The Class and BPPE Subclass are ascertainable because their members can be determined from Lambda's business records. On information and belief, the last-known residence address and email address of each of the proposed class members is contained in Lambda's books and records.

156.   Concentrating all the potential litigation concerning the claims of the proposed class members in this Court will avoid a multiplicity of suits, will conserve judicial resources and the resources of the parties, and is the most efficient means of resolving the claims of all the proposed class members.

157.   Absent a class action, Plaintiffs and the proposed class members likely will not obtain redress of their injuries and Defendants will retain the proceeds of the violations of the California laws cited herein.

/ / /

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

1   VI.    <u>CAUSES OF ACTION</u>

2   <u>FIRST CAUSE OF ACTION</u>
    **Violations of California's Consumer Legal Remedies Act**
3   **Cal. Civ. Code §§ 1750, *et seq.***
    **(All Defendants)**
4

5   158.    Plaintiffs hereby reincorporate the allegations in the foregoing paragraphs as though fully

6   set forth herein.

7   159.    The CLRA makes unlawful "unfair methods of competition and unfair or deceptive acts

8   or practices undertaken by any person in a transaction intended to result or that results in the sale or

9   lease of goods or services to any consumer." Cal. Civ. Code § 1770(a).

10   160.    The CLRA covers transactions involving the sale of services—such as education—to

11   consumers.

12   161.    Plaintiffs are "consumers" within the meaning of Section 1761(d) of the CLRA, and they

13   engaged in "transactions" within the meaning of sections 1761(e)and 1770 of the CLRA.

14   162.    The CLRA enumerates numerous unlawful acts or practices, including:

15   a)    "Misrepresenting the source, sponsorship, approval, or certification of goods or

16   services." Cal. Civ. Code § 1770(a)(2).

17   b)    "Representing that goods or services have sponsorship, approval, characteristics,

18   ingredients, uses, benefits, or quantities that they do not have or that a person has a

19   sponsorship, approval, status, affiliation, or connection that the person does not have."

20   *Id.* § 1770(a)(5).

21   c)    "Representing that goods or services are of a particular standard, quality, or grade"

22   when they are not. *Id.* § 1770(a)(7).

23   d)    "Advertising goods or services with intent not to sell them as advertised." *Id.* §

24   1770(a)(9).

25   163.    In violation of these provisions, Lambda misrepresented to the public, prospective

26   students, and current students, including Plaintiffs, at least the following: (i) its job placement rates; and

27   (ii) to the Subclass, that it had approval to operate and enroll students.

28

164.   Plaintiffs bring their claim under the CLRA for injunctive relief, namely to cancel their ISAs and for restitution of payments made.

<div align="center">

**SECOND CAUSE OF ACTION**
**Violations of California's Unfair Competition Law**
**Cal. Bus. & Prof. Code §§ 17200, *et seq.***
**(All Defendants)**

</div>

165.   Plaintiffs hereby reincorporate the allegations in the foregoing paragraphs as though fully set forth herein.

166.   Lambda has engaged in business acts or practices that constitute unfair competition as defined in the UCL, in that such business acts and practices are unlawful, unfair, and fraudulent within the meaning of that statute.

167.   The business acts and practices include:

  a)  publishing and/or providing the public, prospective students, and current students, including Plaintiffs, with false, misleading, unreliable, and/or inaccurate job placement rate information;

  b)  omitting material facts from statements to the public, prospective students, and current students, including Plaintiffs, related to job placement rates;

  c)  to the Subclass, conducting business without BPPE approval and in violation of multiple BPPE orders requiring it to cease operations;

  d)  to the Subclass, knowingly operating a private postsecondary institution without approval to do so;

  e)  to the Subclass, concealing from the public, prospective students, and current students that in March and July of 2019, the BPPE ordered Lambda to cease operations, stop enrolling students, cease all instructional services, and submit a closure plan, and misrepresenting,concealing, and omitting material facts related to those BPPE orders, including representing that they were stayed when they were not.

/ / /

/ / /

/ / /

<u>Unlawful Prong</u>

168.    The UCL bars business practices that are forbidden by law. If a business practice violates any law, it is *per se* a UCL violation.

169.    The business acts and practices described above are unlawful because they violate numerous state and federal laws, including but not limited to:

a)   The Federal Trade Commission Act ("FTC Act"), which prohibits "unfair or deceptive acts or practices."[42]

b)   Cal Educ. Code § 94897(b), which provides that institutions shall not "[p]romise or guarantee employment, or otherwise overstate the availability of jobs upon graduation."

c)   The CLRA, *see supra* ¶¶ 158–164;

d)   The FAL, *see infra* ¶¶ 174–176;

e)   Cal. Educ. Code § 94886, which provides in relevant part that "a person shall not open, conduct, or do business as a private postsecondary educational institution in this state without obtaining an approval to operate under this chapter." Lambda violated this provision, and therefore the UCL's unlawful prong, when it enrolled Plaintiffs and members of the Subclass without obtaining approval to operate.

f)   Cal. Educ. Code § 94943, which provides that it is a crime to "[k]nowingly operat[e] a private postsecondary institution without an approval to operate." Lambda violated this provision, and therefore the UCL's unlawful prong, when it knowingly enrolled Plaintiffs without approval by the BPPE to operate.

g)   Cal. Educ. Code § 94917, which provides that "[a] note, instrument, or other evidence of indebtedness relating to payment for an educational program is not enforceable by an institution unless, at the time of execution of the note, instrument, or other evidence of indebtedness, the institution held an approval to operate."

h)   Cal. Educ. Code § 94902(b)(2), which provides that an enrollment agreement is enforceable only if "[a]t the time of the execution of the enrollment agreement, the institution held a valid approval to operate.

---

[42] *See* U.S.C. § 45(a)(I); 15 U.S.C. § 52(a).

**VERIFIED CLASS ACTION COMPLAINT**                                                    33

i)   The California Financing Law, which provides that "[n]o person shall engage in the business of a finance lender or broker without obtaining a license from the commissioner." Cal. Fin. Code § 22100(a).

j)   The Consumer Financial Protection Act of 2010, 12 U.S.C. §§ 5531(a), 5536(a)(1)(B), which prohibits covered persons from engaging in unfair, deceptive, or abusive acts or practices.

170.   By violating these and other state and federal laws, Lambda violated the unlawful prong of the UCL.

Fraud Prong

171.   To show that a business practice is fraudulent, it is necessary only to show that members of the public are likely to be deceived.

172.   Lambda's business acts and practices—including its false job placement rate representations and false representations to the Subclass about BPPE approval—are fraudulent in that they are likely to deceive the public.

173.   Each of these false and misleading representations, all of which were material, were substantial factors influencing Plaintiffs and members of the Class to attend Lambda and take out an ISA or other tuition payment plan that indebted them to up to $30,000 of tuition at Lambda.

**THIRD CAUSE OF ACTION**
**Violations of California's False Advertising Law**
**Cal. Bus. & Prof. Code §§ 17500, *et seq.***
**(All Defendants)**

174.   Plaintiffs hereby reincorporate the allegations in the foregoing paragraphs as though fully set forth herein.

175.   Lambda has also engaged in acts or practices that constitute violations of the FAL, Business and Professions Code section 17500, *et seq.*, by making or causing to be made untrue or misleading statements with the intent to induce members of the public to purchase Lambda's services. Lambda's untrue or misleading representations include, but are not limited to, the following:

a)   Lambda's statements regarding job placement rates, including but not limited to the published job placement rates prominently displayed on its website; and

VERIFIED CLASS ACTION COMPLAINT                                                          34

b)  Failing to inform the public, prospective students, and current students, including the Subclass, that it lacked approval from BPPE to operate, that its operations were therefore unlawful, that BPPE ordered Lambda to cease advertising and instructional activities, and that it could not lawfully enroll students. Instead, Lambda's advertisements implicitly and explicitly misrepresented the lawfulness of its operations by encouraging the public and prospective students to apply for enrollment.

176.    At the time these representations were made, Lambda knew or by the exercise of reasonable care should have known that the representations were untrue or misleading.

## VII.    **PRAYER FOR RELIEF**

WHEREFORE, in accordance with the above claims, Plaintiffs request judgment in their and the Class's favor against Defendants as follows:

1.    An Order certifying that Plaintiffs and the Class constitute a single class, that the BPPE Subclass constitutes a single subclass, and designating the action as a Class Action pursuant to California Code of Civil Procedure § 382.

2.    Appointment of the attorneys below as Class counsel.

3.    Appointment of Plaintiffs as class representatives and payment of compensation as representatives if the Court deems appropriate.

4.    Declare that the ISAs or other tuition payment plans entered into by Plaintiffs, the Class, and the BPPE Subclass are unlawful and unenforceable pursuant to Cal. Educ. Code §§ 94886, 94917, and 94943.

5.    Declare that Defendants conducted business as a private postsecondary educational institution in California without obtaining approval to operate, in violation of Cal. Educ. Code § 94886 and the UCL.

6.    Declare that Defendants knowingly operated a private postsecondary institution without approval to operate, in violation of Cal. Educ. Code § 94943 and the UCL.

7.    Declare that Defendants' job placement rate representations at all times relevant to this Complaint were fraudulent and misleading, in violation of the UCL, FAL, and CLRA.

8.    Declare that Lambda "engage[d] in the business of a finance lender or broker without obtaining a license from the commissioner," in violation of the California Financing Law, Cal. Fin. Code § 22100(a).

9.    Order Defendants—including Lambda and any other owner of all or part of the ISAs or other tuition payment plans—to cancel the ISAs and other tuition payment plans for Plaintiffs and the Class and enjoin any effort to collect upon or otherwise enforce them.

10.   Order Defendants to pay restitution in the form of refunds for all payments made.

11.   Order prejudgment and post-judgment interest on any refunds for ISA and other tuition payment plan payments for the maximum extent allowed by law.

12.   Order public injunctive relief, including enjoining Defendants from misrepresenting job placement rates, and collecting on any ISA or other tuition payment plan entered into while Defendants maintained such misrepresentations.

13.   Order Defendants to pay reasonable attorneys' fees and costs.

14.   Order all such further relief as the Court deems just and proper.

Dated: March 16, 2023                    **COTCHETT, PITRE & McCARTHY, LLP**


By: _____
     JUSTIN T. BERGER

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
    ALEXANDER S. ELSON
    (*Pro Hac Vice* Application forthcoming)

**MINER, BARNHILL & GALLAND, P.C.**
    DAVID BALTMANIS
    (*Pro Hac Vice* Application forthcoming)

**MINER, BARNHILL & GALLAND, P.C.**
    RYAN MILLER
    (*Pro Hac Vice* Application forthcoming)

*Attorneys for Plaintiffs and the Proposed Class*

**VERIFIED CLASS ACTION COMPLAINT**                    36

**VERIFICATION**

I have read the foregoing Class Action Complaint and know its contents. I am the plaintiff, a party to this action. The matters stated in the foregoing Class Action Complaint are true to my own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March ____15____, 2023          By: _____
                                            Jessica Fuller
                                            *Named Plaintiff*

**COMPLAINT**

**VERIFICATION**

I have read the foregoing Class Action Complaint and know its contents. I am the plaintiff, a party to this action. The matters stated in the foregoing Class Action Complaint are true to my own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March  16  , 2023                    By:  _____

                                                    Alexander Goncalves
                                                    *Named Plaintiff*

COMPLAINT

**VERIFICATION**

I have read the foregoing Class Action Complaint and know its contents. I am the plaintiff, a party to this action. The matters stated in the foregoing Class Action Complaint are true to my own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March ____16____, 2023          By:

> DocuSigned by:
> *Brett McAdams*
> ───6003EBD8B6E2427...

Brett McAdams
*Named Plaintiff*

**COMPLAINT**

# VERIFICATION

I have read the foregoing Class Action Complaint and know its contents. I am the plaintiff, a party to this action. The matters stated in the foregoing Class Action Complaint are true to my own knowledge, except as to the matters which are therein stated upon information or belief, and as to those matters I believe them to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March __16__, 2023          By: _____

DocuSigned by:

*Quinn Molina*

3144C58896FF40D...

Quinn Molina
*Named Plaintiff*

**COMPLAINT**

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

# EXHIBIT A

**Student: Jessica Fuller**
**Address:** ███████████████████
**Email Address:** ████████████████████
**APL_12014**

# INCOME SHARE AGREEMENT

This income share agreement is between Lambda Inc. ("Lambda School") and a student ("you"). You have previously completed an application to become a Lambda School student. Prior to or concurrently with signing this agreement, you and Lambda School are signing an enrollment agreement in which Lambda School accepts you as a student. Your entering into the enrollment agreement is a condition to Lambda School admitting you to the program of educational services outlined in your enrollment agreement. If you sign this agreement before signing an enrollment agreement, you are agreeing to Lambda School's standard enrollment agreement currently in effect until such time as you sign an enrollment agreement.

Lambda School charges tuition, but instead of paying tuition directly, a student may elect to have Lambda School provide tuition funding on behalf of that student. That student commits to paying Lambda School a fixed percentage of their income each month toward the cost of attending Lambda School, up to a maximum number of payments and a maximum amount, on condition that the student's income is above the monthly equivalent of $50,000.00 annually.

In this agreement, you commit to reporting your income and to making a number of monthly payments in return for Lambda School providing tuition funding on your behalf.

IF YOU CANCEL

If you terminate this agreement during the allowable full cancellation period specified in your enrollment agreement, you will not owe Lambda School anything under this agreement.

| YOUR PAYMENTS | |
|---|---|
| Here's a summary of the key details of your monthly payments under this agreement. More information is provided elsewhere in this agreement. | |
| Tuition funding provided to Lambda School on your behalf | $30,000.00 |
| Percentage of your monthly earned income you must pay Lambda School | 17% |
| Minimum monthly earned income required for monthly payments | $4,166.67 |
| Equivalent annual earned income | $50,000.00 |
| Maximum number of monthly payments | 24 |
| Maximum term of this agreement | 60 months |
| Maximum total amount you are required to pay (excluding fees for late or failed payments) | $30,000.00 |
| **FEES FOR LATE OR FAILED PAYMENTS** | |
| Here are the fees you might have to pay. | |
| if Lambda School doesn't receive a monthly payment by the 15th of the month it is due | $50.00 |
| if Lambda School receives a monthly payment but that payment fails because you don't have enough money in your account, or for any other reason | $35.00 |

THIS IS NOT A LOAN

In making monthly payments to Lambda School, you will not be repaying a student loan. In the case of a student loan, a student borrows a set amount and repays the principal amount of the loan plus interest or a finance charge, or both. Under this agreement, you will instead pay a fixed percentage of your income each month for up to a maximum number of payments.

You acknowledge that the income-tax consequences of this agreement are uncertain and that Lambda School has not provided you with any tax advice and has not assured you of specific tax consequences. You acknowledge that you have had an opportunity to consult with your own advisors about the tax implications of entering into this agreement.

EXAMPLES OF WHAT YOU MIGHT HAVE TO PAY

This table shows some examples of monthly and total payments under this agreement at different income levels.

| Monthly Income | Equivalent Annual Income | Monthly Payment | Total Amount Paid | Number of Payments |
|---|---|---|---|---|
| Less than $4,166.67 | Less than $50,000 | Not applicable | $0 | None |
| $4,166.67 | $50,000 | $708.33 | $17,000 | 24 |
| $5,000.00 | $60,000 | $850.00 | $20,400 | 24 |
| $5,833.33 | $70,000 | $991.67 | $23,800 | 24 |
| $6,666.67 | $80,000 | $1,133.33 | $27,200 | 24 |
| $7,500.00 | $90,000 | $1,275.00 | $30,000 | 24 |
| $8,333.33 | $100,000 | $1,416.67 | $30,000 | 22 |
| $10,000.00 | $120,000 | $1,700.00 | $30,000 | 18 |

DETERMINING YOUR MONTHLY PAYMENTS

The amount of each of your monthly payments is equal to 17% of your earned income in the previous month from all your qualified positions, plus any fees you owe under this agreement. You are not required to make a monthly payment if your earned income for the previous month is less than $4,166.67.

*What "Earned Income" Means*

For purposes of this agreement, "earned income" means all you are paid or that you earn in all your qualified positions. Earned income is your gross income—your income before taxes or any other withholdings (including contributions to retirement plans and savings plans). For example, the US Internal Revenue Service for the 2019 reporting year defines income to include on an annual basis (a) the sum of Line 1 (Wages, salaries, tips, etc.), Line 7a (Other income), and Line 8a (Business income or loss) of IRS Form 1040, as reported or required to be reported on U.S. federal income Tax returns. All of those are examples of "earned income."

Earned Income does not include (1) income earned by your children or spouse (if any), (2) any money you inherit, (3) any amounts paid to you under the Social Security disability insurance program (title II of the Social Security Act) or the Supplemental Security Income program (title XVI of the Social Security Act), or (4) any amounts paid to you under the Child Nutrition Act of 1966.

For purposes of this agreement, "qualified position" means work as an employee, independent contractor, or business owner in a field related to, or position requiring knowledge of, one or more of software, data science, full-stack web, iOS/Android development, cybersecurity, information technology, UX, and web and app development and design and any other field or position for which you would not have been qualified, or not have been considered or promoted into, but for your participation in your Lambda School program or the job placement efforts of Lambda School.

If a position would otherwise be a qualified position, it will not be relevant that your Lambda School program was in a discipline not directly related to that position.

Examples of titles for positions that would qualify include software engineer, data scientist, web developer, and app developer. Positions in quality assurance, sales, product management, or other fields that may seem unrelated to your Lambda School program might nevertheless qualify if your work actually calls on skills related to your Lambda School program. A position at a company that doesn't sell technology products or offer technology services might also qualify—for example, a web-developer position for any kind of company.

It will be up to Lambda School to decide whether income you earned can be attributed to a qualified position. You must provide Lambda School any information it asks for to allow it to decide whether income you earned should be attributed to a qualified position.

*Establishing Your Earned Income*

You must inform Lambda School no later than five days after starting work in a qualified position paying you at least the minimum amount required for you to be required to make monthly payments under this agreement. Every three months or as requested by Lambda School thereafter you must inform Lambda School of the name of your employer, your job title, and your earned income.

You must submit to Lambda School via Lambda School's online portal the following documentation evidencing your earned income:

- before your first monthly payment and every time your earned income increases or decreases, a pay stub, letter from your employer, independent-contractor agreement, or other evidence of your monthly income

- by 30 April each year, a year-end pay stub, form W-2, form 1099, schedule K-1, or other official documentation showing your sources of earned income and the dates of your employment for the previous calendar year

- if Lambda School requests, it, a completed and signed IRS form 4506-T (or any successor form) designating Lambda School as the recipient of your tax return information for returns covering any months for which you are required to make a monthly payment, dated no earlier than 30 days before the date you provide it Lambda School

You authorize Lambda School to verify your earned income and your credit history by checking with your employer (for example through the employer's verification line), credit reporting agencies, payroll providers, or other services. You acknowledge that Lambda School may adjust your monthly payments to reflect any information so discovered. And Lambda School might review public information about your employment and income, such as your profile on social media or job sites. Lambda School will act reasonably in verifying your earned income but ultimately it will be up to Lambda School to decide whether your documentation or other materials sufficiently prove your earned income.

You must notify Lambda School no later than 30 days if you change your tax filing status from single filing to joint filing (or vice-versa), so Lambda School knows whether to exclude earnings of your spouse when calculating your earned income.

### *Setting Your Monthly Payments*

Based on the information you provide, Lambda School will determine the amount of your monthly payments.

Lambda School may estimate one or more of your monthly payments for any period during which you fail to submit to Lambda School documentation evidencing your earned income as required under this agreement. In making such an estimate, Lambda school may assume that your earned income is equivalent to the average full-time income for occupations related to your Lambda School program.

At any time you may ask Lambda School to confirm the amount of your next monthly payment.

You may not pay more than your monthly payment without Lambda School's consent.

WHEN YOU MUST START MAKING MONTHLY PAYMENTS

After you have completed, withdraw from, or are withdrawn from (for any reason) your Lambda School program, you are required to begin making payments. You will have a one-month grace period before your first

payment is due. The first month for which you are required to make a monthly payment is the second full month in which your earned income exceeds the minimum. Here are two examples:

- if you graduate from Lambda School on 15 May and on 5 June you start a job for which you are paid monthly $4,166.67 or more and in June you are paid $4,166.67 or more, the first month for which you must make a monthly payment is August

- if you graduate from Lambda School on 15 May and on 20 June you start a job for which you are paid monthly at least $4,166.67 but in June you are paid less than $4,166.67, the first month for which you must make a monthly payment is August

For purposes of this agreement only, you have completed your Lambda School program upon the earlier of (1) the date for completing your program specified in your enrollment agreement and (2) your accepting a qualified position after the date specified in your enrollment agreement on which you are responsible for the entire amount of tuition funding allocated to your program.

Your monthly payment for a given month is due on the first business day of the following month.

You will not be required to make further monthly payments under this agreement if (1) you have made 24 monthly payments, (2) you have paid the maximum amount of $30,000 (excluding fees), or (3) you have not been required to make a monthly payment for a total of 60 months, whichever is the earliest to occur. The maximum term of this agreement is 83 months. That would happen if you have made 24 monthly payments and you have not been required to make a monthly payment for a total of 59 months.

HOW TO MAKE MONTHLY PAYMENTS

### *Income-Sharing Manager and Other Lambda School Partners*

Lambda School has appointed an income-sharing manager to administer students' monthly payments and this agreement generally. Lambda School might on one or more occasions replace the income-sharing manager, or itself act as or serve some functions of the income-sharing manager. You acknowledge that any income-sharing manager and its or Lambda School's partners will be authorized to act on behalf of Lambda School for all purposes relating to this agreement. You may also need to accept or be subject to terms, policies, or other practices of the income-sharing manager or other partners.

### *Payment Options*

The income-sharing manager will offer you the option of making your monthly payments by automated clearing house (ACH) payment—you would authorize the income-sharing manager to deduct from the designated account, as it comes due, the amount of each monthly payment, until such time as you withdraw your authorization. Or you could instead elect to pay by another method approved by Lambda School or the income-sharing manager. Lambda School or the income-sharing manager might in the future provide additional payment options or programs, but you might not be eligible for any such programs.

