JUSTIN T. BERGER (SBN 250346)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jberger@cpmlegal.com

ALEXANDER S. ELSON
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
Telephone: (202) 734-7495
alex@defendstudents.org

DAVID BALTMANIS                    RYAN MILLER
**MINER, BARNHILL & GALLAND, P.C.**   **MINER, BARNHILL & GALLAND, P.C.**
325 N. La Salle St., Suite 350      44 E. Mifflin St., Suite 803
Chicago, IL 60654                   Madison, WI 53703
Telephone: (312) 751-1170           Telephone: (608) 255-5200
dbaltmanis@lawmbg.com               rmiller@lawmbg.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FULLER, et al., | Case No. 3:23-CV-01440-AGT |
| Plaintiffs, | **PLAINTIFFS' L.R. 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12** |
| vs. | |
| BLOOM INSTITUTE OF TECHNOLOGY, et al., | |
| Defendants. | |

PLAINTIFFS' L.R. 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12; Case No. 3:23-CV-01440-AGT

1        Plaintiffs initially filed this action in California Superior Court. Defendants then removed to this

2 Court on March 27, 2023, (Doc. No. 1),[1] and filed several motions on April 12: Defendants' Motion to

3 Compel Arbitration and Stay the Case (Doc. No. 10); Defendant Austen Allred's Motion to Dismiss

4 under 12(b)(6) and to Strike under 12(f) (Doc. No. 12); and Defendant Bloom Institute of Technology's

5 Motion to Dismiss under 12(b)(6) (Doc. No. 11). Plaintiffs' responses to these motions are presently

6 due April 26, 2023.

7        Plaintiffs' counsel contacted Defendants' counsel requesting an extension of time to respond to

8 the motions, as well as to meet and confer over an overall schedule for the pending motions and other

9 issues. (David Baltmanis Decl., Apr. 24, 2023, at ¶ 2.) Due to personal and professional conflicts of

10 both parties, the parties do not expect to have an opportunity to meet and confer prior to the April 26,

11 2023 response deadline, but intend to soon thereafter. (*Id.*) In the interim, Defendants' counsel

12 promptly replied by email to Plaintiffs' request for an extension by stipulating to a 14-day extension,

13 during which the parties will meet and confer. (*Id.*)

14        No prior time modifications have been stipulated to or ordered in this case, and the extension

15 does not impact the schedule of the case beyond the briefing schedule for Defendants' April 12, 2023

16 motions at Doc. Nos. 10-12. (*Id.* at ¶¶ 3-4.)

17        Pursuant to this stipulation and Local Rule 6-2, Plaintiffs respectfully request that the Court

18 grant the proposed order filed herewith.

19

20

21

22

23

---

24 [1] Plaintiffs filed a Motion to Remand and for Fees and Costs on April 14 (Doc. No. 17) arguing that removal based on 28 U.S.C. § 1332(a) was improper. Defendants subsequently filed an Amended Notice of Removal on

25 April 19 (Doc. No. 19), no longer asserting removal based on § 1332(a), but solely based on the Class Action Fairness Act, 28 U.S.C. § 1332(d), rendering Plaintiffs' pending remand motion moot. Plaintiffs hereby

26 withdraw their motion (Doc. 17). Plaintiffs do not concede that federal subject matter jurisdiction was demonstrated by the Amended Notice of Removal and reserve the right to file another motion to remand, but do

27 not believe the issue is yet ripe for the Court's consideration until the parties can meet and confer.

28 PLAINTIFFS' L.R. 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR
PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC.
NOS. 10-12; Case No. 3:23-CV-01440-AGT

1

2  Dated: April 24, 2023                    **MINER, BARNHILL & GALLAND, P.C.**

3
                                           By:  __/s/ *David Baltmanis*_____
4                                               DAVID BALTMANIS
                                               RYAN MILLER
5
                                           **NATIONAL STUDENT LEGAL DEFENSE NETWORK**
6                                               ALEXANDER S. ELSON

7                                          **COTCHETT, PITRE & McCARTHY, LLP**
                                               JUSTIN T. BERGER
8
                                           *Attorneys for Plaintiffs and the Proposed Class*
9

10
                                           **PILLSBURY WINTHROP SHAW PITTMAN LLP**
11

12                                         By:  __/s/ Patrick Hammon_____
                                               PATRICK HAMMON
13                                             ANDREW PARKHURST

14                                         *Attorneys for Defendants, Bloom Institute of Technology and*
                                           *Austen Allred*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PLAINTIFFS' L.R. 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME          3
FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT
DOC. NOS. 10-12; Case No. 3:23-CV-01440-AGT

JUSTIN T. BERGER (SBN 250346)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jberger@cpmlegal.com

ALEXANDER S. ELSON
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
Telephone: (202) 734-7495
alex@defendstudents.org

DAVID BALTMANIS                    RYAN MILLER
**MINER, BARNHILL & GALLAND, P.C.**   **MINER, BARNHILL & GALLAND, P.C.**
325 N. La Salle St., Suite 350     44 E. Mifflin St., Suite 803
Chicago, IL 60654                  Madison, WI 53703
Telephone: (312) 751-1170          Telephone: (608) 255-5200
dbaltmanis@lawmbg.com              rmiller@lawmbg.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA FULLER, et al., | Case No. 3:23-CV-01440-AGT |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' L.R 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12** |
| vs. | |
| BLOOM INSTITUTE OF TECHNOLOGY, et al., | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' L.R 6-2 STIPULATED REQUEST
FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS'
APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12; Case No. 3:23-CV-01440-AGT

1

2

3

After considering Plaintiffs' L.R. 6-2 Stipulated Request for Order Changing Time for Plaintiffs' Response to Defendants' April 12, 2023 Motions at Doc. Nos. 10-12 ("Plaintiffs' Stipulated Request"), the Court makes the following orders:

4

5

6

7

8

9

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Stipulated Request is hereby GRANTED, and Plaintiffs shall file their responses to Defendants' Motion to Compel Arbitration and Stay the Case (Doc. No. 10); Defendant Austen Allred's Motion to Dismiss under 12(b)(6) and to Strike under 12(f) (Doc. No. 12); and Defendant Bloom Institute of Technology's Motion to Dismiss under 12(b)(6) (Doc. No. 11) by May 10, 2023. Defendant shall file their replies by May 24, 2023.

10

11

DATED:

12

13

14

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' L.R 6-2 STIPULATED REQUEST
FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS'
APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12; Case No. 3:23-CV-01440-AGT