1  JUSTIN T. BERGER (SBN 250346)
   **COTCHETT, PITRE & McCARTHY, LLP**
2  San Francisco Airport Office Center
   840 Malcolm Road
3  Burlingame, CA 94010
   Telephone: (650) 697-6000
4  Facsimile: (650) 697-0577
   jberger@cpmlegal.com
5
   ALEXANDER S. ELSON
6  **NATIONAL STUDENT LEGAL DEFENSE NETWORK**
   1701 Rhode Island Ave. NW
7  Washington, DC 20036
   Telephone: (202) 734-7495
8  alex@defendstudents.org

9  DAVID BALTMANIS                         RYAN MILLER
   **MINER, BARNHILL & GALLAND, P.C.**     **MINER, BARNHILL & GALLAND, P.C.**
10 325 N. La Salle St., Suite 350          44 E. Mifflin St., Suite 803
   Chicago, IL 60654                       Madison, WI 53703
11 Telephone: (312) 751-1170                Telephone: (608) 255-5200
   dbaltmanis@lawmbg.com                    rmiller@lawmbg.com
12
13 *Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FULLER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BLOOM INSTITUTE OF TECHNOLOGY, et al., <br><br> Defendants. | Case No. 3:23-CV-01440-AGT <br><br> **[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' L.R 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12** |

After considering Plaintiffs' L.R. 6-2 Stipulated Request for Order Changing Time for Plaintiffs' Response to Defendants' April 12, 2023 Motions at Doc. Nos. 10-12 ("Plaintiffs' Stipulated Request"), the Court makes the following orders:

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Stipulated Request is hereby GRANTED, and Plaintiffs shall file their responses to Defendants' Motion to Compel Arbitration and Stay the Case (Doc. No. 10); Defendant Austen Allred's Motion to Dismiss under 12(b)(6) and to Strike under 12(f) (Doc. No. 12); and Defendant Bloom Institute of Technology's Motion to Dismiss under 12(b)(6) (Doc. No. 11) by May 10, 2023. Defendant shall file their replies by May 24, 2023.

DATED: April 28, 2023

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' L.R 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' APRIL 12, 2023 MOTIONS AT DOC. NOS. 10-12; Case No. 3:23-CV-01440-AGT