1  JUSTIN T. BERGER (SBN 250346)
   **COTCHETT, PITRE & McCARTHY, LLP**
2  San Francisco Airport Office Center
   840 Malcolm Road
3  Burlingame, CA 94010
   Telephone: (650) 697-6000
4  Facsimile: (650) 697-0577
   jberger@cpmlegal.com
5
   ALEXANDER S. ELSON
6  **NATIONAL STUDENT LEGAL DEFENSE NETWORK**
   1701 Rhode Island Ave. NW
7  Washington, DC 20036
   Telephone: (202) 734-7495
8  alex@defendstudents.org

9  DAVID BALTMANIS                              RYAN MILLER
   **MINER, BARNHILL & GALLAND, P.C.**          **MINER, BARNHILL & GALLAND, P.C.**
10 325 N. La Salle St., Suite 350               44 E. Mifflin St., Suite 803
   Chicago, IL 60654                            Madison, WI 53703
11 Telephone: (312) 751-1170                    Telephone: (608) 255-5200
   dbaltmanis@lawmbg.com                        rmiller@lawmbg.com
12

13 *Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FULLER, et al., | Case No. 3:23-CV-01440-AGT |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' [SECOND MOTION TO REMAND OR MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY]** |
| vs. | |
| BLOOM INSTITUTE OF TECHNOLOGY, et al., | |
| Defendants. | Date:   June 7, 2023<br>Time:   10:00 a.m.<br>Dept.   Courtroom A, 15th Floor<br>Judge:  Magistrate Judge Alex G. Tse |

[PROPOSED] ORDER GRANTING PLAINTIFFS' [SECOND MOTION TO REMAND OR MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY]
Case No. 3:23-CV-01440-AGT

The hearing on the Second Motion of Plaintiffs, Jessica Fuller, Alexander Goncalves, Brett McAdams, and Quinn Molina, to Remand or in the Alternative for Leave to Conduct Jurisdictional Discovery came on regularly for hearing by the Court on June 7, 2023, in the above-titled court, before the Honorable Magistrate Alex G. Tse.

After hearing, the matter was submitted to the Court for ruling. The Court, having read and considered the supporting and opposing points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore, makes the following orders:

[IT IS ORDERED that Plaintiffs' Second Motion to Remand is hereby GRANTED, their Motion in the Alternative for Leave to Conduct Jurisdictional Discovery is hereby DENIED AS MOOT, and the Clerk of Court shall promptly remand this matter to the Superior Court of the State of California, County of San Francisco.]

[IT IS ORDERED that Plaintiffs' Motion in the Alternative for Leave to Conduct Jurisdictional Discovery is hereby GRANTED. Within 14 days of the issuance of this Order, Defendants shall produce to Plaintiffs a document in Excel or similar spreadsheet format stating, for each putative class member, their full name, last known address, last known phone number, last known email address, date on which their Income Share Agreement (ISA) or other tuition payment plan was signed, date (if any) on which they withdrew from Defendants' school, and total payments made pursuant to that ISA or other tuition payment plan as of the date of removal. Plaintiffs' Second Motion to Remand shall remain pending, without prejudice to Plaintiffs amending or renewing following Defendants' production.]

DATED:

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER GRANTING PLAINTIFFS' [SECOND MOTION TO REMAND OR MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY]
Case No. 3:23-CV-01440-AGT