JUSTIN T. BERGER (SBN 250346)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jberger@cpmlegal.com

ALEXANDER S. ELSON
**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
1701 Rhode Island Ave. NW
Washington, DC 20036
Telephone: (202) 734-7495
alex@defendstudents.org

DAVID BALTMANIS
**MINER, BARNHILL & GALLAND, P.C.**
325 N. La Salle St., Suite 350
Chicago, IL 60654
Telephone: (312) 751-1170
dbaltmanis@lawmbg.com

RYAN MILLER
**MINER, BARNHILL & GALLAND, P.C.**
44 E. Mifflin St., Suite 803
Madison, WI 53703
Telephone: (608) 255-5200
rmiller@lawmbg.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FULLER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BLOOM INSTITUTE OF TECHNOLOGY, et al.,<br><br>Defendants. | Case No. 3:23-CV-01440-AGT<br><br>**PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION TO STAY BRIEFING AND CONSIDERATION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION (DOC. 10), AND MOTIONS TO DISMISS (DOCS. 11 AND 12) PENDING RESOLUTION OF PLAINTIFFS' SECOND MOTION TO REMAND**<br><br>Date:  June 16, 2023<br>Time: 10:00 a.m.<br>Dept:  Courtroom A, 15th Floor<br>Judge: Magistrate Alex G. Tse |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 16, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court located at the Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Magistrate Alex G. Tse, Plaintiffs will move the Court to stay briefing and consideration of Defendants' Motion to Compel Arbitration (Doc. 10) and Motions to Dismiss (Docs. 11 and 12) pending resolution of Plaintiffs' Second Motion to Remand.

Plaintiffs seek an order staying briefing or consideration of Defendants' pending motions (Docs. 10, 11, and 12) until the question of federal subject matter jurisdiction presented by Plaintiffs' Second Motion to Remand are resolved. This Motion would affect deadlines set by the Court on April 12, 2023 (Docs. 10, 11, and 12), later modified by stipulation on April 28, 2023, (Doc. 23).

Dated: May 8, 2023                **MINER, BARNHILL & GALLAND, P.C.**

By:   /s/ *Ryan Miller*
         RYAN MILLER
         DAVID BALTMANIS

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
         ALEXANDER S. ELSON

**COTCHETT, PITRE & McCARTHY, LLP**
         JUSTIN T. BERGER

*Attorneys for Plaintiffs and the Proposed Class*

PLAINTIFFS' AMENDED NOTICE OF HEARING ON MOTION TO STAY BRIEFING AND CONSIDERATION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION (DOC. 10), AND MOTIONS TO DISMISS (DOCS. 11 AND 12) PENDING RESOLUTION OF PLAINTIFFS' SECOND MOTION TO REMAND; Case No. 3:23-CV-01440-AGT