## *Your Designated Bank Account*

At the request of the income-sharing manager, you must establish and maintain through the online portal during the term of this agreement a bank account with a financial institution designated by the income-sharing manager. The income-sharing manager will be permitted to view your transactions on that account. That information will help determine the amount of your monthly payments. You may maintain other bank accounts too, but you must deposit all of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) into your designated bank account. It would violate this agreement for you to deposit some of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) in a bank account other than your designated bank account.

The income-sharing manager sends or calls with payment reminders and account statements by email, phone, or SMS, or all of these—do whatever is necessary to make sure you receive them. If you don't receive a reminder to make a monthly payment, that will not affect the due date of that monthly payment.

## *Online Portal*

The income-sharing manager maintains an online portal that will allow you to access a copy of this agreement, documentation relating to your account, and information about your payment terms, including the amount of your next monthly payment and when it's due and any past due amounts. Through this portal you will be able to update your information, upload documents, and change how you authorize payment of monthly amounts.

## *Account Reconciliation*

Lambda School might review your account at any time to ensure that your monthly payments accurately reflect your earned income.

If you underpaid or failed to pay one or more monthly payments, Lambda School will notify you in writing of what you owe and any late charges. At Lambda School's discretion, any amount you owe will be added to one of your future monthly payments, will be spread evenly over up to six future monthly payments, or, if you are not required to make a monthly payment or if this agreement has been terminated, will be billed to you separately.

If you overpaid, Lambda School will notify you of the overpayment and reduce your next one or more monthly payments by the amount of the overpayment. If Lambda School discovers an overpayment after this agreement has terminated, it will refund the excess amount to you.

CHANGE OF STATUS

## *Withdrawing Early*

If after the cancellation period has passed you withdraw from your program or are dismissed from the program, under your enrollment agreement you might be required to pay Lambda School an amount up to the maximum total amount you are required to pay under this agreement. You must notify Lambda School if you wish to withdraw from the program.

## *Disability*

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

DEFAULT

Except as provided by law, you will be in default under this agreement if any of the following occurs:

- you do not pay a monthly payment in full when due or otherwise don't do something you promise to do in this agreement or your enrollment agreement

- you make an inaccurate statement of fact in this agreement or your enrollment agreement

- you provide inaccurate or incomplete information in your Lambda School application, your enrollment agreement, or any other written communication with Lambda School

- you begin a voluntary bankruptcy case under title 11 of the United States Code

- anyone begins an involuntary bankruptcy case against you under title 11 of the United States Code and either (1) the case is not dismissed by midnight at the end of the 60th day after it is begun or (2) the court hearing the case issues an order approving the case

- you fail generally to pay your debts as they become due (other than any debts for which you dispute in good faith your liability or the amount) or you acknowledge in writing that you are unable to do so

## *Remedies*

If you are in default under this agreement, at Lambda School's request you must pay Lambda School the entire amount you owe under this agreement. Lambda School will also have all other remedies available by law.

DISPUTES

### *Arbitration*

As the exclusive means of initiating adversarial proceedings to resolve any dispute arising out of this agreement, your Lambda School tuition, or your payments to Lambda School (other than any proceeding commenced by either party seeking an injunction, a restraining order, or any other equitable remedy or a proceeding commenced by either party in small claims court), either party may demand that the dispute be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules available at www.adr.org. If AAA is completely unavailable, and if you and Lambda School cannot agree on a substitute, then either you or Lambda School may request that a court appoint a substitute. The rules in this arbitration agreement will be followed if there is disagreement between the agreement and the arbitration forum's procedures. Judgment on any award rendered in any such arbitration may be entered in any court having jurisdiction. This arbitration agreement is governed by the Federal Arbitration Act (FAA).

Any such arbitration must be conducted by one arbitrator and must be conducted in San Francisco, California, the county with a major commercial airport nearest to where you live, or another mutually agreed location. If the claim is for $25,000 or less, you may choose whether the arbitration will be conducted (1) solely on the basis of documents submitted to the arbitrator or (2) by means of a hearing conducted by telephone.

### *No Class Action*

YOU AND LAMBDA SCHOOL MAY EACH BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS THEY ARISE FROM THE SAME TRANSACTION.

### *Jury Trial*

You and Lambda School hereby waive your respective right to a trial by jury in any proceedings arising out of this agreement, your Lambda School tuition, or your payments to Lambda School.

YOUR INFORMATION AND YOUR PRIVACY

Lambda School may use information you provide Lambda School under this agreement to improve its administration of income share agreements with its students and for its other operations, including working with its partners in performing under this agreement. Otherwise, Lambda School may disclose information you provide Lambda School under this agreement only if it is aggregated with information from other students or has removed from it all information that identifies it as originating with you. Lambda School owns any information derived from or based on the information you provide Lambda School. Lambda School maintains a privacy notice at www.lambdaschool.com/privacy. If you have any concerns about how Lambda School treats

your information, please contact Lambda School through its website.

CONTACTING EACH OTHER

### *Valid Notice*

For a notice under this agreement to be valid, it must be in writing and delivered by email to the email address stated at the top of this agreement (in the case of an email message from you to Lambda School) or to the most current email address in Lambda School's records (in the case of an email message from Lambda School to you), or submitted to the income-sharing manager's online portal (in the case of an email to the income-sharing manager). It will be deemed to have been received when sent, even if the sender receives a machine-generated message that delivery has failed.

If a party sending an email notice under this agreement receives a machine-generated message that delivery has failed, for that notice to be valid the sender must deliver to the intended recipient a tangible copy of that notice with end-to-end tracking and all fees prepaid to the address stated at the top of this agreement (in the case of delivery by you to Lambda School) or to the most current address in Lambda School's records (in the case of notice from Lambda School to you).

### *Other Communications*

For any reason related to this agreement, including any amounts you owe, Lambda School may contact you at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP, or other services) you have provided Lambda School or provide Lambda School in the future. Lambda School may use any means of communication, including postal mail, electronic mail, voice calls, text messaging, and recorded message using automatic-dialing devices. You may ask that Lambda School not contact you using one or more of these means of contacting you, and the law might impose restrictions on how Lambda School contacts you.

### *Changing Your Contact Information*

You must notify Lambda School no later than 30 days after change in your primary residence, your phone number, email address, or any other contact information you previously provided Lambda School.

OTHER TERMS

### *Governing Law*

New York law governs all adversarial proceedings arising out of this agreement, your Lambda School tuition, or your payments to Lambda School.

## *Transfers*

You may not transfer (1) any discretion granted under this agreement, (2) any right to satisfy a condition under this agreement, (3) any remedy under this agreement, or (4) any obligation imposed under this agreement. Any purported transfer in violation of the previous sentence will be void.

Lambda School might transfer all or part of its interest in this agreement. If Lambda School transfers its entire interest in this agreement to someone else and by mistake you pay Lambda School or its income-sharing manager after that transfer, Lambda School has the choice of forwarding your payment to the transferee or its project manager, returning the payment to you, or handle it in any other way Lambda School thinks reasonable.

## *Your Application*

You state that all information you provided in your Lambda School application was complete and accurate when you submitted your application.

## *Your Age*

You state that you are the age of majority or older in the state where you currently reside. (The age of majority is the age at which you are considered an adult and responsible for your actions in the legal sense.)

## *Citizenship*

You state that you are a citizen of the United States, a permanent resident of the United States, or a Deferred Action for Childhood Arrivals (DACA) recipient.

## *No Other Income Share Agreements*

You state that you are not currently party to any other income share agreements with Lambda School or anyone else. You must not enter into another income share agreement with anyone else during the term of this agreement.

## *Lambda School's Liability Is Limited*

The liability of Lambda School under this agreement is limited to the aggregate of all payments you make to Lambda School under this agreement.

### *Modifying Unenforceable Provisions*

You acknowledge that if a dispute between the parties arises out of this agreement, your Lambda School tuition, or your payments to Lambda School, you would want the court to interpret this agreement as follows:

- with respect to any provision that it holds to be unenforceable, by modifying that provision to the minimum extent necessary to make it enforceable or, if that modification is not permitted by law, by disregarding that provision

- if an unenforceable provision is modified or disregarded in accordance with this section, by holding that the rest of the agreement will remain in effect as written

- by holding that any unenforceable provision will remain as written in any circumstances other than those in which the provision is held to be unenforceable

- if modifying or disregarding the unenforceable provision would result in failure of an essential purpose of this agreement, by holding the entire agreement unenforceable

By signing below, you acknowledge that you have read all of this agreement carefully and agree to its terms.

| Signature: *Jessica Fuller* | | Date: 04/22/2020 |
|---|---|---|
| Mailing Address: ██████ | City, State: Lakewood, WA | Zip Code: ███ |

☒ **I acknowledge that by providing my e-signature below, I will be legally bound to the above Income Share Agreement**

☒ **I consent to the  Income Verification Consent Form.**

☐ **To help me better manage my ISA payments, I consent to the** [Electronic Funds Transfer Authorization](#)**. I understand that I may revoke this consent at any time.**

Recipient IP: █████████

# EXHIBIT B

**Student: Alexander Goncalves**
**Address:** ███████████████
**Email Address:** ███████████████████████
**APL_12669**

# INCOME SHARE AGREEMENT

This income share agreement is between Lambda Inc. ("Lambda School") and a student ("you"). You have previously completed an application to become a Lambda School student. Prior to or concurrently with signing this agreement, you and Lambda School are signing an enrollment agreement in which Lambda School accepts you as a student. Your entering into the enrollment agreement is a condition to Lambda School admitting you to the program of educational services outlined in your enrollment agreement. If you sign this agreement before signing an enrollment agreement, you are agreeing to Lambda School's standard enrollment agreement currently in effect until such time as you sign an enrollment agreement.

Lambda School charges tuition, but instead of paying tuition directly, a student may elect to have Lambda School provide tuition funding on behalf of that student. That student commits to paying Lambda School a fixed percentage of their income each month toward the cost of attending Lambda School, up to a maximum number of payments and a maximum amount, on condition that the student's income is above the monthly equivalent of $50,000.00 annually.

In this agreement, you commit to reporting your income and to making a number of monthly payments in return for Lambda School providing tuition funding on your behalf.

IF YOU CANCEL

If you terminate this agreement during the allowable full cancellation period specified in your enrollment agreement, you will not owe Lambda School anything under this agreement.

| YOUR PAYMENTS | |
|---|---|
| Here's a summary of the key details of your monthly payments under this agreement. More information is provided elsewhere in this agreement. | |
| Tuition funding provided to Lambda School on your behalf | $30,000.00 |
| Percentage of your monthly earned income you must pay Lambda School | 17% |
| Minimum monthly earned income required for monthly payments | $4,166.67 |
| Equivalent annual earned income | $50,000.00 |
| Maximum number of monthly payments | 24 |
| Maximum term of this agreement | 60 months |
| Maximum total amount you are required to pay (excluding fees for late or failed payments) | $30,000.00 |
| FEES FOR LATE OR FAILED PAYMENTS | |
| Here are the fees you might have to pay. | |
| if Lambda School doesn't receive a monthly payment by the 15th of the month it is due | $50.00 |
| if Lambda School receives a monthly payment but that payment fails because you don't have | |

| | |
|---|---|
| enough money in your account, or for any other reason | $35.00 |

THIS IS NOT A LOAN

In making monthly payments to Lambda School, you will not be repaying a student loan. In the case of a student loan, a student borrows a set amount and repays the principal amount of the loan plus interest or a finance charge, or both. Under this agreement, you will instead pay a fixed percentage of your income each month for up to a maximum number of payments.

You acknowledge that the income-tax consequences of this agreement are uncertain and that Lambda School has not provided you with any tax advice and has not assured you of specific tax consequences. You acknowledge that you have had an opportunity to consult with your own advisors about the tax implications of entering into this agreement.

EXAMPLES OF WHAT YOU MIGHT HAVE TO PAY

This table shows some examples of monthly and total payments under this agreement at different income levels.

| Monthly Income | Equivalent Annual Income | Monthly Payment | Total Amount Paid | Number of Payments |
|---|---|---|---|---|
| Less than $4,166.67 | Less than $50,000 | Not applicable | $0 | None |
| $4,166.67 | $50,000 | $708.33 | $17,000 | 24 |
| $5,000.00 | $60,000 | $850.00 | $20,400 | 24 |
| $5,833.33 | $70,000 | $991.67 | $23,800 | 24 |
| $6,666.67 | $80,000 | $1,133.33 | $27,200 | 24 |
| $7,500.00 | $90,000 | $1,275.00 | $30,000 | 24 |
| $8,333.33 | $100,000 | $1,416.67 | $30,000 | 22 |
| $10,000.00 | $120,000 | $1,700.00 | $30,000 | 18 |

DETERMINING YOUR MONTHLY PAYMENTS

The amount of each of your monthly payments is equal to 17% of your earned income in the previous month from all your qualified positions, plus any fees you owe under this agreement. You are not required

to make a monthly payment if your earned income for the previous month is less than $4,166.67.

### What "Earned Income" Means

For purposes of this agreement, "earned income" means all you are paid or that you earn in all your qualified positions. Earned income is your gross income—your income before taxes or any other withholdings (including contributions to retirement plans and savings plans). For example, the US Internal Revenue Service for the 2019 reporting year defines income to include on an annual basis (a) the sum of Line 1 (Wages, salaries, tips, etc.), Line 7a (Other income), and Line 8a (Business income or loss) of IRS Form 1040, as reported or required to be reported on U.S. federal income Tax returns. All of those are examples of "earned income."

Earned Income does not include (1) income earned by your children or spouse (if any), (2) any money you inherit, (3) any amounts paid to you under the Social Security disability insurance program (title II of the Social Security Act) or the Supplemental Security Income program (title XVI of the Social Security Act), or (4) any amounts paid to you under the Child Nutrition Act of 1966.

For purposes of this agreement, "qualified position" means work as an employee, independent contractor, or business owner in a field related to, or position requiring knowledge of, one or more of software, data science, full-stack web, iOS/Android development, cybersecurity, information technology, UX, and web and app development and design and any other field or position for which you would not have been qualified, or not have been considered or promoted into, but for your participation in your Lambda School program or the job placement efforts of Lambda School.

If a position would otherwise be a qualified position, it will not be relevant that your Lambda School program was in a discipline not directly related to that position.

Examples of titles for positions that would qualify include software engineer, data scientist, web developer, and app developer. Positions in quality assurance, sales, product management, or other fields that may seem unrelated to your Lambda School program might nevertheless qualify if your work actually calls on skills related to your Lambda School program. A position at a company that doesn't sell technology products or offer technology services might also qualify—for example, a web-developer position for any kind of company.

It will be up to Lambda School to decide whether income you earned can be attributed to a qualified position. You must provide Lambda School any information it asks for to allow it to decide whether income you earned should be attributed to a qualified position.

### Establishing Your Earned Income

You must inform Lambda School no later than five days after starting work in a qualified position paying you at least the minimum amount required for you to be required to make monthly payments under this agreement. Every three months or as requested by Lambda School thereafter you must inform Lambda

School of the name of your employer, your job title, and your earned income.

You must submit to Lambda School via Lambda School's online portal the following documentation evidencing your earned income:

- before your first monthly payment and every time your earned income increases or decreases, a pay stub, letter from your employer, independent-contractor agreement, or other evidence of your monthly income

- by 30 April each year, a year-end pay stub, form W-2, form 1099, schedule K-1, or other official documentation showing your sources of earned income and the dates of your employment for the previous calendar year

- if Lambda School requests, it, a completed and signed IRS form 4506-T (or any successor form) designating Lambda School as the recipient of your tax return information for returns covering any months for which you are required to make a monthly payment, dated no earlier than 30 days before the date you provide it Lambda School

You authorize Lambda School to verify your earned income and your credit history by checking with your employer (for example through the employer's verification line), credit reporting agencies, payroll providers, or other services. You acknowledge that Lambda School may adjust your monthly payments to reflect any information so discovered. And Lambda School might review public information about your employment and income, such as your profile on social media or job sites. Lambda School will act reasonably in verifying your earned income but ultimately it will be up to Lambda School to decide whether your documentation or other materials sufficiently prove your earned income.

You must notify Lambda School no later than 30 days if you change your tax filing status from single filing to joint filing (or vice-versa), so Lambda School knows whether to exclude earnings of your spouse when calculating your earned income.

### *Setting Your Monthly Payments*

Based on the information you provide, Lambda School will determine the amount of your monthly payments.

Lambda School may estimate one or more of your monthly payments for any period during which you fail to submit to Lambda School documentation evidencing your earned income as required under this agreement. In making such an estimate, Lambda school may assume that your earned income is equivalent to the average full-time income for occupations related to your Lambda School program.

At any time you may ask Lambda School to confirm the amount of your next monthly payment.

You may not pay more than your monthly payment without Lambda School's consent.

WHEN YOU MUST START MAKING MONTHLY PAYMENTS

After you have completed, withdraw from, or are withdrawn from (for any reason) your Lambda School program, you are required to begin making payments. You will have a one-month grace period before your first payment is due. The first month for which you are required to make a monthly payment is the second full month in which your earned income exceeds the minimum. Here are two examples:

- if you graduate from Lambda School on 15 May and on 5 June you start a job for which you are paid monthly $4,166.67 or more and in June you are paid $4,166.67 or more, the first month for which you must make a monthly payment is August

- if you graduate from Lambda School on 15 May and on 20 June you start a job for which you are paid monthly at least $4,166.67 but in June you are paid less than $4,166.67, the first month for which you must make a monthly payment is August

For purposes of this agreement only, you have completed your Lambda School program upon the earlier of (1) the date for completing your program specified in your enrollment agreement and (2) your accepting a qualified position after the date specified in your enrollment agreement on which you are responsible for the entire amount of tuition funding allocated to your program.

Your monthly payment for a given month is due on the first business day of the following month.

You will not be required to make further monthly payments under this agreement if (1) you have made 24 monthly payments, (2) you have paid the maximum amount of $30,000 (excluding fees), or (3) you have not been required to make a monthly payment for a total of 60 months, whichever is the earliest to occur. The maximum term of this agreement is 83 months. That would happen if you have made 24 monthly payments and you have not been required to make a monthly payment for a total of 59 months.

HOW TO MAKE MONTHLY PAYMENTS

### *Income-Sharing Manager and Other Lambda School Partners*

Lambda School has appointed an income-sharing manager to administer students' monthly payments and this agreement generally. Lambda School might on one or more occasions replace the income-sharing manager, or itself act as or serve some functions of the income-sharing manager. You acknowledge that any income-sharing manager and its or Lambda School's partners will be authorized to act on behalf of Lambda School for all purposes relating to this agreement. You may also need to accept or be subject to terms, policies, or other practices of the income-sharing manager or other partners.

### *Payment Options*

The income-sharing manager will offer you the option of making your monthly payments by automated clearing house (ACH) payment—you would authorize the income-sharing manager to deduct from the designated account, as it comes due, the amount of each monthly payment, until such time as you withdraw your authorization. Or you could instead elect to pay by another method approved by Lambda School or the income-sharing manager. Lambda School or the income-sharing manager might in the future provide additional payment options or programs, but you might not be eligible for any such programs.

### *Your Designated Bank Account*

At the request of the income-sharing manager, you must establish and maintain through the online portal during the term of this agreement a bank account with a financial institution designated by the income-sharing manager. The income-sharing manager will be permitted to view your transactions on that account. That information will help determine the amount of your monthly payments. You may maintain other bank accounts too, but you must deposit all of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) into your designated bank account. It would violate this agreement for you to deposit some of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) in a bank account other than your designated bank account.

The income-sharing manager sends or calls with payment reminders and account statements by email, phone, or SMS, or all of these—do whatever is necessary to make sure you receive them. If you don't receive a reminder to make a monthly payment, that will not affect the due date of that monthly payment.

### *Online Portal*

The income-sharing manager maintains an online portal that will allow you to access a copy of this agreement, documentation relating to your account, and information about your payment terms, including the amount of your next monthly payment and when it's due and any past due amounts. Through this portal you will be able to update your information, upload documents, and change how you authorize payment of monthly amounts.

### *Account Reconciliation*

Lambda School might review your account at any time to ensure that your monthly payments accurately reflect your earned income.

If you underpaid or failed to pay one or more monthly payments, Lambda School will notify you in writing of what you owe and any late charges. At Lambda School's discretion, any amount you owe will be added to one of your future monthly payments, will be spread evenly over up to six future monthly payments, or, if you are not required to make a monthly payment or if this agreement has been terminated, will be billed to you separately.

If you overpaid, Lambda School will notify you of the overpayment and reduce your next one or more monthly payments by the amount of the overpayment. If Lambda School discovers an overpayment after this agreement has terminated, it will refund the excess amount to you.

CHANGE OF STATUS

### *Withdrawing Early*

If after the cancellation period has passed you withdraw from your program or are dismissed from the program, under your enrollment agreement you might be required to pay Lambda School an amount up to the maximum total amount you are required to pay under this agreement. You must notify Lambda School if you wish to withdraw from the program.

### *Disability*

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

DEFAULT

Except as provided by law, you will be in default under this agreement if any of the following occurs:

- you do not pay a monthly payment in full when due or otherwise don't do something you promise to do in this agreement or your enrollment agreement

- you make an inaccurate statement of fact in this agreement or your enrollment agreement

- you provide inaccurate or incomplete information in your Lambda School application, your enrollment agreement, or any other written communication with Lambda School

- you begin a voluntary bankruptcy case under title 11 of the United States Code

- anyone begins an involuntary bankruptcy case against you under title 11 of the United States Code and either (1) the case is not dismissed by midnight at the end of the 60th day after it is begun or (2) the court hearing the case issues an order approving the case

- you fail generally to pay your debts as they become due (other than any debts for which you dispute in good faith your liability or the amount) or you acknowledge in writing that you are unable to do so

## *Remedies*

If you are in default under this agreement, at Lambda School's request you must pay Lambda School the entire amount you owe under this agreement. Lambda School will also have all other remedies available by law.

DISPUTES

## *Arbitration*

As the exclusive means of initiating adversarial proceedings to resolve any dispute arising out of this agreement, your Lambda School tuition, or your payments to Lambda School (other than any proceeding commenced by either party seeking an injunction, a restraining order, or any other equitable remedy or a proceeding commenced by either party in small claims court), either party may demand that the dispute be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules available at www.adr.org. If AAA is completely unavailable, and if you and Lambda School cannot agree on a substitute, then either you or Lambda School may request that a court appoint a substitute. The rules in this arbitration agreement will be followed if there is disagreement between the agreement and the arbitration forum's procedures. Judgment on any award rendered in any such arbitration may be entered in any court having jurisdiction. This arbitration agreement is governed by the Federal Arbitration Act (FAA).

Any such arbitration must be conducted by one arbitrator and must be conducted in San Francisco, California, the county with a major commercial airport nearest to where you live, or another mutually agreed location. If the claim is for $25,000 or less, you may choose whether the arbitration will be conducted (1) solely on the basis of documents submitted to the arbitrator or (2) by means of a hearing conducted by telephone.

## *No Class Action*

YOU AND LAMBDA SCHOOL MAY EACH BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS THEY ARISE FROM THE SAME TRANSACTION.

## *Jury Trial*

You and Lambda School hereby waive your respective right to a trial by jury in any proceedings arising

out of this agreement, your Lambda School tuition, or your payments to Lambda School.

YOUR INFORMATION AND YOUR PRIVACY

Lambda School may use information you provide Lambda School under this agreement to improve its administration of income share agreements with its students and for its other operations, including working with its partners in performing under this agreement. Otherwise, Lambda School may disclose information you provide Lambda School under this agreement only if it is aggregated with information from other students or has removed from it all information that identifies it as originating with you. Lambda School owns any information derived from or based on the information you provide Lambda School. Lambda School maintains a privacy notice at www.lambdaschool.com/privacy. If you have any concerns about how Lambda School treats your information, please contact Lambda School through its website.

CONTACTING EACH OTHER

### *Valid Notice*

For a notice under this agreement to be valid, it must be in writing and delivered by email to the email address stated at the top of this agreement (in the case of an email message from you to Lambda School) or to the most current email address in Lambda School's records (in the case of an email message from Lambda School to you), or submitted to the income-sharing manager's online portal (in the case of an email to the income-sharing manager). It will be deemed to have been received when sent, even if the sender receives a machine-generated message that delivery has failed.

If a party sending an email notice under this agreement receives a machine-generated message that delivery has failed, for that notice to be valid the sender must deliver to the intended recipient a tangible copy of that notice with end-to-end tracking and all fees prepaid to the address stated at the top of this agreement (in the case of delivery by you to Lambda School) or to the most current address in Lambda School's records (in the case of notice from Lambda School to you).

### *Other Communications*

For any reason related to this agreement, including any amounts you owe, Lambda School may contact you at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP, or other services) you have provided Lambda School or provide Lambda School in the future. Lambda School may use any means of communication, including postal mail, electronic mail, voice calls, text messaging, and recorded message using automatic-dialing devices. You may ask that Lambda School not contact you using one or more of these means of contacting you, and the law might impose restrictions on how Lambda School contacts you.

### Changing Your Contact Information

You must notify Lambda School no later than 30 days after change in your primary residence, your phone number, email address, or any other contact information you previously provided Lambda School.

OTHER TERMS

### Governing Law

New York law governs all adversarial proceedings arising out of this agreement, your Lambda School tuition, or your payments to Lambda School.

### Transfers

You may not transfer (1) any discretion granted under this agreement, (2) any right to satisfy a condition under this agreement, (3) any remedy under this agreement, or (4) any obligation imposed under this agreement. Any purported transfer in violation of the previous sentence will be void.

Lambda School might transfer all or part of its interest in this agreement. If Lambda School transfers its entire interest in this agreement to someone else and by mistake you pay Lambda School or its income-sharing manager after that transfer, Lambda School has the choice of forwarding your payment to the transferee or its project manager, returning the payment to you, or handle it in any other way Lambda School thinks reasonable.

### Your Application

You state that all information you provided in your Lambda School application was complete and accurate when you submitted your application.

### Your Age

You state that you are the age of majority or older in the state where you currently reside. (The age of majority is the age at which you are considered an adult and responsible for your actions in the legal sense.)

### Citizenship

You state that you are a citizen of the United States, a permanent resident of the United States, or a Deferred Action for Childhood Arrivals (DACA) recipient.

### *No Other Income Share Agreements*

You state that you are not currently party to any other income share agreements with Lambda School or anyone else. You must not enter into another income share agreement with anyone else during the term of this agreement.

### *Lambda School's Liability Is Limited*

The liability of Lambda School under this agreement is limited to the aggregate of all payments you make to Lambda School under this agreement.

### *Modifying Unenforceable Provisions*

You acknowledge that if a dispute between the parties arises out of this agreement, your Lambda School tuition, or your payments to Lambda School, you would want the court to interpret this agreement as follows:

- with respect to any provision that it holds to be unenforceable, by modifying that provision to the minimum extent necessary to make it enforceable or, if that modification is not permitted by law, by disregarding that provision

- if an unenforceable provision is modified or disregarded in accordance with this section, by holding that the rest of the agreement will remain in effect as written

- by holding that any unenforceable provision will remain as written in any circumstances other than those in which the provision is held to be unenforceable

- if modifying or disregarding the unenforceable provision would result in failure of an essential purpose of this agreement, by holding the entire agreement unenforceable

By signing below, you acknowledge that you have read all of this agreement carefully and agree to its terms.

| Signature: | Date: |
|---|---|
| *Alex Goncalves* | 05/20/2020 |

| **Mailing Address:** | **City, State:** | **Zip Code:** |
|---|---|---|
| ██████████ | State College, PA | ████ |

☒   **I acknowledge that by providing my e-signature below, I will be legally bound to the above Income Share Agreement**

☒   **I consent to the**   **Income Verification Consent Form.**

☒   **To help me better manage my ISA payments, I consent to the Electronic Funds Transfer Authorization. I understand that I may revoke this consent at any time.**

Recipient IP: ████████

# EXHIBIT C

**Student: Brett McAdams**
**Address:** ███████████
**Email Address:** ████████████████
**APL_12928**

# INCOME SHARE AGREEMENT

This income share agreement is between Lambda Inc. ("Lambda School") and a student ("you"). You have previously completed an application to become a Lambda School student. Prior to or concurrently with signing this agreement, you and Lambda School are signing an enrollment agreement in which Lambda School accepts you as a student. Your entering into the enrollment agreement is a condition to Lambda School admitting you to the program of educational services outlined in your enrollment agreement. If you sign this agreement before signing an enrollment agreement, you are agreeing to Lambda School's standard enrollment agreement currently in effect until such time as you sign an enrollment agreement.

Lambda School charges tuition, but instead of paying tuition directly, a student may elect to have Lambda School provide tuition funding on behalf of that student. That student commits to paying Lambda School a fixed percentage of their income each month toward the cost of attending Lambda School, up to a maximum number of payments and a maximum amount, on condition that the student's income is above the monthly equivalent of $50,000.00 annually.

In this agreement, you commit to reporting your income and to making a number of monthly payments in return for Lambda School providing tuition funding on your behalf.

IF YOU CANCEL

If you terminate this agreement during the allowable full cancellation period specified in your enrollment agreement, you will not owe Lambda School anything under this agreement.

| YOUR PAYMENTS | |
|---|---|
| Here's a summary of the key details of your monthly payments under this agreement. More information is provided elsewhere in this agreement. | |
| Tuition funding provided to Lambda School on your behalf | $30,000.00 |
| Percentage of your monthly earned income you must pay Lambda School | 17% |
| Minimum monthly earned income required for monthly payments | $4,166.67 |
| Equivalent annual earned income | $50,000.00 |
| Maximum number of monthly payments | 24 |
| Maximum term of this agreement | 60 months |
| Maximum total amount you are required to pay (excluding fees for late or failed payments) | $30,000.00 |
| FEES FOR LATE OR FAILED PAYMENTS | |
| Here are the fees you might have to pay. | |
| if Lambda School doesn't receive a monthly payment by the 15th of the month it is due | $50.00 |
| if Lambda School receives a monthly payment but that payment fails because you don't have | |

| enough money in your account, or for any other reason | $35.00 |
|---|---|

## THIS IS NOT A LOAN

In making monthly payments to Lambda School, you will not be repaying a student loan. In the case of a student loan, a student borrows a set amount and repays the principal amount of the loan plus interest or a finance charge, or both. Under this agreement, you will instead pay a fixed percentage of your income each month for up to a maximum number of payments.

You acknowledge that the income-tax consequences of this agreement are uncertain and that Lambda School has not provided you with any tax advice and has not assured you of specific tax consequences. You acknowledge that you have had an opportunity to consult with your own advisors about the tax implications of entering into this agreement.

## EXAMPLES OF WHAT YOU MIGHT HAVE TO PAY

This table shows some examples of monthly and total payments under this agreement at different income levels.

| Monthly Income | Equivalent Annual Income | Monthly Payment | Total Amount Paid | Number of Payments |
|---|---|---|---|---|
| Less than $4,166.67 | Less than $50,000 | Not applicable | $0 | None |
| $4,166.67 | $50,000 | $708.33 | $17,000 | 24 |
| $5,000.00 | $60,000 | $850.00 | $20,400 | 24 |
| $5,833.33 | $70,000 | $991.67 | $23,800 | 24 |
| $6,666.67 | $80,000 | $1,133.33 | $27,200 | 24 |
| $7,500.00 | $90,000 | $1,275.00 | $30,000 | 24 |
| $8,333.33 | $100,000 | $1,416.67 | $30,000 | 22 |
| $10,000.00 | $120,000 | $1,700.00 | $30,000 | 18 |

## DETERMINING YOUR MONTHLY PAYMENTS

The amount of each of your monthly payments is equal to 17% of your earned income in the previous month from all your qualified positions, plus any fees you owe under this agreement. You are not required

to make a monthly payment if your earned income for the previous month is less than $4,166.67.

## *What "Earned Income" Means*

For purposes of this agreement, "earned income" means all you are paid or that you earn in all your qualified positions. Earned income is your gross income—your income before taxes or any other withholdings (including contributions to retirement plans and savings plans). For example, the US Internal Revenue Service for the 2019 reporting year defines income to include on an annual basis (a) the sum of Line 1 (Wages, salaries, tips, etc.), Line 7a (Other income), and Line 8a (Business income or loss) of IRS Form 1040, as reported or required to be reported on U.S. federal income Tax returns. All of those are examples of "earned income."

Earned Income does not include (1) income earned by your children or spouse (if any), (2) any money you inherit, (3) any amounts paid to you under the Social Security disability insurance program (title II of the Social Security Act) or the Supplemental Security Income program (title XVI of the Social Security Act), or (4) any amounts paid to you under the Child Nutrition Act of 1966.

For purposes of this agreement, "qualified position" means work as an employee, independent contractor, or business owner in a field related to, or position requiring knowledge of, one or more of software, data science, full-stack web, iOS/Android development, cybersecurity, information technology, UX, and web and app development and design and any other field or position for which you would not have been qualified, or not have been considered or promoted into, but for your participation in your Lambda School program or the job placement efforts of Lambda School.

If a position would otherwise be a qualified position, it will not be relevant that your Lambda School program was in a discipline not directly related to that position.

Examples of titles for positions that would qualify include software engineer, data scientist, web developer, and app developer. Positions in quality assurance, sales, product management, or other fields that may seem unrelated to your Lambda School program might nevertheless qualify if your work actually calls on skills related to your Lambda School program. A position at a company that doesn't sell technology products or offer technology services might also qualify—for example, a web-developer position for any kind of company.

It will be up to Lambda School to decide whether income you earned can be attributed to a qualified position. You must provide Lambda School any information it asks for to allow it to decide whether income you earned should be attributed to a qualified position.

## *Establishing Your Earned Income*

You must inform Lambda School no later than five days after starting work in a qualified position paying you at least the minimum amount required for you to be required to make monthly payments under this agreement. Every three months or as requested by Lambda School thereafter you must inform Lambda

School of the name of your employer, your job title, and your earned income.

You must submit to Lambda School via Lambda School's online portal the following documentation evidencing your earned income:

- before your first monthly payment and every time your earned income increases or decreases, a pay stub, letter from your employer, independent-contractor agreement, or other evidence of your monthly income

- by 30 April each year, a year-end pay stub, form W-2, form 1099, schedule K-1, or other official documentation showing your sources of earned income and the dates of your employment for the previous calendar year

- if Lambda School requests, it, a completed and signed IRS form 4506-T (or any successor form) designating Lambda School as the recipient of your tax return information for returns covering any months for which you are required to make a monthly payment, dated no earlier than 30 days before the date you provide it Lambda School

You authorize Lambda School to verify your earned income and your credit history by checking with your employer (for example through the employer's verification line), credit reporting agencies, payroll providers, or other services. You acknowledge that Lambda School may adjust your monthly payments to reflect any information so discovered. And Lambda School might review public information about your employment and income, such as your profile on social media or job sites. Lambda School will act reasonably in verifying your earned income but ultimately it will be up to Lambda School to decide whether your documentation or other materials sufficiently prove your earned income.

You must notify Lambda School no later than 30 days if you change your tax filing status from single filing to joint filing (or vice-versa), so Lambda School knows whether to exclude earnings of your spouse when calculating your earned income.

### *Setting Your Monthly Payments*

Based on the information you provide, Lambda School will determine the amount of your monthly payments.

Lambda School may estimate one or more of your monthly payments for any period during which you fail to submit to Lambda School documentation evidencing your earned income as required under this agreement. In making such an estimate, Lambda school may assume that your earned income is equivalent to the average full-time income for occupations related to your Lambda School program.

At any time you may ask Lambda School to confirm the amount of your next monthly payment.

You may not pay more than your monthly payment without Lambda School's consent.

WHEN YOU MUST START MAKING MONTHLY PAYMENTS

After you have completed, withdraw from, or are withdrawn from (for any reason) your Lambda School program, you are required to begin making payments. You will have a one-month grace period before your first payment is due. The first month for which you are required to make a monthly payment is the second full month in which your earned income exceeds the minimum. Here are two examples:

- if you graduate from Lambda School on 15 May and on 5 June you start a job for which you are paid monthly $4,166.67 or more and in June you are paid $4,166.67 or more, the first month for which you must make a monthly payment is August

- if you graduate from Lambda School on 15 May and on 20 June you start a job for which you are paid monthly at least $4,166.67 but in June you are paid less than $4,166.67, the first month for which you must make a monthly payment is August

For purposes of this agreement only, you have completed your Lambda School program upon the earlier of (1) the date for completing your program specified in your enrollment agreement and (2) your accepting a qualified position after the date specified in your enrollment agreement on which you are responsible for the entire amount of tuition funding allocated to your program.

Your monthly payment for a given month is due on the first business day of the following month.

You will not be required to make further monthly payments under this agreement if (1) you have made 24 monthly payments, (2) you have paid the maximum amount of $30,000 (excluding fees), or (3) you have not been required to make a monthly payment for a total of 60 months, whichever is the earliest to occur. The maximum term of this agreement is 83 months. That would happen if you have made 24 monthly payments and you have not been required to make a monthly payment for a total of 59 months.

HOW TO MAKE MONTHLY PAYMENTS

***Income-Sharing Manager and Other Lambda School Partners***

Lambda School has appointed an income-sharing manager to administer students' monthly payments and this agreement generally. Lambda School might on one or more occasions replace the income-sharing manager, or itself act as or serve some functions of the income-sharing manager. You acknowledge that any income-sharing manager and its or Lambda School's partners will be authorized to act on behalf of Lambda School for all purposes relating to this agreement. You may also need to accept or be subject to terms, policies, or other practices of the income-sharing manager or other partners.

***Payment Options***

The income-sharing manager will offer you the option of making your monthly payments by automated clearing house (ACH) payment—you would authorize the income-sharing manager to deduct from the designated account, as it comes due, the amount of each monthly payment, until such time as you withdraw your authorization. Or you could instead elect to pay by another method approved by Lambda School or the income-sharing manager. Lambda School or the income-sharing manager might in the future provide additional payment options or programs, but you might not be eligible for any such programs.

### *Your Designated Bank Account*

At the request of the income-sharing manager, you must establish and maintain through the online portal during the term of this agreement a bank account with a financial institution designated by the income-sharing manager. The income-sharing manager will be permitted to view your transactions on that account. That information will help determine the amount of your monthly payments. You may maintain other bank accounts too, but you must deposit all of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) into your designated bank account. It would violate this agreement for you to deposit some of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) in a bank account other than your designated bank account.

The income-sharing manager sends or calls with payment reminders and account statements by email, phone, or SMS, or all of these—do whatever is necessary to make sure you receive them. If you don't receive a reminder to make a monthly payment, that will not affect the due date of that monthly payment.

### *Online Portal*

The income-sharing manager maintains an online portal that will allow you to access a copy of this agreement, documentation relating to your account, and information about your payment terms, including the amount of your next monthly payment and when it's due and any past due amounts. Through this portal you will be able to update your information, upload documents, and change how you authorize payment of monthly amounts.

### *Account Reconciliation*

Lambda School might review your account at any time to ensure that your monthly payments accurately reflect your earned income.

If you underpaid or failed to pay one or more monthly payments, Lambda School will notify you in writing of what you owe and any late charges. At Lambda School's discretion, any amount you owe will be added to one of your future monthly payments, will be spread evenly over up to six future monthly payments, or, if you are not required to make a monthly payment or if this agreement has been terminated, will be billed to you separately.

If you overpaid, Lambda School will notify you of the overpayment and reduce your next one or more monthly payments by the amount of the overpayment. If Lambda School discovers an overpayment after this agreement has terminated, it will refund the excess amount to you.

CHANGE OF STATUS

## *Withdrawing Early*

If after the cancellation period has passed you withdraw from your program or are dismissed from the program, under your enrollment agreement you might be required to pay Lambda School an amount up to the maximum total amount you are required to pay under this agreement. You must notify Lambda School if you wish to withdraw from the program.

## *Disability*

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

DEFAULT

Except as provided by law, you will be in default under this agreement if any of the following occurs:

- you do not pay a monthly payment in full when due or otherwise don't do something you promise to do in this agreement or your enrollment agreement

- you make an inaccurate statement of fact in this agreement or your enrollment agreement

- you provide inaccurate or incomplete information in your Lambda School application, your enrollment agreement, or any other written communication with Lambda School

- you begin a voluntary bankruptcy case under title 11 of the United States Code

- anyone begins an involuntary bankruptcy case against you under title 11 of the United States Code and either (1) the case is not dismissed by midnight at the end of the 60th day after it is begun or (2) the court hearing the case issues an order approving the case

- you fail generally to pay your debts as they become due (other than any debts for which you dispute in good faith your liability or the amount) or you acknowledge in writing that you are unable to do so

## *Remedies*

If you are in default under this agreement, at Lambda School's request you must pay Lambda School the entire amount you owe under this agreement. Lambda School will also have all other remedies available by law.

DISPUTES

## *Arbitration*

As the exclusive means of initiating adversarial proceedings to resolve any dispute arising out of this agreement, your Lambda School tuition, or your payments to Lambda School (other than any proceeding commenced by either party seeking an injunction, a restraining order, or any other equitable remedy or a proceeding commenced by either party in small claims court), either party may demand that the dispute be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules available at www.adr.org. If AAA is completely unavailable, and if you and Lambda School cannot agree on a substitute, then either you or Lambda School may request that a court appoint a substitute. The rules in this arbitration agreement will be followed if there is disagreement between the agreement and the arbitration forum's procedures. Judgment on any award rendered in any such arbitration may be entered in any court having jurisdiction. This arbitration agreement is governed by the Federal Arbitration Act (FAA).

Any such arbitration must be conducted by one arbitrator and must be conducted in San Francisco, California, the county with a major commercial airport nearest to where you live, or another mutually agreed location. If the claim is for $25,000 or less, you may choose whether the arbitration will be conducted (1) solely on the basis of documents submitted to the arbitrator or (2) by means of a hearing conducted by telephone.

## *No Class Action*

YOU AND LAMBDA SCHOOL MAY EACH BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS THEY ARISE FROM THE SAME TRANSACTION.

## *Jury Trial*

You and Lambda School hereby waive your respective right to a trial by jury in any proceedings arising

out of this agreement, your Lambda School tuition, or your payments to Lambda School.

YOUR INFORMATION AND YOUR PRIVACY

Lambda School may use information you provide Lambda School under this agreement to improve its administration of income share agreements with its students and for its other operations, including working with its partners in performing under this agreement. Otherwise, Lambda School may disclose information you provide Lambda School under this agreement only if it is aggregated with information from other students or has removed from it all information that identifies it as originating with you. Lambda School owns any information derived from or based on the information you provide Lambda School. Lambda School maintains a privacy notice at www.lambdaschool.com/privacy. If you have any concerns about how Lambda School treats your information, please contact Lambda School through its website.

CONTACTING EACH OTHER

### *Valid Notice*

For a notice under this agreement to be valid, it must be in writing and delivered by email to the email address stated at the top of this agreement (in the case of an email message from you to Lambda School) or to the most current email address in Lambda School's records (in the case of an email message from Lambda School to you), or submitted to the income-sharing manager's online portal (in the case of an email to the income-sharing manager). It will be deemed to have been received when sent, even if the sender receives a machine-generated message that delivery has failed.

If a party sending an email notice under this agreement receives a machine-generated message that delivery has failed, for that notice to be valid the sender must deliver to the intended recipient a tangible copy of that notice with end-to-end tracking and all fees prepaid to the address stated at the top of this agreement (in the case of delivery by you to Lambda School) or to the most current address in Lambda School's records (in the case of notice from Lambda School to you).

### *Other Communications*

For any reason related to this agreement, including any amounts you owe, Lambda School may contact you at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP, or other services) you have provided Lambda School or provide Lambda School in the future. Lambda School may use any means of communication, including postal mail, electronic mail, voice calls, text messaging, and recorded message using automatic-dialing devices. You may ask that Lambda School not contact you using one or more of these means of contacting you, and the law might impose restrictions on how Lambda School contacts you.

### Changing Your Contact Information

You must notify Lambda School no later than 30 days after change in your primary residence, your phone number, email address, or any other contact information you previously provided Lambda School.

OTHER TERMS

### Governing Law

New York law governs all adversarial proceedings arising out of this agreement, your Lambda School tuition, or your payments to Lambda School.

### Transfers

You may not transfer (1) any discretion granted under this agreement, (2) any right to satisfy a condition under this agreement, (3) any remedy under this agreement, or (4) any obligation imposed under this agreement. Any purported transfer in violation of the previous sentence will be void.

Lambda School might transfer all or part of its interest in this agreement. If Lambda School transfers its entire interest in this agreement to someone else and by mistake you pay Lambda School or its income-sharing manager after that transfer, Lambda School has the choice of forwarding your payment to the transferee or its project manager, returning the payment to you, or handle it in any other way Lambda School thinks reasonable.

### Your Application

You state that all information you provided in your Lambda School application was complete and accurate when you submitted your application.

### Your Age

You state that you are the age of majority or older in the state where you currently reside. (The age of majority is the age at which you are considered an adult and responsible for your actions in the legal sense.)

### Citizenship

You state that you are a citizen of the United States, a permanent resident of the United States, or a Deferred Action for Childhood Arrivals (DACA) recipient.

### *No Other Income Share Agreements*

You state that you are not currently party to any other income share agreements with Lambda School or anyone else. You must not enter into another income share agreement with anyone else during the term of this agreement.

### *Lambda School's Liability Is Limited*

The liability of Lambda School under this agreement is limited to the aggregate of all payments you make to Lambda School under this agreement.

### *Modifying Unenforceable Provisions*

You acknowledge that if a dispute between the parties arises out of this agreement, your Lambda School tuition, or your payments to Lambda School, you would want the court to interpret this agreement as follows:

- with respect to any provision that it holds to be unenforceable, by modifying that provision to the minimum extent necessary to make it enforceable or, if that modification is not permitted by law, by disregarding that provision

- if an unenforceable provision is modified or disregarded in accordance with this section, by holding that the rest of the agreement will remain in effect as written

- by holding that any unenforceable provision will remain as written in any circumstances other than those in which the provision is held to be unenforceable

- if modifying or disregarding the unenforceable provision would result in failure of an essential purpose of this agreement, by holding the entire agreement unenforceable

By signing below, you acknowledge that you have read all of this agreement carefully and agree to its terms.

| Signature: | Date: |
|---|---|
|  | 06/15/2020 |

| **Mailing Address:** | **City, State:** | **Zip Code:** |
|---|---|---|
| ██████████ | Apopka, FL | ████ |

[X] **I acknowledge that by providing my e-signature below, I will be legally bound to the above Income Share Agreement**

[X] **I consent to the  Income Verification Consent Form.**

[X] **To help me better manage my ISA payments, I consent to the  Electronic Funds Transfer Authorization. I understand that I may revoke this consent at any time.**

Recipient IP: ████████████

Funder IP: ████████████

# EXHIBIT D

**Student: Quinn Molina**
**Address:** ▮▮▮▮▮▮▮▮▮▮
**Email Address:** ▮▮▮▮▮▮▮▮▮▮
**APL_15899**

# INCOME SHARE AGREEMENT

This income share agreement is between Lambda Inc. ("Lambda School") and a student ("you"). You have previously completed an application to become a Lambda School student. Prior to or concurrently with signing this agreement, you and Lambda School are signing an enrollment agreement in which Lambda School accepts you as a student. Your entering into the enrollment agreement is a condition to Lambda School admitting you to the program of educational services outlined in your enrollment agreement. If you sign this agreement before signing an enrollment agreement, you are agreeing to Lambda School's standard enrollment agreement currently in effect until such time as you sign an enrollment agreement.

Lambda School charges tuition, but instead of paying tuition directly, a student may elect to have Lambda School provide tuition funding on behalf of that student. That student commits to paying Lambda School a fixed percentage of their income each month toward the cost of attending Lambda School, up to a maximum number of payments and a maximum amount, on condition that the student's income is above the monthly equivalent of $50,000.00 annually.

In this agreement, you commit to reporting your income and to making a number of monthly payments in return for Lambda School providing tuition funding on your behalf.

IF YOU CANCEL

If you terminate this agreement during the allowable full cancellation period specified in your enrollment agreement, you will not owe Lambda School anything under this agreement.

| YOUR PAYMENTS | |
|---|---|
| Here's a summary of the key details of your monthly payments under this agreement. More information is provided elsewhere in this agreement. | |
| Tuition funding provided to Lambda School on your behalf | $30,000.00 |
| Percentage of your monthly earned income you must pay Lambda School | 17% |
| Minimum monthly earned income required for monthly payments | $4,166.67 |
| Equivalent annual earned income | $50,000.00 |
| Maximum number of monthly payments | 24 |
| Maximum term of this agreement | 60 months |
| Maximum total amount you are required to pay (excluding fees for late or failed payments) | $30,000.00 |
| **FEES FOR LATE OR FAILED PAYMENTS** | |
| Here are the fees you might have to pay. | |
| if Lambda School doesn't receive a monthly payment by the 15th of the month it is due | $50.00 |
| if Lambda School receives a monthly payment but that payment fails because you don't have | |

| | |
|---|---|
| enough money in your account, or for any other reason | $35.00 |

THIS IS NOT A LOAN

In making monthly payments to Lambda School, you will not be repaying a student loan. In the case of a student loan, a student borrows a set amount and repays the principal amount of the loan plus interest or a finance charge, or both. Under this agreement, you will instead pay a fixed percentage of your income each month for up to a maximum number of payments.

You acknowledge that the income-tax consequences of this agreement are uncertain and that Lambda School has not provided you with any tax advice and has not assured you of specific tax consequences. You acknowledge that you have had an opportunity to consult with your own advisors about the tax implications of entering into this agreement.

EXAMPLES OF WHAT YOU MIGHT HAVE TO PAY

This table shows some examples of monthly and total payments under this agreement at different income levels.

| Monthly Income | Equivalent Annual Income | Monthly Payment | Total Amount Paid | Number of Payments |
|---|---|---|---|---|
| Less than $4,166.67 | Less than $50,000 | Not applicable | $0 | None |
| $4,166.67 | $50,000 | $708.33 | $17,000 | 24 |
| $5,000.00 | $60,000 | $850.00 | $20,400 | 24 |
| $5,833.33 | $70,000 | $991.67 | $23,800 | 24 |
| $6,666.67 | $80,000 | $1,133.33 | $27,200 | 24 |
| $7,500.00 | $90,000 | $1,275.00 | $30,000 | 24 |
| $8,333.33 | $100,000 | $1,416.67 | $30,000 | 22 |
| $10,000.00 | $120,000 | $1,700.00 | $30,000 | 18 |

DETERMINING YOUR MONTHLY PAYMENTS

The amount of each of your monthly payments is equal to 17% of your earned income in the previous

month from all your qualified positions, plus any fees you owe under this agreement. You are not required to make a monthly payment if your earned income for the previous month is less than $4,166.67.

### What "Earned Income" Means

For purposes of this agreement, "earned income" means all you are paid or that you earn in all your qualified positions. Earned income is your gross income—your income before taxes or any other withholdings (including contributions to retirement plans and savings plans). For example, the US Internal Revenue Service for the 2019 reporting year defines income to include on an annual basis (a) the sum of Line 1 (Wages, salaries, tips, etc.), Line 7a (Other income), and Line 8a (Business income or loss) of IRS Form 1040, as reported or required to be reported on U.S. federal income Tax returns. All of those are examples of "earned income."

Earned Income does not include (1) income earned by your children or spouse (if any), (2) any money you inherit, (3) any amounts paid to you under the Social Security disability insurance program (title II of the Social Security Act) or the Supplemental Security Income program (title XVI of the Social Security Act), or (4) any amounts paid to you under the Child Nutrition Act of 1966.

For purposes of this agreement, "qualified position" means work as an employee, independent contractor, or business owner in a field related to, or position requiring knowledge of, one or more of software, data science, full-stack web, iOS/Android development, cybersecurity, information technology, UX, and web and app development and design and any other field or position for which you would not have been qualified, or not have been considered or promoted into, but for your participation in your Lambda School program or the job placement efforts of Lambda School.

If a position would otherwise be a qualified position, it will not be relevant that your Lambda School program was in a discipline not directly related to that position.

Examples of titles for positions that would qualify include software engineer, data scientist, web developer, and app developer. Positions in quality assurance, sales, product management, or other fields that may seem unrelated to your Lambda School program might nevertheless qualify if your work actually calls on skills related to your Lambda School program. A position at a company that doesn't sell technology products or offer technology services might also qualify—for example, a web-developer position for any kind of company.

It will be up to Lambda School to decide whether income you earned can be attributed to a qualified position. You must provide Lambda School any information it asks for to allow it to decide whether income you earned should be attributed to a qualified position.

### Establishing Your Earned Income

You must inform Lambda School no later than five days after starting work in a qualified position paying you at least the minimum amount required for you to be required to make monthly payments under this

agreement. Every three months or as requested by Lambda School thereafter you must inform Lambda School of the name of your employer, your job title, and your earned income.

You must submit to Lambda School via Lambda School's online portal the following documentation evidencing your earned income:

- before your first monthly payment and every time your earned income increases or decreases, a pay stub, letter from your employer, independent-contractor agreement, or other evidence of your monthly income

- by 30 April each year, a year-end pay stub, form W-2, form 1099, schedule K-1, or other official documentation showing your sources of earned income and the dates of your employment for the previous calendar year

- if Lambda School requests, it, a completed and signed IRS form 4506-T (or any successor form) designating Lambda School as the recipient of your tax return information for returns covering any months for which you are required to make a monthly payment, dated no earlier than 30 days before the date you provide it Lambda School

You authorize Lambda School to verify your earned income and your credit history by checking with your employer (for example through the employer's verification line), credit reporting agencies, payroll providers, or other services. You acknowledge that Lambda School may adjust your monthly payments to reflect any information so discovered. And Lambda School might review public information about your employment and income, such as your profile on social media or job sites. Lambda School will act reasonably in verifying your earned income but ultimately it will be up to Lambda School to decide whether your documentation or other materials sufficiently prove your earned income.

You must notify Lambda School no later than 30 days if you change your tax filing status from single filing to joint filing (or vice-versa), so Lambda School knows whether to exclude earnings of your spouse when calculating your earned income.

### *Setting Your Monthly Payments*

Based on the information you provide, Lambda School will determine the amount of your monthly payments.

Lambda School may estimate one or more of your monthly payments for any period during which you fail to submit to Lambda School documentation evidencing your earned income as required under this agreement. In making such an estimate, Lambda school may assume that your earned income is equivalent to the average full-time income for occupations related to your Lambda School program.

At any time you may ask Lambda School to confirm the amount of your next monthly payment.

You may not pay more than your monthly payment without Lambda School's consent.

WHEN YOU MUST START MAKING MONTHLY PAYMENTS

After you have completed, withdraw from, or are withdrawn from (for any reason) your Lambda School program, you are required to begin making payments. You will have a one-month grace period before your first payment is due. The first month for which you are required to make a monthly payment is the second full month in which your earned income exceeds the minimum. Here are two examples:

- if you graduate from Lambda School on 15 May and on 5 June you start a job for which you are paid monthly $4,166.67 or more and in June you are paid $4,166.67 or more, the first month for which you must make a monthly payment is August

- if you graduate from Lambda School on 15 May and on 20 June you start a job for which you are paid monthly at least $4,166.67 but in June you are paid less than $4,166.67, the first month for which you must make a monthly payment is August

For purposes of this agreement only, you have completed your Lambda School program upon the earlier of (1) the date for completing your program specified in your enrollment agreement and (2) your accepting a qualified position after the date specified in your enrollment agreement on which you are responsible for the entire amount of tuition funding allocated to your program.

Your monthly payment for a given month is due on the first business day of the following month.

You will not be required to make further monthly payments under this agreement if (1) you have made 24 monthly payments, (2) you have paid the maximum amount of $30,000 (excluding fees), or (3) you have not been required to make a monthly payment for a total of 60 months, whichever is the earliest to occur. The maximum term of this agreement is 83 months. That would happen if you have made 24 monthly payments and you have not been required to make a monthly payment for a total of 59 months.

HOW TO MAKE MONTHLY PAYMENTS

***Income-Sharing Manager and Other Lambda School Partners***

Lambda School has appointed an income-sharing manager to administer students' monthly payments and this agreement generally. Lambda School might on one or more occasions replace the income-sharing manager, or itself act as or serve some functions of the income-sharing manager. You acknowledge that any income-sharing manager and its or Lambda School's partners will be authorized to act on behalf of Lambda School for all purposes relating to this agreement. You may also need to accept or be subject to terms, policies, or other practices of the income-sharing manager or other partners.

***Payment Options***

The income-sharing manager will offer you the option of making your monthly payments by automated clearing house (ACH) payment—you would authorize the income-sharing manager to deduct from the designated account, as it comes due, the amount of each monthly payment, until such time as you withdraw your authorization. Or you could instead elect to pay by another method approved by Lambda School or the income-sharing manager. Lambda School or the income-sharing manager might in the future provide additional payment options or programs, but you might not be eligible for any such programs.

### Your Designated Bank Account

At the request of the income-sharing manager, you must establish and maintain through the online portal during the term of this agreement a bank account with a financial institution designated by the income-sharing manager. The income-sharing manager will be permitted to view your transactions on that account. That information will help determine the amount of your monthly payments. You may maintain other bank accounts too, but you must deposit all of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) into your designated bank account. It would violate this agreement for you to deposit some of your earned income after taxes or any other withholdings (including contributions to retirement plans and savings plans) in a bank account other than your designated bank account.

The income-sharing manager sends or calls with payment reminders and account statements by email, phone, or SMS, or all of these—do whatever is necessary to make sure you receive them. If you don't receive a reminder to make a monthly payment, that will not affect the due date of that monthly payment.

### Online Portal

The income-sharing manager maintains an online portal that will allow you to access a copy of this agreement, documentation relating to your account, and information about your payment terms, including the amount of your next monthly payment and when it's due and any past due amounts. Through this portal you will be able to update your information, upload documents, and change how you authorize payment of monthly amounts.

### Account Reconciliation

Lambda School might review your account at any time to ensure that your monthly payments accurately reflect your earned income.

If you underpaid or failed to pay one or more monthly payments, Lambda School will notify you in writing of what you owe and any late charges. At Lambda School's discretion, any amount you owe will be added to one of your future monthly payments, will be spread evenly over up to six future monthly payments, or, if you are not required to make a monthly payment or if this agreement has been terminated, will be billed to you separately.

If you overpaid, Lambda School will notify you of the overpayment and reduce your next one or more monthly payments by the amount of the overpayment. If Lambda School discovers an overpayment after this agreement has terminated, it will refund the excess amount to you.

CHANGE OF STATUS

### Withdrawing Early

If after the cancellation period has passed you withdraw from your program or are dismissed from the program, under your enrollment agreement you might be required to pay Lambda School an amount up to the maximum total amount you are required to pay under this agreement. You must notify Lambda School if you wish to withdraw from the program.

### Disability

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

If you die or become disabled, as determined by the U.S. Social Security Administration or any other federal or state government agency, due to a condition that began or deteriorated after the date of this agreement, you will no longer be required to pay Lambda School what you owe under this agreement, including any past due amounts and fees.

DEFAULT

Except as provided by law, you will be in default under this agreement if any of the following occurs:

- you do not pay a monthly payment in full when due or otherwise don't do something you promise to do in this agreement or your enrollment agreement

- you make an inaccurate statement of fact in this agreement or your enrollment agreement

- you provide inaccurate or incomplete information in your Lambda School application, your enrollment agreement, or any other written communication with Lambda School

- you begin a voluntary bankruptcy case under title 11 of the United States Code

- anyone begins an involuntary bankruptcy case against you under title 11 of the United States Code and either (1) the case is not dismissed by midnight at the end of the 60th day after it is begun or (2) the court hearing the case issues an order approving the case

- you fail generally to pay your debts as they become due (other than any debts for which you dispute in good faith your liability or the amount) or you acknowledge in writing that you are unable to do so

### *Remedies*

If you are in default under this agreement, at Lambda School's request you must pay Lambda School the entire amount you owe under this agreement. Lambda School will also have all other remedies available by law.

DISPUTES

### *Arbitration*

As the exclusive means of initiating adversarial proceedings to resolve any dispute arising out of this agreement, your Lambda School tuition, or your payments to Lambda School (other than any proceeding commenced by either party seeking an injunction, a restraining order, or any other equitable remedy or a proceeding commenced by either party in small claims court), either party may demand that the dispute be resolved by binding arbitration administered by the American Arbitration Association in accordance with its Consumer Arbitration Rules available at www.adr.org. If AAA is completely unavailable, and if you and Lambda School cannot agree on a substitute, then either you or Lambda School may request that a court appoint a substitute. The rules in this arbitration agreement will be followed if there is disagreement between the agreement and the arbitration forum's procedures. Judgment on any award rendered in any such arbitration may be entered in any court having jurisdiction. This arbitration agreement is governed by the Federal Arbitration Act (FAA).

Any such arbitration must be conducted by one arbitrator and must be conducted in San Francisco, California, the county with a major commercial airport nearest to where you live, or another mutually agreed location. If the claim is for $25,000 or less, you may choose whether the arbitration will be conducted (1) solely on the basis of documents submitted to the arbitrator or (2) by means of a hearing conducted by telephone.

### *No Class Action*

YOU AND LAMBDA SCHOOL MAY EACH BRING CLAIMS AGAINST THE OTHER ONLY IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. CLAIMS OF TWO OR MORE PERSONS MAY NOT BE JOINED OR CONSOLIDATED IN THE SAME ARBITRATION UNLESS THEY ARISE FROM THE SAME TRANSACTION.

### *Jury Trial*

You and Lambda School hereby waive your respective right to a trial by jury in any proceedings arising

out of this agreement, your Lambda School tuition, or your payments to Lambda School.

YOUR INFORMATION AND YOUR PRIVACY

Lambda School may use information you provide Lambda School under this agreement to improve its administration of income share agreements with its students and for its other operations, including working with its partners in performing under this agreement. Otherwise, Lambda School may disclose information you provide Lambda School under this agreement only if it is aggregated with information from other students or has removed from it all information that identifies it as originating with you. Lambda School owns any information derived from or based on the information you provide Lambda School. Lambda School maintains a privacy notice at www.lambdaschool.com/privacy. If you have any concerns about how Lambda School treats your information, please contact Lambda School through its website.

CONTACTING EACH OTHER

### Valid Notice

For a notice under this agreement to be valid, it must be in writing and delivered by email to the email address stated at the top of this agreement (in the case of an email message from you to Lambda School) or to the most current email address in Lambda School's records (in the case of an email message from Lambda School to you), or submitted to the income-sharing manager's online portal (in the case of an email to the income-sharing manager). It will be deemed to have been received when sent, even if the sender receives a machine-generated message that delivery has failed.

If a party sending an email notice under this agreement receives a machine-generated message that delivery has failed, for that notice to be valid the sender must deliver to the intended recipient a tangible copy of that notice with end-to-end tracking and all fees prepaid to the address stated at the top of this agreement (in the case of delivery by you to Lambda School) or to the most current address in Lambda School's records (in the case of notice from Lambda School to you).

### Other Communications

For any reason related to this agreement, including any amounts you owe, Lambda School may contact you at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP, or other services) you have provided Lambda School or provide Lambda School in the future. Lambda School may use any means of communication, including postal mail, electronic mail, voice calls, text messaging, and recorded message using automatic-dialing devices. You may ask that Lambda School not contact you using one or more of these means of contacting you, and the law might impose restrictions on how Lambda School contacts you.

***Changing Your Contact Information***

You must notify Lambda School no later than 30 days after change in your primary residence, your phone number, email address, or any other contact information you previously provided Lambda School.

OTHER TERMS

***Governing Law***

New York law governs all adversarial proceedings arising out of this agreement, your Lambda School tuition, or your payments to Lambda School.

***Transfers***

You may not transfer (1) any discretion granted under this agreement, (2) any right to satisfy a condition under this agreement, (3) any remedy under this agreement, or (4) any obligation imposed under this agreement. Any purported transfer in violation of the previous sentence will be void.

Lambda School might transfer all or part of its interest in this agreement. If Lambda School transfers its entire interest in this agreement to someone else and by mistake you pay Lambda School or its income-sharing manager after that transfer, Lambda School has the choice of forwarding your payment to the transferee or its project manager, returning the payment to you, or handle it in any other way Lambda School thinks reasonable.

***Your Application***

You state that all information you provided in your Lambda School application was complete and accurate when you submitted your application.

***Your Age***

You state that you are the age of majority or older in the state where you currently reside. (The age of majority is the age at which you are considered an adult and responsible for your actions in the legal sense.)

***Citizenship***

You state that you are a citizen of the United States, a permanent resident of the United States, or a Deferred Action for Childhood Arrivals (DACA) recipient.

### No Other Income Share Agreements

You state that you are not currently party to any other income share agreements with Lambda School or anyone else. You must not enter into another income share agreement with anyone else during the term of this agreement.

### Lambda School's Liability Is Limited

The liability of Lambda School under this agreement is limited to the aggregate of all payments you make to Lambda School under this agreement.

### Modifying Unenforceable Provisions

You acknowledge that if a dispute between the parties arises out of this agreement, your Lambda School tuition, or your payments to Lambda School, you would want the court to interpret this agreement as follows:

- with respect to any provision that it holds to be unenforceable, by modifying that provision to the minimum extent necessary to make it enforceable or, if that modification is not permitted by law, by disregarding that provision

- if an unenforceable provision is modified or disregarded in accordance with this section, by holding that the rest of the agreement will remain in effect as written

- by holding that any unenforceable provision will remain as written in any circumstances other than those in which the provision is held to be unenforceable

- if modifying or disregarding the unenforceable provision would result in failure of an essential purpose of this agreement, by holding the entire agreement unenforceable

By signing below, you acknowledge that you have read all of this agreement carefully and agree to its terms.

| Signature: | Date: |
|---|---|
|  | 01/08/2021 |

| Mailing Address: | City, State: | Zip Code: |
|---|---|---|
| ██████████ | Olympia, WA | ████ |

X  **I acknowledge that by providing my e-signature below, I will be legally bound to the above Income Share Agreement**

X  **I consent to the** Income Verification Consent Form**.**

X  **To help me better manage my ISA payments, I consent to the** Electronic Funds Transfer Authorization**. I understand that I may revoke this consent at any time.**

Recipient IP: ████████

# EXHIBIT E



BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY  ·  GAVIN NEWSOM, GOVERNOR
**DEPARTMENT OF CONSUMER AFFAIRS · BUREAU FOR PRIVATE POSTSECONDARY EDUCATION**
2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833
P.O. Box 980818, West Sacramento, CA 95798-0818
P (916) 431-6959  |  Toll-Free (888) 370-7589  |  www.bppe.ca.gov



## CITATION: ASSESSMENT OF FINE AND ORDER OF ABATEMENT

To:  Lambda Inc., dba Lambda School, Owner
Lambda Inc.
5820 Stoneridge Mall Rd., Ste. 212
Pleasanton, CA 94588


**INSTITUTION CODE: Unapproved**
**CITATION NUMBER: 1819150**
**CITATION ISSUANCE/SERVICE DATE: March 20, 2019**
**DUE DATE: April 19, 2019**
**FINE AMOUNT: $ 75,000.00**
**ORDER OF ABATEMENT INCLUDED:** Yes


Christina Villanueva issues this Citation: Assessment of Fine and Order of Abatement (Citation) in her official capacity as Discipline Manager for the Bureau for Private Postsecondary Education (Bureau) of the California Department of Consumer Affairs.

<u>CITATION</u>

A Citation is hereby issued to Lambda Inc., dba Lambda School, Owner of Lambda School (Institution) located at 5820 Stoneridge Mall Rd., Ste. 212, Pleasanton, CA 94588 pursuant to Business and Professions Code section 125.9 and 149; California Education Code (CEC) section 94944; and Title 5 of the California Code of Regulations (5, CCR) section 75020 for the violation(s) described below.

<u>BACKGROUND</u>

On July 13, 2018, the Bureau received a complaint alleging, the Institution was operating without Bureau approval. Through the course of the investigation and evidence obtained, it was determined the Institution is operating without Bureau approval.

<u>VIOLATION(S)</u>

| # | Below you will find the California Education Code (CEC) and/or Title 5 of the California Code of Regulations (5, CCR code) section(s) of law you are charged with violating. |
|---|---|
| 1. | **Violation:**<br>**CEC Section 94886. Approval to Operate Required**<br>"Except as exempted in Article 4 (commencing with Section 94874) or in compliance with the transition provisions in Article 2 (commencing with Section 94802), a person shall not open, conduct, or do business as a private postsecondary educational institution in this state without obtaining an approval to operate under this chapter." |

Page 1 of 4
Citation: Assessment of Fine and Order of Abatement
Lambda Inc., dba Lambda School, Owner of Lambda School
Institution Code: Unapproved

**94858. Private Postsecondary Educational Institution**
"Private postsecondary educational institution" means a private entity with a physical presence in this state that offers postsecondary education to the public for an institutional charge.

**CEC Section 94817.5. Approved to Operate or Approved**
"Approved to operate" or "approved" means that an institution has received authorization pursuant to this chapter to offer to the public and to provide postsecondary educational programs."

**CEC Section 94868. To Offer to the Public**
"To offer to the public" means to advertise, publicize, solicit, or recruit."

**CEC Section 94869. To Operate**
"To operate" means to establish, keep, or maintain any facility or location in this state where, or from which, or through which, postsecondary educational programs are provided."

On December 5, 2018, Bureau staff investigated the complaint to determine if the Institution was operating as a private postsecondary educational institution. The Institution is listed as "Lambda School" on their website and  is advertising to the public a set of introductory and immersive courses in Full Stack Web, iOS Development, Android Development, Data Science, and UX Design. Tuition costs are not listed as they offer Income Sharing Agreements (ISAs). The institution's *"How It Works"* tab reads: *"Lambda School trains people online to be software engineers at no up-front cost. Instead of paying tuition, students can agree to pay a percentage of their income after they're employed, and only if they're making more than $50k per year. If you don't find a job, or don't reach that level of income, you'll never pay a cent."*

The Institution's website indicates, as part of their FAQ tab, that students can pay an upfront tuition cost of $20,000 instead of signing an ISA. **This evidence confirms that the Institution violated the requirement for an Approval to Operate, per CEC section 94886, as the Institution is operating unapproved and charging students over $2,500.00 in tuition and does not qualify for any of the exemptions under CEC section 94874.**
On December 5, 2018, the Institution was contacted, via their website's instant message option, requesting information regarding the function of their California campus location. A response was not received.

A business license listing was found for Lambda School with the City of Pleasanton.

**Order of Abatement:**
The Bureau orders that the Institution cease to operate as a private postsecondary educational institution, unless the Institution qualifies for an exemption under CEC section 94874. The Institution must discontinue recruiting or enrolling students and cease all instructional services and advertising in any form or type of media, including the https://lambdaschool.com and any other websites not identified here that are associated with the Institution, until such time as an approval to operate is obtained from the Bureau The Institution must disconnect all telephone service numbers including but not limited to (800) 883-1943 that are associated with the Institution until such time as an approval to operate is obtained from the Bureau. To comply with the Order of Abatement the Institution must submit a school closure plan to the Bureau pursuant to California Education Code section 94926.The Institution must provide a roster of each student currently enrolled at the Institution. The roster must include the names of the students, their contact information (including

Page 2 of 4
Citation: Assessment of Fine and Order of Abatement
Lambda Inc., dba Lambda School, Owner of Lambda School
Institution Code: Unapproved

| phone number, email address, and physical address), the programs in which they are enrolled, the amount paid for the programs.<br><br>**Assessment of Fine**<br>The fine for this violation is <u>$75,000.00</u> |
| **TOTAL ADMINISTRATIVE FINE DUE: $75,000.00** |

<u>ASSESSMENT OF A FINE</u>

In accordance with CEC section 94944; and 5, CCR section 75020(b), the Bureau hereby orders this assessment of a fine in the amount of **$75,0000.00** for the violations described above. **Payment must be made, to the Bureau, within <u>30 days</u> from the date of service of the Citation.**

<u>COMPLIANCE WITH ORDER OF ABATEMENT</u>

In accordance with the provisions of 5, CCR section 75020 (b) the Bureau hereby issues the order(s) of abatement described above. In accordance with Business and Professions Code Section 149, the Bureau may disconnect any telephone service numbers used by an unapproved Institution. **Evidence of compliance with the order(s) of abatement must be submitted, to the Bureau, within <u>30 days</u> from the date of service of the Citation.**

<u>APPEAL OF CITATION</u>

You have the right to contest this Citation through an informal conference with the Bureau; and/or through an administrative hearing in accordance with Chapter 5 (Commencing with Section 11500) of Part 1 of Division 3 of Title 2 of the Government Code.

If you wish to contest this Citation, you must submit the 'Notice of Appeal of Citation – Request for Informal Conference and/or Administrative Hearing' form (enclosed) within <u>30 days</u> from the date of service of the Citation. *If you do not request an informal conference and/or an administrative hearing within 30 days from the service of the Citation, you will not be able to request one at a later time.*

Unless a written request for an informal conference and/or an administrative hearing is signed by you and delivered to the Bureau by **April 19, 2019,** you will be deemed to have waived or forfeited your right to appeal this matter.

<u>EFFECTIVE DATE OF CITATION</u>

If you do not request an informal conference and/or an administrative hearing, this Citation shall become effective on **March 20, 2019.** Payment of the administrative fine and evidence of compliance with the order(s) of abatement shall be due by **April 19, 2019**. Your payment of the administrative fine shall not constitute an admission of the violation(s) charged.

If a hearing is requested, you will not be required to comply with this Citation until 30 days after a final order is entered against you.

Page 3 of 4
Citation: Assessment of Fine and Order of Abatement
Lambda Inc., dba Lambda School, Owner of Lambda School
Institution Code: Unapproved

**Payment of the administrative fine and/or written request for appeal must be mailed to:**

Gurinder Sandhu, Discipline Citation Program
Bureau for Private Postsecondary Education
2535 Capitol Oaks Drive, Suite 400
Sacramento, CA 95833

> Failure for an applicant or institution to abate the violation(s) listed above or to pay the administrative fine within the time allowed may result in denial of an application for an approval or renewal to operate; disciplinary action, and/or collection action. The Bureau will promptly take all appropriate action to enforce this Citation and recover the civil penalties prescribed therein or found to be due after a hearing.

<u>CONTACT INFORMATION</u>

If you have any questions regarding this Citation, or desire further information, please contact Gurinder Sandhu, Citation Analyst, at 916-431-6940 or <u>Gurinder.Sandhu@dca.ca.gov</u>.


_____                    ___3/20/19_____

**Christina Villanueva**                                            **Date**
**Discipline Manager**


Enclosures
- ➢ Applicable Laws Violated
- ➢ Statement of Rights: Appeal Process Information Sheet
- ➢ Notice of Appeal of Citation: Request for Informal Conference and/or Administrative Hearing
- ➢ Payment of Fine – Waiver of Appeal
- ➢ Declaration of Service by Certified and First-Class Mail

Page 4 of 4
Citation: Assessment of Fine and Order of Abatement
Lambda Inc., dba Lambda School, Owner of Lambda School
Institution Code: Unapproved

# EXHIBIT F



BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY • GAVIN NEWSOM, GOVERNOR
**DEPARTMENT OF CONSUMER AFFAIRS • BUREAU FOR PRIVATE POSTSECONDARY EDUCATION**
2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833
P (916) 431-6959   |   Toll-Free (888) 370-7589   |   www.bppe.ca.gov



## APPEAL OF CITATION INFORMAL CONFERENCE
## DECISION: CITATION AFFIRMED

July 24, 2019

Lambda Inc., dba Lambda School, Owner
Lambda School
5820 Stoneridge Mall Rd., Ste. 212
Pleasanton, CA 94588

| Date of Issuance | Citation Number | Institution Code |
|---|---|---|
| July 24, 2019 | 1819150 | Unapproved |

On May 15, 2019, an informal telephone conference was held in the matter of Citation: Assessment of Fine and Order of Abatement No. 1819150 (Citation) against Lambda Inc., dba Lambda School, Owner of Lambda School (Institution). In attendance were Yvette Johnson, Administrative Chief; Keith Zakarin, Attorney; and Trevor McKendrick, Lambda Counsel Chief of Staff.

Pursuant to Business and Professions Code, §148; California Education Code (CEC), section 94944; and Title 5 of California Code of Regulations (5, CCR), section 75020 and section 75040, the Bureau for Private Postsecondary Education (Bureau) renders the following decision relative to your appeal of the Citation No. 1819150.

It is the decision of the Administrative Chief that on July 11, 2019, Citation No. 1819150 is <u>affirmed</u> for the following reason(s):

➢ No new substantive facts were presented at the conference.

### VIOLATION CODE SECTIONS

| # | Below you will find the California Education Code (CEC) and/or Title 5 of the California Code of Regulations (5, CCR code) section(s) of law you are charged with violating. | |
|---|---|---|
| 1. | **Violation:** |

**CEC Section 94886. Approval to Operate Required**
*"Except as exempted in Article 4 (commencing with Section 94874) or in compliance with the transition provisions in Article 2 (commencing with Section 94802), a person shall not open, conduct, or do business as a private postsecondary educational institution in this state without obtaining an approval to operate under this chapter."*

**94858. Private Postsecondary Educational Institution**
*"Private postsecondary educational institution" means a private entity with a physical presence in this state that offers postsecondary education to the public for an institutional charge.*

**CEC Section 94817.5. Approved to Operate or Approved**
*"Approved to operate" or "approved" means that an institution has received authorization pursuant to this chapter to offer to the public and to provide postsecondary educational programs."*

**CEC Section 94868. To Offer to the Public**
*"To offer to the public" means to advertise, publicize, solicit, or recruit."*

**CEC Section 94869. To Operate**
*"To operate" means to establish, keep, or maintain any facility or location in this state where, or from which, or through which, postsecondary educational programs are provided."*

On December 5, 2018, Bureau staff investigated the complaint to determine if the Institution was operating as a private postsecondary educational institution. The Institution is listed as "Lambda School" on their website and is advertising to the public a set of introductory and immersive courses in Full Stack Web, iOS Development, Android Development, Data Science, and UX Design. Tuition costs are not listed as they offer Income Sharing Agreements (ISAs). The institution's "How It Works" tab reads: "Lambda School trains people online to be software engineers at no up-front cost. Instead of paying tuition, students can agree to pay a percentage of their income after they're employed, and only if they're making more than $50k per year. If you don't find a job, or don't reach that level of income, you'll never pay a cent."

The Institution's website indicates, as part of their FAQ tab, that students can pay an upfront tuition cost of $20,000 instead of signing an ISA. This evidence confirms that the Institution violated the requirement for an Approval to Operate, per CEC section 94886, as the Institution is operating unapproved and charging students over $2,500.00 in tuition and does not qualify for any of the exemptions under CEC section 94874.

On December 5, 2018, the Institution was contacted, via their website's instant message option, requesting information regarding the function of their California campus location. A response was not received.

A business license listing was found for Lambda School with the City of Pleasanton.

**Order of Abatement:**
The Bureau orders that the Institution cease to operate as a private postsecondary educational institution, unless the Institution qualifies for an exemption under CEC section 94874. The Institution must discontinue recruiting or enrolling students and cease all instructional services and advertising in any form or type of media, including the https://lambdaschool.com and any other websites not identified here that are associated with the Institution, until such time as an approval to operate is obtained from the Bureau The Institution must disconnect all telephone service numbers including but not limited to (800) 883-1943 that are associated with the Institution until such time as an approval to operate is obtained from the Bureau. To comply with the Order of Abatement the Institution must submit a school closure plan to the Bureau pursuant to California Education Code section 94926.The Institution must provide a roster of each student currently enrolled at the Institution. The roster must include the names of the students, their contact information (including phone number, email address, and physical address), the programs in which they are enrolled, the amount paid for the programs.

**Assessment of Fine**
The fine for this violation is $ 75,000.

**TOTAL MODIFIED ADMINISTRATIVE FINE DUE:  $75,000.00**

ORDER OF ABATEMENT

**The Bureau orders that you comply with the orders described in the 'Violation Code Sections' of this document and submit evidence of compliance within 30 days from the date of this decision.**

PENALTY – ASSESSMENT OF A FINE

**Payment of the administrative fine is due within 30 days from the date of this decision.** Please complete the Payment of Fine form. Payment must be made to the Bureau by check, or money order. Please include the citation number on the payment of the fine assessment. Payment of the administrative fine shall not constitute an admission of the violation(s) charged and shall be represented as satisfactory resolution of the matter for purposes of public disclosure. Payments may be mailed to:

Cheryl Lardizabal, Discipline Citation Program
Bureau for Private Postsecondary Education
2535 Capitol Oaks Drive, Suite 400
Sacramento, CA 95833

APPEAL OF CITATION

You *do not* have the right to request another Informal Conference to appeal this affirmed Citation. You *do*, however, have the right to appeal this affirmed Citation through an Administrative Hearing. A hearing before an Administrative Law Judge will be scheduled and you will be notified of the hearing date. The hearing will be held pursuant to Chapter 5 (commencing with section 11500) of Part 1 of Division 3 of Title 2 of the Government Code.

EFFECTIVE DATE OF CITATION AND FINE ASSESSMENT

This affirmed Citation is effective on July 24, 2019. The order of abatement and payment are due by **August 23, 2019.**

Failure to abate the violation or to pay the administrative fine within the time allowed is grounds for denial of an application for an approval to operate or discipline. The Bureau will promptly take all appropriate action to enforce the Affirmed Citation and recover the civil penalties prescribed therein or found to be due after a hearing.

CONTACT INFORMATION

If you have any questions regarding this decision or desire further information, please contact insert name, Cheryl Lardizabal, at (916) 621-2591 or at Cheryl.Lardizabal@dca.ca.gov .

_____                    _____7/24/19_____
**Christina Villanueva**                           **Date**
**Discipline Manager**

Page 3 of 4
Citation No. 1819150– AFFIRMED
Lambda Inc., dba Lambda School, Owner of Lambda Inc.
Institution code: Unapproved

Enclosures
  ➢ Payment of Fine – Waiver of Appeal Rights
  ➢ Withdrawal- Request for Administrative Hearing
  ➢ Declaration of Service by Certified and First-Class Mail

# EXHIBIT G



BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY  •  GAVIN NEWSOM, GOVERNOR
DEPARTMENT OF CONSUMER AFFAIRS  •  BUREAU FOR PRIVATE POSTSECONDARY EDUCATION
2535 Capitol Oaks Drive, Suite 400, Sacramento, CA 95833
P (916) 431-6959   |   Toll-Free (888) 370-7589   |   www.bppe.ca.gov



August 21, 2019

Juli Tarca
Lambda School
250 Montgomery Street, 16th Floor
San Francisco, CA 94104

RE: Application for Approval to Operate for an Institution Not Accredited, #32274

Dear Ms. Tarca:

The Bureau for Private Postsecondary Education (Bureau) is in receipt of your Application for Approval to Operate for an Institution Non-Accredited, received May 14, 2019. The Bureau makes every effort to be as complete and thorough as possible in our initial review of all documents.

Unfortunately, at this time the Bureau is unable to grant approval, based on the requirements of the California Education Code (CEC) and Title 5 of the California Code of Regulations (CCR), in the Sections outlined below (The Educational Programs may be subject to a further in-depth review once we have corrected all of these deficiencies listed). Prior to approval, the Bureau must receive the following information:

| Application Section | Issue | Current Law Code |
|---|---|---|
| 5 | Organization and Management<br>• Various positions listed in the organizational chart, do not have descriptions and/or are not consistent with the titles within the description section. *(See comparison chart on next page – larger version of the chart enclosed).*<br>• The Director of Community position listed within the description for the Sales Development Representative is not shown in the organizational chart.<br>• Various positions described in the description of job duties and responsibilities section are not listed in the organizational chart. *(See comparison chart on next page – larger version of the chart enclosed).*<br>• The Director of Community position listed within the description for the Sales Development Representative is not part of the description of the job duties and responsibilities documents. Please provide. Please be sure that you maintain consistency in all areas. *(See comparison chart on next page – larger version of the chart enclosed).* | CCR 71140<br>CCR 71720<br>CCR 71730 |

Juli Tarca
Lambda School
August 21, 2019
Page 2 of 3

| | Organizational Chart | Description of job duties and responsibilities | Listed within a Description |
|---|---|---|---|
| | A | B | C |
| 1 | Organizational Chart | Description of job duties and responsibilities | Listed within a Description |
| 2 | Not Listed | Student Success Manager | |
| 3 | Not Listed | Web Program Manager | |
| 4 | Not Listed | Sales Development Representative | Director of Community |
| 5 | Not Listed | Admissions Manager | |
| 6 | Not Listed | Career Coach Program Manager | |
| 7 | Not Listed | Build Week Program Manager | |
| 8 | Not Listed | User Experience Design (UX) Program Manager | |
| 9 | Not Listed | Sr. Program Manager - Admissions | |
| 10 | Not Listed | Data Science Program Manager | |
| 11 | Not Listed | Computer Science Program Manager | |
| 12 | Not Listed | Manager - Outcomes Operations | |
| 13 | Not Listed | Lambda Labs Program Manager | |
| 14 | Not Listed | Career and Professional Development - Program Manager | |
| 15 | Not Listed | Build Weeks Coordinator | |
| 16 | Not Listed | Director - Lambda X | |
| 17 | Not Listed | Front Desk Coordinator | |
| 18 | Not Listed | Student Success Coordinator | |
| 19 | Faculty: User Experience | UX Instructor (if the same, please maintain consistency in program titles) | |
| 20 | Faculty: Career and Professional Development | Not Provided | |
| 21 | Employees: Business Development | Not Provided | |
| 22 | Employees: Sales Development | Not Provided | |
| 23 | Employees: Student Success | Not Provided | |
| 24 | Employees: Admissions | Not Provided | |
| 25 | Employees: Front Desk | Not Provided | |
| 26 | Employees: Career Coach | Not Provided | |
| 27 | Employees: Outcomes Operations | Not Provided | |
| 28 | Co-Founder/Director - Engineering | Not Provided | |
| 29 | Program Manager - Labs | Not Provided | |
| 30 | Not Listed | Not Provided | Director of Community |

| | | |
|---|---|---|
| 6 | Governing Board<br>• Section 3.2 of the bylaws titled "Number of Directors", does not include the actual minimum-maximum number of board members in the corporation. Please provide the number of directors required for your governing board. | CCR 71150 |
| 9 | Exemplars of Student Agreements –<br>The institution provided two Enrollment Agreements. No deficiencies found on the conventional agreement; however, the Income Share Agreement (ISA) tuition model is incompatible with the Bureau's Current Laws due to the following:<br>• The institution is not disclosing "total charges" for the educational program in the enrollment agreement as required by California Education Code (CEC) §94911(b) and Title 5, California Code of Regulations (CCR) §71800(e).<br>• The institution is not able to have a refund policy for the return of unearned institutional charges as required by CEC §94920(d) and 5, CCR §71750(c).<br>• The institution, if it was in default of the enrollment agreement or closing, would not be able to provide a refund calculation required by CEC §94927.<br>• The institution is not able to assess or report Student Tuition Recovery Fund (STRF) fees required by 5, CCR §76130, §76140(a), §76000(c), and § 76210(e)(2).<br>• The institution is not able to report costs of tuition in Annual Reports and SPFS required by 5, CCR §74112(f).<br>Please update the ISA to comply with all applicable laws and regulations. A blank checklist is included. Please return the signed checklist noting the page numbers on which the corrections have been made. | CCR 71180<br>CEC 94902 |

Juli Tarca
Lambda School
August 21, 2019
Page 3 of 3

| 17 | Facilities and Equipment<br>• Please provide an update on the fire code violation from the San Francisco Fire Department.<br>• The business registration certificate shows an expiration date of 6/30/2019; please provide a current certificate. | CCR 71260 |
|---|---|---|
| 20 | Catalog<br>A checklist noting deficiencies within the catalog is included. Please return the signed checklist noting the page numbers on which the corrections have been made.<br>• Items marked with page numbers represent information within the catalog that has been found to be in compliance. If the catalog is revised and this information is relocated, please indicate the new page numbers on which the information has been placed.<br>• Items without page numbers represent information within the catalog that needs to be added or revised. Please refer to the checklist for detailed information regarding each deficient item. | CCR 71290<br>CCR 71810<br>CCR 71750<br>CCR 71770 |
| | Citation Number 1819150 -<br>A citation was issued on July 24, 2019 *(Copy of citation attached)*; with an order of abatement and payment of $75,000 due by August 23, 2019.<br>• **Please note:** Failure for an applicant or institution to abate the violation(s) or to pay the administrative fine within the time allowed may result in denial of an application for an approval to operate or disciplinary action. The Bureau will promptly take all appropriate action to enforce the affirmed citation and recover the civil penalties prescribed therein or found to be due after a hearing. | CCR 75050 |

Please submit all requested information to my attention by September 21, 2019. Failure to provide this information may result in the denial of your application. If you have any further questions, please feel free to call me at (916) 431-6919 or email at Lucy.castillo-riley@dca.ca.gov.

Sincerely,

*Lucy Castillo-Riley*

LUCY CASTILLO-RILEY
Licensing Analyst
Phone: (916) 431-6919
Lucy.castillo-riley@dca.ca.gov

# EXHIBIT H



BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY  •  GAVIN NEWSOM, GOVERNOR
**DEPARTMENT OF CONSUMER AFFAIRS • BUREAU FOR PRIVATE POSTSECONDARY EDUCATION**
P.O. Box 980818, West Sacramento, CA 95798-0818
P (916) 431-6959   |   Toll-Free (888) 370-7589   |   www.bppe.ca.gov



November 25, 2019

Juli Tarca
Lambda School
250 Montgomery Street, 16th Floor
San Francisco, CA 94104

RE:  Application for Approval to Operate for an Institution Not Accredited, #32274

Dear Ms. Tarca:

The Bureau for Private Postsecondary Education (Bureau) is in receipt of your Application for Approval to Operate for an Institution Non Accredited, received May 14, 2019.  The Bureau makes every effort to be as complete and thorough as possible in our initial review of all documents.

Unfortunately, at this time the Bureau is unable to grant approval, based on the requirements of the California Education Code (CEC) and Title 5 of the California Code of Regulations (CCR), in the Sections outlined below (The Educational Programs may be subject to a further in-depth review once we have corrected all of these deficiencies listed).  Prior to approval, the Bureau must receive the following information:

| Application Section | Issue | Current Law Code |
|---|---|---|
| 9 | Exemplars of Student Agreements<br>• Income Sharing Agreements typically negate the institution's ability to disclose the true cost of a program. If the amount owed is subject to change, it cannot be satisfactorily disclosed to the public and enrolling students. Please explain if and how your ISA model circumnavigates this issue.<br><br>• Please provide copies of all enrollment documents beyond the required enrollment agreement, including ISA agreements.<br><br>• Please be aware, your enrollment agreement cannot be finally approved until a determination has been made by the Bureau Chief regarding your request for an alternative refund calculation. Please be prepared to provide a final draft enrollment agreement if requested (after the request for alternative refund calculations has been addressed).p | CCR 71180<br>CEC 94902 |
| 12 | Instruction and Degrees Offered<br>• Please schedule a demonstration of Zoom (and possibly Slack) with assigned Senior Education Specialist Joanna Murray. | CCR 71210<br>CCR 71710<br>CCR 71715<br>CCR 71716<br>CCR 71850<br>CCR 71865 |

Juli Tarca
Lambda School
November 25, 2019
Page 2 of 2

| 16 | Faculty<br>• Please provide *tentative* signed contracts for all proposed faculty members. | CCR 71250<br>CCR 71720 |
|----|----|----|
| 18 | Libraries and Other Learning Resources<br>• During the online demonstration (to be scheduled), please be prepared to explain and demonstrate student access of online learning resources sufficient to support instruction for each program. | CCR 71270 |
| 20 | Catalog<br>• Please be prepared to provide a final draft catalog when requested (after the request for alternative refund calculations has been addressed). | CCR 71290<br>CCR 71810<br>CCR 71750<br>CCR 71770 |

Please submit all requested information to my attention by **December 26, 2019**. Failure to provide this information may result in the denial of your application. If you have any further questions, please feel free to call me at (916) 320-3872 or email at Joanna.Murray@dca.ca.gov.

Sincerely,

JOANNA L MURRAY
Senior Education Specialist
Quality of Education Unit

# EXHIBIT I



STATE OF CALIFORNIA    BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY • GAVIN NEWSOM GOVERNOR

DEPARTMENT OF CONSUMER AFFAIRS

**LEGAL AFFAIRS DIVISION**
1625 North Market Blvd., Suite S-309, Sacramento, CA 95834
Phone (916) 574-8220  Fax (916) 574-8623  www.dca.ca.gov



June 22, 2020



Cecilia Ziniti, Esq.
General Counsel
Lambda School
250 Montgomery St., 16th Floor
San Francisco, CA 94104

Re:   Lambda ISA in connection with Application for Approval to Operate for an
Institution not Accredited, # 32274

Dear Ms. Ziniti:

This letter responds to your January 7, 2020 and February 27, 2020 letters, as well as
the Gough & Hancock legal memorandum attached to your January 7 letter (the
Lambda Memo), which evaluates generally the propriety of income sharing
agreements (ISAs) under the California Private Postsecondary Education Act of 2009
(the Act), Education Code section 94800, et seq.

The Bureau for Private Postsecondary Education (the Bureau) is charged with
interpreting and determining compliance with the Act, and in exercising its powers and
performing its duties, the Bureau's priority is public protection. (Ed. Code, §§ 94875
& 94932.) The Bureau appreciates your helpful explanation of Lambda School's ISA,
and your efforts to address the Bureau's previously-identified deficiencies about the
school's application. As discussed below, however, the agreements do not comport
with state disclosure and refunds laws and, for this reason, the Bureau cannot
approve them.

As you know, in general, ISAs are educational program financing contracts between
institutions and students, in which students agree to pay a percentage of their future
income in exchange for an education. Depending on the terms of the ISA, it may cap
the total amount a student owes under the agreement, charge interest, include varying
income thresholds that trigger a student's obligation to pay, and defer payments at
times when a student earns less than the income threshold.

Neither the Act nor its implementing regulations expressly contemplate ISAs as an
educational program financing method. Generally speaking, the laws governing private
postsecondary educational institutions are formed around educational programs with
fixed up-front costs, rather than indeterminate and variable costs that only become clear

Cecilia Ziniti
June 22, 2020
Page 2

upon obtaining work after the program is complete.  Accordingly, the Act and its
implementing regulations require institutions to make up-front disclosures to students
regarding the true cost of their educational programs.  Disclosures are required in the
enrollment agreement, catalog, annual report, and the Student Performance Fact
Sheets.  (Ed. Code, §§ 94911, 94909, 94923; § 71800, subd. (e), 74112, subd. (f).)
These costs include tuition and other fees, and they are used to calculate a student
tuition recovery fund assessment and benefit, and refunds when a student withdraws or
a school closes.

Under the Lambda ISA, students agree to pay Lambda a portion of their future income
in return for receiving Lambda's educational program.  (ISA at ¶ 2.)  Your January 7,
2020, letter identified some of the key features of the Lambda ISA:

1. Payments are due when the student accepts a job making at
   least $50,000 annually in gross earned income.
2. The payments on the ISA are in the amount of 17% of that
   student's gross earned income, monthly. This percentage is
   fixed and cannot change.[1]
3. After 24 payments or when payments made total more than
   the $30,000 tuition amount (whichever is sooner), payments
   stop.
4. For months during which earned income is less than the
   monthly amount equal to $50,000 annually, no payment is
   due.
5. If there are more than 60 total months where no payment is
   due, the ISA obligation terminates even if no payments have
   ever been made.

In addition, students must seek employment immediately following their completion of or
withdrawal from the program, and any time thereafter that they make less than the
minimum income threshold.  (ISA at ¶¶ 4.a. & 10.e.)  In the event of a withdrawal from
the program, a student "may be entitled to a pro rata reduction" of the 17 percent
income share amount, or the length of the payment term, at Lambda's sole discretion.
(ISA at ¶ 7.d.)  The ISA also includes detailed provisions governing student projected
income and income reconciliation.  (ISA at ¶¶ 4.c. & 5.)  The ISA constitutes the entire
agreement between Lambda and a student regarding payment for the educational
program.  (ISA at ¶ 23.a.)

Lambda's ISA financing model does not comport with the laws governing private
postsecondary educational institutions because the inherent uncertainty in the actual
program cost cannot be reconciled with the up-front disclosures that must be given to
students.

---

[1] The ISA provides that Lambda may increase the income share percentage to a maximum of 150% or
add a fixed monthly underpayment fee if a student under-reports income.  (ISA at ¶ 5.b.i.)

Cecilia Ziniti
June 22, 2020
Page 3

Prior to enrollment, Lambda must provide prospective students with a school catalog, which must contain a "schedule of total charges for a period of attendance and an estimated schedule of total charges for the entire educational program."[2] (Ed. Code, § 94909, subd. (a)(9).)

Students must also execute an enrollment agreement with Lambda to enroll at the school. (Ed. Code, § 94902, subd. (a).) Like the catalog, the enrollment agreement must include a "schedule of total charges," "the total charges for the current period of attendance, the estimated total charges for the entire educational program, and the total charges the student is obligated to pay upon enrollment." (Ed. Code, § 94911, subds. (b) & (c); see also Cal. Code Regs., tit. 5, § 71800, subd. (e) [itemizing the charges that must be listed in an enrollment agreement, including the cost of tuition].)

"Total charges" is defined as "the sum of institutional and noninstitutional charges." (Ed. Code, § 94870.) "Institutional charges" are "charges for an educational program paid directly to an institution." (Ed. Code, § 94844.) "Noninstitutional charges" are "charges for an educational program paid to an entity other than an institution that are specifically required for participation in an educational program." (Ed. Code, §94850.) The term "charge" is not defined in the Act, but the dictionary defines "charge" as "the price set or asked for something" and "a debt or an entry in an account recording a debt." (American Heritage Dict. (2d College ed. 1985), p. 260].) Tuition refers to the "cost for instruction normally charged on a per unit or per hour basis." (Cal. Code Regs., tit. 5, § 70000, subd. (ab).)

Under the Lambda ISA, the amount students will eventually be charged to complete Lambda's educational program is uncertain. Lambda's enrollment agreement lists the tuition cost and total charges at $30,000, which is also the maximum amount charged under the ISA for completing the program. But the enrollment agreement also refers students to the ISA for additional "detailed disclosures and additional information about payment, deferrals, and other important items." And under the ISA, as your letter acknowledges, the total cost "for a student electing an ISA will vary depending on the student. A student may end up paying less, but students would never pay more than what is disclosed." Thus, while the enrollment agreement reflects a fixed $30,000 tuition cost, in actuality, the program costs somewhere between $0 and $30,000, depending on a student's future income. Since the cost of tuition will vary by student, the disclosure of a fixed $30,000 cost neither accurately reflects the total program costs, nor does it comport with the requirement to disclose the cost "normally charged" for tuition.[3]

An example illustrates why the Lambda ISA financing model does not conform to the Act and regulations. Even though the enrollment agreement lists the tuition and total charges as fixed at $30,000, under the Lambda ISA, a student making $50,000 per year

---

[2] With respect to Lambda's program, the "period of attendance" and the "entire educational program" are the same. (See Ed. Code, § 94854.)

[3] You indicate in your letter that 98% of Lambda students enter into an ISA.

Cecilia Ziniti
June 22, 2020
Page 4

would actually pay just $17,000 for the educational program after 24 months. By contrast, a student earning $100,000 per year would pay the full $30,000 in less than 21 months for the same educational program. Other students who complete the program may each end up paying a different amount over a different duration. In all cases, at the point of initial disclosure, the total cost of the educational program is uncertain, because the amount each student will end up paying is uncertain. Because there is no true fixed cost for the program for students executing an ISA, Lambda cannot accurately disclose the total charges or tuition with certainty.

Lambda's ISA financing also does not comport with the laws governing cancellations, withdrawals and refunds. Institutions must have a refund policy for the return of unearned institutional charges if the student cancels an enrollment agreement or withdraws during a period of attendance. (Ed. Code, § 94920, subd. (d).) "The refund policy for students who have completed 60 percent or less of the period of attendance shall be a pro rata refund." (*Ibid.*) Likewise, when an institution defaults on the enrollment agreement, it must provide refunds to students on a pro rata basis if the school established a teach-out program. (Ed. Code, § 94927.) If no such teach-out is offered, the institution must provide a total refund. (*Ibid.*) Refunds must be paid within 45 days of cancelation or withdrawal, and the enrollment agreement must contain the institution's refund policy. (Ed. Code, §§ 94911, subd. (e)(2), 94920, subd. (e); Cal. Code Regs., tit. 5, §§ 71750, subd. (e), 71800, subd. (d).)

The Bureau's regulations prescribe how pro rata refunds must be calculated. Such refunds "shall be no less than the total amount owed by the student for the portion of the educational program provided subtracted from the amount paid by the student . . . ." (Cal. Code Regs., tit. 5, § 71750, subd. (c).)

For students that execute Lambda's ISA, the amount owed to Lambda is uncertain, and no amounts are owed until after a student completes or withdraws from the program, and after a student earns income that exceeds the minimum income threshold. (ISA at ¶¶ 4.a.) Consequently, Lambda cannot comply with the law's refund requirements. Lambda must have a pro rata refund policy for students who completed 60 percent or less of their coursework, or in the event of a default. (Ed. Code, §§ 94920, subd. (d), 94927.) The refund policy cannot be less than the total amount owed by the student for the completed portion of the program, subtracted from any amount paid by the student. Since, however, it is not possible to accurately calculate in advance the amount a student owes for a portion of the program, Lambda cannot adopt a policy that conforms to the Act and regulations. Moreover, the Act and regulations contemplate a "refund" and "return" of monies already paid within 45 days of cancelation or withdrawal, not a future reduction in the amount eventually owed. Thus, the Lambda ISA financing model does not comport with the Act and regulations.

The Bureau may authorize an alternative method for calculating tuition refunds, but only in cases in which the prescribed refund calculations "cannot be utilized because of the unique way in which the educational program is structured . . . ." (Ed. Code, § 94921.)

Cecilia Ziniti
June 22, 2020
Page 5

The enrollment agreement proposes an alternative pro rata refund policy, but Lambda's proposed alternative is a consequence of the unique way Lambda's *financing* is structured, and not the unique way its *educational program* is structured. For this reason, the Bureau may not approve the alternative refund calculation reflected in the enrollment agreement. (See Cal. Code Regs., tit. 5, § 71800, subd. (d).)

In addition, the withdrawal and refund policies described in the enrollment agreement conflict with the ISA. The enrollment agreement provides that students may withdraw without owing any tuition or penalty before the last class of "Sprint 5"—i.e., week five or week 10 of the program, depending on whether the student attends full-time or part-time. Students who withdraw between Sprint 5 and Sprint 12 are responsible for a pro-rata portion of the total amount ($30,000) that may ultimately be paid to Lambda under the ISA. The enrollment agreement provides that the pro rata amount will be "communicated to your ISA service provider for adjustment." Although withdrawal relieves students of the enrollment agreement's obligations, it does not relieve them of their ISA obligations. The enrollment agreement provides that for students electing to finance their education via an ISA, "the terms of that agreement control your obligations under it."

Contrary to the enrollment agreement, which provides for a pro rata reduction in the total amount owed, the ISA provides little information about how withdrawals and refunds will be calculated. It provides that Lambda may reduce on a pro rata basis the income share percentage owed to Lambda under the agreement, or reduce the length of the payment term, at Lambda's "sole discretion." (ISA at ¶ 7.d.) Lambda is not bound under the ISA to the pro rata cost reduction that is specified in the enrollment agreement, nor is it required to make any reduction in the total amount charged to students. Thus, the enrollment agreement does not accurately reflect Lambda's refund policy, in view of the ISA.

Finally, we do not agree with the suggestion in the Lambda Memo that Lambda's ISA is not subject to Article 12 of the Act relating to consumer loans. In particular, Education Code section 94916 requires an institution extending credit or lending money for charges such as tuition to provide a specified notice to students on "any note, instrument, or other evidence of indebtedness taken in connection with that extension of credit or loan . . . ." The enrollment agreement denotes that the ISA is such a loan, and the Bureau concurs. The enrollment agreement incorporates the notice requirement specified in Education Code section 94916, signifying that Lambda is an institution that extends credit or lends money. Indeed, under the ISA, Lambda credits students up to $30,000 in tuition costs in exchange for a share of their future income. As an instrument or evidence of indebtedness, the ISA should also contain the consumer notice specified in section 94916, but it does not.

For these reasons, the Bureau cannot at this time approve Lambda's application. If you have any questions regarding this letter or would like to continue our discussion, please contact me at your convenience.

Cecilia Ziniti
June 22, 2020
Page 6


Very truly yours,

*Douglas L. Smith*

Douglas L. Smith

# EXHIBIT J



**Bureau for Private Postsecondary Education**
1747 N. Market Blvd. Ste 225 Sacramento, CA 95834
P.O. Box 980818, West Sacramento, CA 95798-0818
P (916) 574-8900 F (916) 263-1897 www.bppe.ca.gov

Business, Consumer Services and Housing Agency– Governor Gavin Newsom





August 17, 2020

Juli Tarca
Lambda School
250 Montgomery Street, 16th Floor
San Francisco, CA 94104

RE:  Application for Approval to Operate for an Institution Non-Accredited #32274
     **Approval Granted – Institution Code: 83979039**

Dear Ms. Tarca:

The Bureau for Private Postsecondary Education (Bureau) completed the review of your Application for Approval to Operate for an Institution Non-Accredited, #32274. The review included your application and supplemental documentation most recently received by the Bureau on August 14, 2020.  The Bureau determined that your application complies with the minimum standards contained in the California Education Code (CEC) and the California Code of Regulations (CCRs).

Approval to operate is granted effective August 17, 2020, with an expiration date of August 17, 2025.

Enclosed for your record is the Approved Educational Program List for your institution. Please post this approval information in a prominent location so prospective students and other interested parties are aware of your approval to operate.

Bureau records will reflect the following ownership for Lambda School (83979039):

Lambda Inc.                100%
     Austen Allred, CEO              17.9%

Your institution is required to maintain compliance with the CEC and CCRs of the Bureau and is subject to review by the Bureau staff at any time for the purpose of monitoring compliance with the provisions of the California Private Postsecondary Education Act of 2009.

If your institution is planning to establish a website, or already has a website, you must ensure the website complies with Bureau laws and regulations as provided on the attached Approved School Fact Sheet.

It is highly recommended that a representative from the school attend one of the Bureau's Compliance Workshops, which are held in locations across the State.

Juli Tarca
Lambda School
August 17, 2020
Page 2 of 2

These workshops are designed to provide institutions with information and guidance on how to remain in compliance with Bureau laws and regulations.

Please refer to the attached flier for additional information regarding the workshops. Any failure to maintain compliance could affect your institution's approval status and could result in disciplinary action by the Bureau.

If you require additional assistance on this matter, please contact Senior Education Specialist Joanna Murray at 916-320-3872 or email at Joanna.Murray@dca.ca.gov.

Sincerely,

Robert J. Bayles
Education Administrator
Quality of Education Unit

Enclosure(s)



Business, Consumer Services and Housing Agency - Gavin Newsom, Governor
**Bureau for Private Postsecondary Education**
1747 North Market Blvd., Suite 225, Sacramento, CA 95834
P.O. Box 980818, West Sacramento, CA 95798-0818



# Approved Educational Program List

*In accordance with the provisions of California Education Code 94866 or 94890, the Bureau for Private Postsecondary Education approves:*

### *Lambda School*

### *250 Montgomery Street, 16th Floor*
### *San Francisco, CA 94104*
#### *School Code #: 83979039*
#### *Site Type: Main*

*to offer the following program(s)/course(s):*

| Program Name | Length of Instruction | Program Approved | Program Type | Distance Learning |
|---|---|---|---|---|
| Android Development 1200 hours (online) | | 08/17/2020 | Non-Degree | Yes |
| Data Science 1200 hours (900 part-time) (online) | | 08/17/2020 | Non-Degree | Yes |
| Full Stack Web Development 1200 hours (900 part-time) (online) | | 08/17/2020 | Non-Degree | Yes |
| iOS Development 1200 hours (900 part-time) (online) | | 08/17/2020 | Non-Degree | Yes |
| User Experience Design 1200 hours (900 part-time) (online) | | 08/17/2020 | Non-Degree | Yes |

Non-Degree (Vocational) Programs\Courses: 5
Total Programs/Courses: 5

*The program list above represents all currently approved educational programs for this institution. The Main, Branch, or Satellite locations of this institution may offer any subset of this list.*

**Robert Bayles, Education Administrator**
This document is valid if all fees are current. Subject to earlier termination in accordance with the law.

# Approval Memorandum

**To:**     Robert Bayles

**CC:**     File

**From:**   Joanna Murray

**Date:**   8/14/2020

**Re:**     Lambda School, Application #32274, Institution Code: N/A

---

I have completed the review and analysis of the above noted Application for Approval to Operate for an Institution Non Accredited received on May 14, 2019.

I determined the application, including the educational programs, complies with the minimum standards contained in the California Education Code and the California Code of Regulations.  The application, enrollment agreement, and catalog checklist are complete and all required information has been received.

The institution offers the following programs:

- Full Stack Web Development 1200 hours (900 part-time) (online)
- iOS Development 1200 hours (900 part-time) (online)
- Android Development 1200 hours (online)
- Data Science 1200 hours (900 part-time) (online)
- User Experience Design 1200 hours (900 part-time) (online)

The programs are found to meet the minimum operating standards as specified in 5, CCR §71710.

Faculty:  Review of faculty demonstrates that the institution has contracted with duly qualified faculty.  Faculty is found to meet the minimum operating standards as specified in 5, CCR §71720.

Method of Delivery:  The institution's method of delivery is online, synchronous/asynchronous.

Lambda School has an operating unapproved hearing scheduled that may involve fines/fees.

I determined the educational programs comply with the minimum standards contained in the California Education Code and the Title 5, California Code of Regulation.

I recommend issuing an approval to operate for the institution.

☑  I agree with the recommendation.

☐  I do not agree with the recommendation.

Comments:

# EXHIBIT K



# Lambda School
# CATALOG

## June 1, 2019 – May 31, 2020

**Volume I**

250 Montgomery Street, 16th floor, San Francisco, CA 94102
(800) 833-1943 | www.lambdaschool.com

Published:  MM, DD, 2019
Effective: MM, DD, 2019

**TABLE OF CONTENTS**

WELCOME MESSAGE                                                                4

MISSION                                                                        5

OBJECTIVES                                                                     5

GENERAL INFORMATION                                                            5

  HISTORY                                                            5

  APPROVALS                                                          5

  FACILITY AND EQUIPMENT                                             6

  LOANER EQUIPMENT                                                    6

MANAGEMENT, STAFF AND FACULTY                                                  7

  BOARD OF TRUSTEES                                                   7

  MANAGEMENT & STAFF                                                  7

  FACULTY                                                            8

TUITION AND FEES                                                              11

  INCOME SHARE AGREEMENTS                                           11

  TUITION AND FEES WITHOUT ISA                                      12

  LOANS                                                             13

  HOLIDAYS                                                          13

  ENROLLMENT PERIODS                                                13

  PROGRAM TERM DATES FOR 2019                                       13

  CLASSROOM DAYS / HOURS                                            14

  ADMINISTRATION DAYS / HOURS                                       14

  COURSE TIME HOURS                                                 14

ADMISSIONS POLICY AND PROCEDURE                                               14

  POLICY                                                            14

  PROCEDURE                                                         15

  INTERNATIONAL STUDENTS AND ENGLISH LANGUAGE SERVICES              15

  FOREIGN TRANSCRIPT EVALUATION                                     15

  TRANSFER OF CREDIT                                                16

  NOTICE CONCERNING TRANSFERABILITY OF CREDITS AND CREDENTIALS
  EARNED AT OUR INSTITUTION                                          16

  ARTICULATION AGREEMENTS                                           16

  CANCELLATION AND REFUND FOR STUDENTS WITHOUT AN ISA               16

    STUDENT'S RIGHT TO CANCEL                              16

    WITHDRAWAL FROM THE PROGRAM                            17

CANCELLATION AND REFUND FOR STUDENTS WITH AN ISA                18

PROGRAMS                                                         19

Full Stack Web Development                                       19

iOS Development                                                  28

Android Development                                              37

Data Science                                                     43

User Experience Design                                          52

ACADEMIC POLICIES                                               59

GRADING SYSTEM                                                  59

SATISFACTORY PROGRESS                                           60

ACADEMIC PROBATION                                             61

REMEDIAL WORK AND REPEATED COURSES                              61

ATTENDANCE                                                      61

TARDINESS AND EARLY DEPARTURES                                  62

MAKE-UP EXAMS                                                   62

MAKE-UP WORK                                                    62

LEAVE OF ABSENCE POLICY                                         63

STUDENT CONDUCT EXPECTATIONS                                    63

WITHDRAWAL                                                      64

GRADUATION REQUIREMENTS                                         64

STUDENT SERVICES                                                65

ORIENTATION                                                     65

ACADEMIC ADVISING                                               65

HOUSING                                                         65

ZOOM                                                            65

SLACK                                                           65

STUDENT RECORDS                                                 66

NO GUARANTEE OF EMPLOYMENT                                      66

LAMBDA NEXT – JOB SEARCH AND PLACEMENT ASSISTANCE               66

GRIEVANCE PROCEDURE                                             67

STUDENT TUITION RECOVERY FUND                                   67

STATE OF CALIFORNIA CONSUMER INFORMATION                        68

CATALOG CHANGES                                                 69

## WELCOME MESSAGE

The most important thing we tell new Lambda School students is: start now.

You have a fixed number of days between now and graduation. There's a good chance that the next several months will swing the trajectory of your career more than any others. Your time at Lambda School will be some of the most highly leveraged hours of your life. Now is the time to put your head down and work.

Sincerely,

Austen Allred,
Co-Founder & CEO

10  **MISSION**

The mission of Lambda School is to find untapped or underutilized talent, and train that talent for in-demand careers in the computer science field; making entry to the computer science field more accessible.

Lambda School will provide an educational environment that respects the values of individual students and their intellectual, cultural, and social development. It is Lambda School's objective to:

➢ Foster among students, faculty, and staff a commitment to life-long learning.
➢ Provide opportunities for students to exercise a positive influence and be productive in society.
➢ Prepare students for entry-level employment in the computer science field.

## OBJECTIVES

In order to fulfill its mission, Lambda is committed to the following objectives for its educational and training programs:

➢ To provide the basic and prerequisite knowledge to specialize in the computer science field.
➢ To educate students to become well qualified professionals in their chosen field.
➢ To provide practical training to enhance students' capabilities in their chosen field.

## GENERAL INFORMATION

### HISTORY
Founded in 2017, Lambda School ("Lambda") is a unique model of higher education in which the school invests in its students, instead of the other way around. Lambda offers no upfront tuition costs. Tuition payments do not have to begin until students find a job within field providing an annual salary of at least $50,000. This commitment from Lambda School supports its mission to find untapped or underutilized talent and train that talent for in-demand jobs in the computer science field. The school is headquartered in San Francisco, while students attend remotely. The school has raised funds previously from investors including Y Combinator, Google Ventures, Bedrock Capital, and Tandem. Given the no upfront cost tuition model of Lambda, our school demographics typically cater to minority and diverse students. Our student body is far more diverse than the general population.

7  ### APPROVALS
Lambda School is a private institution approved to operate by the California Bureau for Private Postsecondary Education. Approval to operate means the institution is compliant with the minimum standards contained in the California Private Postsecondary Education Act of 2009 (as amended) and Division 7.5 of Title 5 of the California Code of Regulations.

## FACILITY AND EQUIPMENT

Lambda headquarters is located at 250 Montgomery Street, 16th floor, San Francisco, CA 94102. Lambda offers training in an online format in a virtual classroom with your instructors and fellow learners.  Distance education coursework is completed at a location determined by the student.

System Requirements
- Minimum
    - 1.6 GHz Processor
    - 4 GB RAM (8 GB of RAM for the iOS course)
    - 120 GB Hard Drive
    - Web Cam
    - Microphone
- Recommended
    - 2 GHz Processor
    - 8 GB RAM
    - 256 GB Hard Drive (preferably solid state)

Recommended operating systems (in descending order): macOS, Windows 10, Ubuntu. For UX and iOS, macOS is heavily encouraged. For iOS, Mojave 10.14 is required.

Other versions of Windows work but students should anticipate occasional environment issues. Chromebooks are *not* supported, as coursework involves installing and running software locally.

Please refer to the current Student Manual for full details system requirements.

## LOANER EQUIPMENT

If your computer becomes unusable during your time at Lambda School and you are unable to obtain a replacement, you can submit a request for a loaner laptop by submitting this form https://airtable.com/shrEHS8dPFyhcYBMI

Laptops are paid for by the Perpetual Access Fund and there is limited inventory. In order to be considered for a loaner laptop, you must be in compliance with the Code of Conduct, attendance, and participation policies. In addition to compliance, you need to have a record of meaningful progress with the curriculum.



# Lambda School
# CATALOG

6  **June 1, 2019 – May 31, 2020**

Volume I

250 Montgomery Street, 16th floor, San Francisco, CA 94102
(800) 833-1943 | www.lambdaschool.com   4

Published:  September 16, 2019
Effective: September 16, 2019

**TABLE OF CONTENTS**

WELCOME MESSAGE                                                                           4

MISSION                                                                                   5

OBJECTIVES                                                                                5

GENERAL INFORMATION                                                                       5

   HISTORY                                                                  5

   APPROVALS                                                                5

   FACILITY AND EQUIPMENT                                                   6

   LOANER EQUIPMENT                                                         6

TUITION AND FEES                                                                          7

   INCOME SHARE AGREEMENTS                                                  7

   TUITION AND FEES                                                         8

   LOANS                                                                    8

   HOLIDAYS                                                                 8

   ENROLLMENT PERIODS                                                       9

   PROGRAM TERM DATES FOR 2019                                              9

   CLASSROOM DAYS / HOURS                                                   9

   ADMINISTRATION DAYS / HOURS                                              9

   COURSE TIME HOURS                                                       10

ADMISSIONS POLICY AND PROCEDURE                                                          10

   POLICY                                                                  10

   PROCEDURE                                                               10

   INTERNATIONAL STUDENTS AND ENGLISH LANGUAGE SERVICES                     11

   FOREIGN TRANSCRIPT EVALUATION                                           11

   TRANSFER OF CREDIT                                                      11

   NOTICE CONCERNING TRANSFERABILITY OF CREDITS AND CREDENTIALS
   EARNED AT OUR INSTITUTION                                               11

   ARTICULATION AGREEMENTS                                                 12

   REFUND POLICY                                                           12

     STUDENT'S RIGHT TO CANCEL                                    12

     WITHDRAWAL FROM THE PROGRAM                                  12

PROGRAMS                                                                                 14

   Full Stack Web Development                                              14

   iOS Development                                                         22

   Android Development                                                     31

| | |
|---|---|
| Data Science | 37 |
| User Experience Design | 45 |
| ACADEMIC POLICIES | 52 |
| GRADING SYSTEM | 52 |
| SATISFACTORY PROGRESS | 53 |
| ACADEMIC PROBATION | 54 |
| REMEDIAL WORK AND REPEATED COURSES | 54 |
| ATTENDANCE | 55 |
| TARDINESS AND EARLY DEPARTURES | 55 |
| MAKE-UP EXAMS | 55 |
| MAKE-UP WORK | 56 |
| LEAVE OF ABSENCE POLICY | 56 |
| STUDENT CONDUCT EXPECTATIONS | 56 |
| WITHDRAWAL | 57 |
| GRADUATION REQUIREMENTS | 58 |
| STUDENT SERVICES | 58 |
| ORIENTATION | 58 |
| ACADEMIC ADVISING | 58 |
| HOUSING | 58 |
| ZOOM | 59 |
| SLACK | 59 |
| STUDENT RECORDS | 59 |
| NO GUARANTEE OF EMPLOYMENT | 60 |
| LAMBDA NEXT – JOB SEARCH AND PLACEMENT ASSISTANCE | 60 |
| GRIEVANCE PROCEDURE | 60 |
| STUDENT TUITION RECOVERY FUND | 60 |
| STATE OF CALIFORNIA CONSUMER INFORMATION | 62 |
| CATALOG CHANGES | 62 |
| Lambda School Catalog Addendum-A | 63 |
| MANAGEMENT, STAFF AND FACULTY | 63 |
| BOARD OF TRUSTEES | 63 |
| MANAGEMENT & STAFF | 63 |
| FACULTY | 65 |

## WELCOME MESSAGE

The most important thing we tell new Lambda School students is: start now.

You have a fixed number of days between now and graduation. There's a good chance that the next several months will swing the trajectory of your career more than any others. Your time at Lambda School will be some of the most highly leveraged hours of your life. Now is the time to put your head down and work.

Sincerely,

Austen Allred,
Co-Founder & CEO

## MISSION

10

The mission of Lambda School is to find untapped or underutilized talent, and train that talent for in-demand careers in the computer science field; making entry to the computer science field more accessible.

Lambda School will provide an educational environment that respects the values of individual students and their intellectual, cultural, and social development. It is Lambda School's objective to:

➢ Foster among students, faculty, and staff a commitment to life-long learning.
➢ Provide opportunities for students to exercise a positive influence and be productive in society.
➢ Prepare students for entry-level employment in the computer science field.

## OBJECTIVES

In order to fulfill its mission, Lambda is committed to the following objectives for its educational and training programs:

➢ To provide the basic and prerequisite knowledge to specialize in the computer science field.
➢ To educate students to become well qualified professionals in their chosen field.
➢ To provide practical training to enhance students' capabilities in their chosen field.

## GENERAL INFORMATION

### HISTORY

Founded in 2017, Lambda School ("Lambda") is a unique model of higher education in which the school invests in its students, instead of the other way around. Lambda offers no upfront tuition costs. Tuition payments do not have to begin until students find a job within field providing an annual salary of at least $50,000. This commitment from Lambda School supports its mission to find untapped or underutilized talent and train that talent for in-demand jobs in the computer science field. The school is headquartered in San Francisco, while students attend remotely. The school has raised funds previously from investors including Y Combinator, Google Ventures, Bedrock Capital, and Tandem. Given the no upfront cost tuition model of Lambda, our school demographics typically cater to minority and diverse students. Our student body is far more diverse than the general population.

7

### APPROVALS

Lambda School is a private institution approved to operate by the California Bureau for Private Postsecondary Education. Approval to operate means the institution is compliant with the minimum standards contained in the California Private Postsecondary Education Act of 2009 (as amended) and Division 7.5 of Title 5 of the California Code of Regulations.

## FACILITY AND EQUIPMENT

Lambda headquarters is located at 250 Montgomery Street, 16th floor, San Francisco, CA 94102. Lambda offers training in an online format in a virtual classroom with your instructors and fellow learners.  Distance education coursework is completed at a location determined by the student.    5

System Requirements
- Minimum
  - 1.6 GHz Processor
  - 4 GB RAM (8 GB of RAM for the iOS course)
  - 120 GB Hard Drive
  - Web Cam
  - Microphone
- Recommended
  - 2 GHz Processor
  - 8 GB RAM
  - 256 GB Hard Drive (preferably solid state)

Recommended operating systems (in descending order): macOS, Windows 10, Ubuntu. For UX and iOS, macOS is heavily encouraged. For iOS, Mojave 10.14 is required.

Other versions of Windows work but students should anticipate occasional environment issues. Chromebooks are *not* supported, as coursework involves installing and running software locally.

Please refer to the current Student Manual for full details system requirements.

## LOANER EQUIPMENT

If your computer becomes unusable during your time at Lambda School and you are unable to obtain a replacement, you can submit a request for a loaner laptop by submitting this form https://airtable.com/shrEHS8dPFyhcYBMI

Laptops are paid for by the Perpetual Access Fund and there is limited inventory. In order to be considered for a loaner laptop, you must be in compliance with the Code of Conduct, attendance, and participation policies. In addition to compliance, you need to have a record of meaningful progress with the curriculum.



# Lambda School Catalog

January 1, 2020 – December 31, 2020

Volume I

2000 Ashton BLVD, Suite 400, Lehi, UT 84043
250 Montgomery ST, 16th floor, San Franscio, CA 94104
415.262.4219 | www.lambdaschool.com

Published:  MM/DD/YY
Effective: MM/DD/YY

## TABLE OF CONTENTS

WELCOME MESSAGE                                                              4

MISSION                                                                      5

OBJECTIVES                                                                   5

APPROVALS                                                                    5

HISTORY                                                                      5

FACILITY AND EQUIPMENT                                                       6

TUITION AND FEES                                                             6

TUITION RESPONSIBILITY                                                       7

HOLIDAYS                                                                     7

ENROLLMENT PERIODS                                                           7

PROGRAM TERM DATES FOR 2020/2021                                            7

FLEX POLICY                                                                  8

CLASSROOM DAYS / HOURS                                                       8

ADMINISTRATION DAYS / HOURS                                                  8

COURSE TIME HOURS                                                            8

ADMISSIONS POLICY AND PROCEDURE                                             9

POLICY                                                                       9

PROCEDURE                                                                    9

INTERNATIONAL STUDENTS AND ENGLISH LANGUAGE SERVICES                        10

FOREIGN TRANSCRIPT EVALUATION                                              10

NOTICE CONCERNING TRANSFERABILITY OF CREDITS AND CREDENTIALS EARNED
AT OUR INSTITUTION                                                         11

TRANSFER OF CREDIT                                                          11

ARTICULATION AGREEMENTS                                                     11

CANCELLATION AND REFUND POLICY                                             11

THE STUDENT'S RIGHT TO CANCEL                                              11

LAMBDA SCHOOL'S RIGHT TO WITHDRAW OR TERMINATE (DISMISSAL)                 12

HOW TO WITHDRAW FROM THE PROGRAM AND CANCEL YOUR ENROLLMENT                12

HOW REFUNDS WORK                                                           12

TUITION PRORATION FOR TUITION OWED AFTER WITHDRAWAL                        12

TUITION REFUND CALCULATOR CHART                                            12

ACADEMIC POLICIES                                                          13

GRADING SYSTEM                                                             13

SATISFACTORY PROGRESS                                        14
ACADEMIC PROBATION                                           15
REMEDIAL WORK AND REPEATED COURSES                           15
ATTENDANCE                                                   16
TARDINESS AND EARLY DEPARTURES                               16
MAKE-UP EXAMS                                                17
MAKE-UP WORK                                                 17
LEAVE OF ABSENCE POLICY                                      17
STUDENT CONDUCT EXPECTATIONS                                 17
WITHDRAWAL                                                   19
GRADUATION REQUIREMENTS                                      19
STUDENT SERVICES                                             20
ORIENTATION                                                  20
ACADEMIC ADVISING                                            20
HOUSING                                                      20
LEARNING RESOURCE                                            21
LIBRARY                                                      21
ZOOM                                                         21
SLACK                                                        21
STUDENT RECORDS                                              22
NO GUARANTEE OF EMPLOYMENT                                   22
GRIEVANCE PROCEDURE                                          22
CATALOG CHANGES                                              23
PROGRAMS                                                     23
FULL STACK WEB DEVELOPMENT                                   23
DATA SCIENCE                                                 35
USER EXPERIENCE DESIGN                                       47
iOS DEVELOPMENT                                              58
MANAGEMENT AND FACULTY                                       70
STATE OF CALIFORNIA CONSUMER INFORMATION                     78
STUDENT TUITION RECOVERY FUND                                79

## WELCOME MESSAGE

Welcome to Lambda School, and congratulations on taking the first step toward a high-paying career in tech.

The most important thing we tell new Lambda School students is: commit now to hustling harder than you ever have before.

You have a critical opportunity to develop your skills between now and graduation, and there's a good chance that the next several months will swing the trajectory of your career more than any others. Your time at Lambda School will be some of the most intense, impactful months of your life – now is the time to put your head down and work, and every instructor, career coach, and staff member will do everything possible to help you succeed. We're so excited that you're here.

Let's get started.

Sincerely,

Austen Allred,
Co-Founder & CEO

## MISSION

10

The mission of Lambda School is to unlock potential, regardless of circumstance. That means working with untapped or underutilized talent, and training that talent for in-demand careers in the technology fields including web development, engineering, data science, user experience design, and iOS development..

Lambda School is committed to making the field of technology more accessible, and will provide an educational environment that respects the values of individual students and their intellectual, cultural, and social development. It is Lambda School's intention to:

- Foster among students, faculty, and staff a commitment to life-long learning.
- Provide opportunities for students to exercise a positive influence and be productive in society.
- Prepare students for entry-level employment in technology fields including web development, software engineering and data science.

## OBJECTIVES

10

In order to fulfill its mission, Lambda is committed to the following objectives for its educational and training programs:

- To provide the basic and prerequisite knowledge to specialize in the field of technology via online learning on Zoom and multiple tools.
- To educate students to become well-qualified professionals in their chosen field of Data Science or Full Stack Web Development.
- To provide practical training to enhance students' capabilities in their chosen program.

## APPROVALS

7

Lambda School is a private institution approved to operate by the California Bureau for Private Postsecondary Education. Approval to operate means the institution is compliant with the minimum standards contained in the California Private Postsecondary Education Act of 2009 (as amended) and Division 7.5 of Title 5 of the California Code of Regulations.

## HISTORY

Founded in 2017, Lambda School ("Lambda") is a unique model of higher education in which the school invests in its students, instead of the other way around. Lambda requires no upfront tuition. Tuition payments do not begin until students find a job providing an annual salary of at least $50,000. This commitment from Lambda School supports its mission of finding untapped or underutilized talent and training that talent for in-demand jobs in technology. The school has offices in Lehi, UT and San Francisco, CA, and students attend remotely. The school has raised funds

# EXHIBIT L

# Human Capital: The Last Unoptimized Asset Class

Lambda School is a full-stack solution that helps people get better jobs and earn more money.

Today, if a person is working in the wrong job or making less than they otherwise could, the only solution we have is encouraging them to go into student debt, spend several years in a university, and hope they figure it out on the other side. It's is expensive, time consuming, and risky.

Lambda School, instead, identifies people who could be making more money, trains them for higher paying jobs at no upfront cost, helps them get those jobs, and takes a cut only when we're successful in doing so. It takes less time, is less expensive, and, most importantly, carries no financial risk for the customer.

We do so by means of a financial instrument called an "Income Share Agreement," which is a legally binding equity stake in a person's future earnings that only applies within certain thresholds. For example, today students only pay us back if they're making more than $50k/year. If they reach that rate they pay us 17% of salary for two years, capped at a maximum of $30k total.

Here's just a few categories of people who make more money via Lambda School
1. **College Graduates with Low-Paying Degrees.** Smart people who earned, say, an Arts History degree and now struggle to make decent money. These people also often have student loan balances which makes Lambda a great fit, since they don't take on additional financial risk.
2. **People Who Didn't Finish College.** The same as above except they didn't actually finish and therefore have no degree. They're often in worse jobs with even fewer options, and usually have student loans too.
3. **Mid Lifers.** People who've been working in the same field for 20+ years and know they need to change. This often comes from the self awareness that their current industry is dying, which can make them a smart choice for Lambda to bet on.
4. **Never Went to College.** Only 25% of American graduate from college, so this is a huge bucket. There are lots of smart, hard working people here who simply didn't have the opportunity to go to school.
5. **High School Graduates.** Recent grads who want a high-paying job without having to go through 4 years of irrelevant curriculum and take on 6 figures of student loans.

And there's enormous demand from employers. There were 3.7 million technology job postings in 2017 alone[1].

## Full Stack

In order to make Lambda School work, we need to solve multiple problems at once:

1. **Underwriting**. Since we aren't paid upfront, we need to reliably identify people our programs can be successful for and match them to the correct programs.

We created a test that all students must pass to be admitted to Lambda. And

2. **Successful, free upfront, online courses**. Most schools will tell you fully online courses aren't successful. Most schools will tell you courses being entirely free upfront won't be successful. We do both at the same time.

85% of students that start Lambda, finish Lambda. That's 9 months of full time, remote instruction. We do it by building in social accountability. The school isn't just a bunch of videos that you watch on your own time. It's live, and every day students are interacting with their classmates, instructors, and other Lambda employees.

3. **Placement that scales**. Our students are in all 50 states and will be all over the world. We have to be able to reliably get them hired at scale wherever they are.

Employers are constantly pinging us to talk to our students. We just started an SDR program but otherwise all employer interest is inbound. While all the blue chips (Google, Amazon, Apple, Netflix, etc.) have hired our students, our bread and better is all the non-sexy tech jobs in places and cities you've never heard of. Today "every company is a tech company" and they all need engineers.

We're already seeing employers hire 1 Lambda student, then come back and hire 20 more.

And the students we've placed at those employers help advocate for and bring on even more students. Our alumni network will be a powerful moat.

4. **Finance**. Since students pay monthly after they're hired, we have to fund them to get there. Currently we sell some income share agreements to hedge funds. Over time we'll raise our own capital and hold everything on our books.

Not surprisingly, it's difficult to get all of the pieces working in sync. It's taken us two years of experimentation and iteration, but we now have the model working and ready to optimize.

# Flywheel

Once the process is working, each piece can be optimized in order to provide a durable sustainable advantage.

We started by eliminating the upfront cost and putting the program entirely online, opening up access to Lambda School to many students who wouldn't be able to afford the upfront cost or risk of moving to and/or attending universities or code schools.

We then had to figure out how to make a free upfront, fully online course work. Making it work gives us good data, which lowers our cost of capital, and as we scale our cost per student goes down and our hiring network grows.

One competitive advantage of being online is we have zero physical classrooms. This helps in multiple ways:
- Allows us to spin up "virtual classrooms" fast, grow more quickly, and adapt to where the actual student demand is (vs. being stuck with a building & location any time a new lease is signed)
- Allows us to meet employer demand everywhere we have students
- Eliminates leasing costs
- Our costs per student are amortized across many more students

Unit economics for our full-time 9 month course, per *placed student*

| | |
|---|---|
| Instructor Cost | $1,882 |
| TA Cost | $3,197 |
| Career Coach Cost | $790 |
| Student Success Cost | $168 |
| **Total Cost Per Placed Grad** | **$6,037** |

As the cost of capital goes down, we can either take on more risk (by offering living stipends) or decrease the price.

As we do so it becomes increasingly difficult for other schools to compete. It's a completely different model.

## Product Overview

The core value Lambda offers is to **get a job in a new field in the fastest time at the lowest risk.**

This is possible because of the following:
- Live, online, remote instruction that lets anyone with an internet connection participate
- Our pedagogy and Flex instruction model, which enables students to repeat curriculum until they understand it
- Our ISA, which aligns the incentives of the institution with those of the student
- Student-facing proprietary infrastructure that enables a modern, world class educational experience
- Our placement partners, who actively come to Lambda to recruit new hires
- An organic community where alumni and students help each other

Lambda School offers multiple courses:
- Full Stack Web Development
- iOS Development
- Android Development
- Data Science Development
- UX Design

Each course can be taken full time over 9 months or part time (nights and weekends) over 18 months.

Our training is live and online, meaning we can reach students everywhere and aren't required to build out physical infrastructure. Students learn live from world class instructors and break out teams of 8.

The main building piece of our curriculum is the 5-week block. All courses are built of 5-week blocks, and every block at Lambda starts on the same date.

By running the entire school in sync, we get synergies around admissions, instruction, and placement. For example, students can work on group projects with students in other courses because their project time always falls on the same week in the 5-week block. This allows things like Full Stack Web Development students working with Data Science and UX students on different parts of the same project, which more closely resembles real world working conditions.

Each course includes an integrated jobs curriculum which is taught alongside the technical curriculum. The core value we deliver is a risk-free technical education combined with an integrated job placement program.

# Competition

| | 4-Year University | Trade Schools | Non-Accredited Tech Bootcamps |
|---|---|---|---|
| **Companies** | Harvard, UCLA, Notre Dame | Lake Area Technical Institute, Johnson College | Flatiron School, App Academy |
| **Description** | Traditional degree funded by student loans | Job training funded by loans | Very short technical training funded by upfront tuition or loans |
| **Multiple Tracks** | Yes | Yes | No |
| **Risk Free ISA** | No | No | No |
| **Integrated Job Search** | No | Sometimes | No |
| **< 1 year** | No | No | Yes |
| **Modern Alumni Network** | No | No | No |
| **Mentor Program** | No | No | No |
| **Flex Learning** | No | No | No |
| **Remote** | No | No | No |

Relative to **4-year universities**, Lambda offers students a faster, risk-free way of getting training and ultimately getting a job. 4 years is a *long time* that potential students are now beginning to recognize comes with significant opportunity costs. And the entire country is obsessing over the downsides of non-dischargeable student loans. We have a school wide NPS of 68, higher than many of the most famous consumer brands in the world (Netflix, Amazon). People trust their universities, but they don't love them. Our students love Lambda, and have even gotten tattoos of our logo.

Relative to **trade schools**, Lambda is faster and carries less risk. You're required to pay for the trade school regardless of whether you get a job. And it can take significant time (> 2 years) to get through a trade school. At Lambda our full-time class is 9 months, which means in less than a year a student can start, graduate, and get a job. 9 months is short enough to allow students from all backgrounds to join, but long enough to give students enough time to learn detailed, difficult curriculum.

Relative to **non-accredited tech bootcamps** our school is long enough so that you can actually learn the material. Most tech bootcamps are 3 months because their costs don't allow them to teach any longer. And their market is fundamentally limited to people who can afford upfront tuition of $20,000. And because all our training is remote, we can reach anybody. These are small, niche players who don't have significant impact beyond their local geography in big cities.

# Performance



New Students Enrolled

|  | April 2018 | April 2019 | % Change |
|---|---|---|---|
| Applications | 1,985 | 5,936 | 199% |
| New Students | 109 | 451 | 76% |
| Graduates | 12 (Mar'18) | 45 (Mar'18) | 275% |
| Sections Graduated > 180 days w/ > 50% Placement | NA | 100% | NA |
| Concurrent Students | 302 | 1,602 | 640% |

## Management Outlook

When a Lambda School student is hired for $75k/yr, they pay us back approximately $25k.

At 4,000 placed software engineers/year we'll hit a $100mm/yr run rate.

In 2019 we'll enroll over 3,000 students. In May 2019 well enroll over 500. We plan on enrolling more than 10,000 students in 2020.

## International

In January of 2019 we launched in the European Union, we'll launch in Canada in Q2 of 2019, and we have pilots running in Africa and India. Once the entire engine is working it will scale internationally.

## Other Fields

We recently launched programs for UX Design and Data Science, but this scales far beyond software.

Once the engine is working, it also scales to other verticals. Cyber security, product management, marketing to begin with, but after that job fields as disparate as Customer Service or Nursing are on our radar.

| | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| US Developer Grads | 8,000 | 15,000 | 27,000 | 49,000 |
| EU Developer Grads | 1,000 | 3,000 | 6,000 | 11,000 |
| India Developer Grads | 1,000 | 2,000 | 10,000 | 30,000 |
| **Total Developer Grads** | **10,000** | **20,000** | **43,000** | **90,000** |
| | | | | |
| US Non-Developer Grads | 1,000 | 7,000 | 30,000 | 80,000 |
| EU Non-Developer Grads | 500 | 3,000 | 8,000 | 30,000 |
| India Non-Developer Grads | 500 | 2,000 | 5,000 | 20,000 |
| **Total Non-Developer Grads** | **2,000** | **12,000** | **43,000** | **130,000** |
| | | | | |
| Revenue US Dev Grads | $60,000,000 | $172,500,000 | $315,000,000 | $570,000,000 |
| Revenue EU Dev Grads | $6,000,000 | $24,000,000 | $54,000,000 | $102,000,000 |
| Revenue India Dev Grads | $4,000,000 | $12,000,000 | $48,000,000 | $160,000,000 |
| **Total Revenue Dev Grads** | **$70,000,000** | **$208,500,000** | **$417,000,000** | **$832,000,000** |
| | | | | |
| Revenue US Non-Developer Grads | $3,500,000 | $28,000,000 | $129,500,000 | $385,000,000 |

| | | | | |
|---|---|---|---|---|
| Revenue EU Non-Developer Grads | $1,500,000 | $10,500,000 | $33,000,000 | $114,000,000 |
| Revenue India Non-Developer Grads | $1,250,000 | $6,250,000 | $17,500,000 | $62,500,000 |
| **Total Revenue Non-Dev Grads** | **$6,250,000** | **$44,750,000** | **$180,000,000** | **$561,500,000** |
| | | | | |
| **Total Revenue** | **$76,250,000** | **$253,250,000** | **$597,000,000** | **$1,393,500,000** |

# Strenghts

**Alumni Community Creates a Powerful Moat**
- Some partners have over 20 Lambda grads, triggered by their hiring of a single Lambda student
- Lambda graduates advocate for each other based on the school community alone.
- We're already seeing Lambda students promoted to positions of authority. With more time, we'll continue to see grads rise up the ranks and exert more influence on how their companies hire.

**Higher NPS as Class Sizes Increase**
- Our NPS score is higher by 20+% in our larger classes
  - Speaks to the power of the Lambda community, which is an important differentiator

**Organic growth taking share from bootcamp competitors**
- 314% increase in student starts from April'19 to April'18
- Competitors continue to market against Lambda (but not other schools) because students are moving away from the upfront tuition model

**Retention**
- 85% of students that start Lambda, finish Lambda. That's 9 months of full time, remote instruction. We do it by building in social accountability. The school isn't just a bunch of videos that you watch on your own time. It's live, and every day students are interacting with their classmates, instructors, and other Lambda employees.

**Placement that Scales**
- Inbound bluechip interest (Uber, Google, Amazon, etc.)
- "Every company is a tech company". Students getting hired in large batches in places like Minnesota.

- "Land and expand" strategy already working organically w/o additional effort from Lambda
- Can work with employers anywhere because we're online

**Market Leader in ISAs**
- Largest originator of ISAs in the US
- "Lambda" name synonymous with ISAs

**Unbundling Universities**
- Colleges offer tons of services in 1 package: schooling, cultural learning, job placement help, sports, socializing, becoming an adult, etc.
- Lambda unbundles the university and offers what people are actually looking for: a high-paying job

## Risks & Mitigants

**We admit the wrong people (e.g. people who don't want jobs, people who won't succeed, etc.)**
- Some students are "life long learners" and are genuinely interested in learning but don't want a job
- Some students are unable to succeed in a technical career

Mitigants:
- Improving jobs curriculum so that students cannot proceed in their technical education if they're not completing their jobs training and benchmarks
- Offering non-technical training + jobs (e.g. nursing) so that students can come to us, we offer them a test, and then recommend what we think they'd be best at

**ISAs are made illegal or significantly limited**
- Some political circles dislike ISAs and/or think they work against a "4 year free degree for everyone"
- Bad taste in their mouth from for-profit schools like Devry and University of Phoenix

Mitigants:
- Proactively lobbying in DC for ISA legislation that will create a framework that is reasonable
- Joined an ISA steering committee initiative to work with other companies in the ISA space to form ISA legislation

**Collections could be too low**

- Still unknown at scale what % of students will pay their ISAs

Mitigants:
- Working on legislation that allows for employers to make payments
- Legislation that allows credit reporting for ISA non-payment
- Legislation that creates better reporting mechanisms on student income

**We're unable to place students at scale**
- We're at roughly 50% placement for cohorts that are 6 months graduated
- Placement to date has been manual and one-off, which isn't possible at scale

Mitigants:
- Growing the alumni network.
- Building tools to help connect Lambda grads with current Lambda students
- Creating internal tools to make the job search as easy as possible for students
- Working with employment partners to get hiring and interview guarantees

**Moving into new industries and geographies uses too few synergies from our US tech organization**
- New geographies/industries require entirely new employer partnerships
- Management's network and expertise is in tech, how much will translate to industries like nursing?

Mitigants:
- Using our strong brand to hire world class general managers to run these new businesses
- Starting slow, growing purposefully when and where it makes sense


[1]: https://www.cyberstates.org

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Justin T. Berger (SBN 250346); Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road, Burlingame CA 94010<br><br>TELEPHONE NO.: (650) 697-6000     FAX NO. *(Optional):* (650)697-0577<br>E-MAIL ADDRESS: jberger@cpmlegal.com<br>ATTORNEY FOR *(Name):* Plaintiffs | *FOR COURT USE ONLY*<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**03/16/2023**<br>**Clerk of the Court**<br>BY: JEFFREY FLORES<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 400 McAllister St.
MAILING ADDRESS: 400 McAllister St.
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civic Center Courthouse

CASE NAME:
Jessica Fuller et al. v. Bloom Institute of Technology, formerly d/b/a Lambda School et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: **CGC-23-605179** |
|---|---|---|---|---|
| [x] **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[x] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [ ] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* See Attachment 1
5. This case [x] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: March 16, 2023
Justin T. Berger
_____
(TYPE OR PRINT NAME)                                    ▶          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

**CIVIL CASE COVER SHEET**

MC-025

| SHORT TITLE: Jessica Fuller et al. v. Bloom Institute of Technology, formerly d/b/a Lambda School et al. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

(1) VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT (Cal. Civ. Code §§ 1750, et seq.)

(2) VIOLATIONS OF THE UNFAIR COMPETITION LAW (Cal. Bus. & Prof. Code §§ 17200, et seq.)

(3) VIOLATIONS OF THE FALSE ADVERTISING LAW (Cal. Bus. & Prof. Code §§ 17500, et seq.)

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

**DATE:** **AUG 16, 2023**

**TIME:** **10:30 am**

**PLACE:** **Department 610**
**400 McAllister Street**
**San Francisco, CA  94102-3680**

All parties must appear and comply with Local Rule 3.

---

CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.  However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed and served twenty-five days before the case management conference.

---

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state. **This case is eligible for electronic filing and service per Local Rule 2.11.  For more information, please visit the Court's website at www.sfsuperiorcourt.org under Online Services.**

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

## ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS

---

**IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE SHOULD PARTICIPATE IN MEDIATION, ARBITRATION, NEUTRAL EVALUATION,  AN EARLY SETTLEMENT CONFERENCE, OR OTHER APPROPRIATE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**

(SEE LOCAL RULE 4)

---

Plaintiff **must** serve a copy of the Alternative Dispute Resolution (ADR) Information Package on each defendant along with the complaint.  (CRC 3.221.) The ADR package may be accessed at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution or you may request a paper copy from the filing clerk.  All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the ADR Information Package prior to filing the Case Management Statement.

**Superior Court Alternative Dispute Resolution Administrator**
**400  McAllister Street, Room 103-A**
**San Francisco, CA  94102**
**(415) 551-3869**

**See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.**

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BLOOM INSTITUTE OF TECHNOLOGY, formerly d/b/a Lambda School; AUSTEN ALLRED, in his individual capacity; and DOES 1 through 9,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JESSICA FULLER; ALEXANDER GONCALVES; BRETT MCADAMS; and QUINN MOLINA,

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: *(Número del Caso):* |
|---|---|
| *(El nombre y dirección de la corte es):* | |
| San Francisco County Superior Court | **CGC-23-605179** |
| 400 McAllister St. San Francisco, CA 94102 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Justin T. Berger; Cotchett, Pitre & McCarthy LLP, 840 Malcolm Rd. Burlingame CA 94010; 650-697-6000

| DATE: | | Clerk, by | | , Deputy |
|---|---|---|---|---|
| *(Fecha)* 03/17/2023 | | *(Secretario)* JEFFREY FLORES | | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100  [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO: 250346<br>NAME: Justin T. Berger<br>FIRM NAME: COTCHETT, PITRE & McCarthy, LLC<br>STREET ADDRESS: 840 Malcolm Road<br>CITY: Burlingame      STATE: CA    ZIP CODE: 94010<br>TELEPHONE NO.: (650) 697-6000     FAX NO.: (650) 697-0577<br>E-MAIL ADDRESS: jberger@cpmlegal.com<br>ATTORNEY FOR (Name): Plaintiffs Jessica Fuller; Alexander Goncalves; et al. | FOR COURT USE ONLY<br><br>ELECTRONICALLY<br>F I L E D<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**03/22/2023**<br>**Clerk of the Court**<br>BY: RONNIE OTERO<br>Deputy Clerk |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN FRANCISCO<br>STREET ADDRESS:<br>MAILING ADDRESS:  400 McAllister Street<br>CITY AND ZIP CODE:  San Francisco, CA  94102<br>BRANCH NAME:  Civil Center Courthouse |

| |
|---|
| Plaintiff/Petitioner:  Jessica Fuller et al.<br>Defendant/Respondent:  Bloom Institute of Technology, a formerly d/b/a Lambda et al. |

| | |
|---|---|
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>CGC-23-605179 |

TO *(insert name of party being served):* AUSTEN ALLRED

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:     March 21, 2023

Sonia Zaghari               ▶
(TYPE OR PRINT NAME)          (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

---

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [ê] A copy of the summons and of the complaint.
2. [ê] Other *(specify)*

> (1) Superior Court of California, County of San Francisco Alternative Dispute Resolution Information Package;
> (2) Notice to Plaintiff;
> (3) Civil Case Cover Sheet.

*(To be completed by recipient):*

Date this form is signed: March 22, 2023

Patrick Hammon               ▶ *Patrick Hammon*
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)       ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>*www.courtinfo.ca.gov* |

POS-015

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: 250346<br>NAME: Justin T. Berger<br>FIRM NAME: COTCHETT, PITRE & McCarthy, LLC<br>STREET ADDRESS: 840 Malcolm Road<br>CITY: Burlingame          STATE: CA     ZIP CODE: 94010<br>TELEPHONE NO.: (650) 697-6000     FAX NO.: (650) 697-0577<br>E-MAIL ADDRESS: jberger@cpmlegal.com<br>ATTORNEY FOR (Name): Plaintiffs Jessica Fuller; Alexander Goncalves; et al. | FOR COURT USE ONLY<br><br>ELECTRONICALLY<br>F I L E D<br>Superior Court of California,<br>County of San Francisco<br><br>03/22/2023<br>Clerk of the Court<br>BY: RONNIE OTERO<br>Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN FRANCISCO
STREET ADDRESS:
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Civil Center Courthouse

Plaintiff/Petitioner: Jessica Fuller et al.

Defendant/Respondent: Bloom Institute of Technology, a formerly d/b/a Lambda et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>CGC-23-605179 |
|---|---|

TO *(insert name of party being served):* BLOOM INSTITUTE OF TECHNOLOGY, formerly d/b/a Lambda School

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: March 21, 2023

Sonia Zaghari
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*

1. [x] A copy of the summons and of the complaint.
2. [x] Other *(specify):*

        (1) Superior Court of California, County of San Francisco Alternative Dispute Resolution Information Package;
        (2) Notice to Plaintiff;
        (3) Civil Case Cover Sheet.

*(To be completed by recipient):*

Date this form is signed: March 22, 2023

Patrick Hammon
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          *Patrick Hammon*
ON WHOSE BEHALF THIS FORM IS SIGNED)          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
                                             ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

Contact Us

**THE SUPERIOR COURT OF CALIFORNIA**
COUNTY OF SAN FRANCISCO

Case Number: CGC23605179
Title: JESSICA FULLER ET AL VS. BLOOM INSTITUTE OF TECHNOLOGY, ET AL
Cause of Action: BUSINESS TORT
Generated: 2023-03-27 6:37 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

Please Note: The "View" document links on this web page are valid until 6:47:39 pm
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web
browser)

# Register of Actions

Show 10 entries

Search:

| Date | Proceedings | Document | Fee |
|------|-------------|----------|-----|
| 2023-03-22 | SUMMONS ON COMPLAINT (TRANSACTION ID # 100194520) FILED BY PLAINTIFF FULLER, JESSICA GONCALVES, ALEXANDER MCADAMS, BRETT MOLINA, QUINN SERVED MAR-21-2023, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE MAR-22-2023 AS TO DEFENDANT ALLRED, AUSTEN IN HIS INDIVIDUAL CAPACITY | View | |
| 2023-03-22 | SUMMONS ON COMPLAINT (TRANSACTION ID # 100194519) FILED BY PLAINTIFF FULLER, JESSICA GONCALVES, ALEXANDER MCADAMS, BRETT MOLINA, QUINN SERVED MAR-21-2023, MAIL AND ACKNOWLEDGEMENT, ACKNOWLEDGMENT DATE MAR-22-2023 AS TO DEFENDANT BLOOM INSTITUTE OF TECHNOLOGY, FORMERLY D/B/A LAMBDA SCHOOL | View | |
| 2023-03-17 | SUMMONS ISSUED (TRANSACTION ID # 100193926) TO PLAINTIFF FULLER, JESSICA GONCALVES, ALEXANDER MCADAMS, BRETT MOLINA, QUINN | View | |
| 2023-03-16 | NOTICE TO PLAINTIFF | View | |
| 2023-03-16 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 100193926) FILED BY PLAINTIFF FULLER, JESSICA GONCALVES, ALEXANDER MCADAMS, BRETT MOLINA, QUINN | View | |
| 2023-03-16 | BUSINESS TORT, COMPLAINT (TRANSACTION ID # 100193926) FILED BY PLAINTIFF FULLER, JESSICA GONCALVES, ALEXANDER MCADAMS, BRETT MOLINA, QUINN AS TO DEFENDANT BLOOM INSTITUTE OF TECHNOLOGY, FORMERLY D/B/A LAMBDA SCHOOL ALLRED, AUSTEN IN HIS INDIVIDUAL CAPACITY DOES 1 THROUGH 9 NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUG-16-2023 PROOF OF SERVICE DUE ON MAY-15-2023 CASE MANAGEMENT STATEMENT DUE ON JUL-24-2023 | View | $435.00 |

Showing 1 to 6 of 6 entries

Previous    1    Next