1  JUSTIN BERGER (SBN 250346)
   jberger@cpmlegal.com
2  BRIAN DANITZ (SBN 247403)
   bdanitz@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   ALEXANDER S. ELSON
7  **NATIONAL STUDENT LEGAL DEFENSE NETWORK**
   1701 Rhode Island Ave. NW
8  Washington, DC 20036
   Telephone: (202) 734-7495
9  alex@defendstudents.org

10 DAVID BALTMANIS                        RYAN MILLER
   **MINER, BARNHILL & GALLAND, P.C.**    **MINER, BARNHILL & GALLAND, P.C.**
11 325 N. La Salle St., Suite 350         44 E. Mifflin St., Suite 803
   Chicago, IL 60654                      Madison, WI 53703
12 Telephone: (312) 751-1170              Telephone: (608) 255-5200
   dbaltmanis@lawmbg.com                  rmiller@lawmbg.com
13
   *Attorneys for Plaintiffs and the Proposed Class*
14
                    **UNITED STATES DISTRICT COURT**
15
                  **NORTHERN DISTRICT OF CALIFORNIA**
16
17 FULLER, et al.,                         CASE NO. 3:23-CV-01440-AGT

18              Plaintiffs,
                                           **NOTICE OF APPEARANCE OF**
         v.                                **BRIAN DANITZ**
19
20 BLOOM INSTITUTE OF TECHNOLOGY,
   et al.,
21
22              Defendants.
23

24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brian Danitz, California State Bar Number 247403, of the law firm Cotchett, Pitre & McCarthy, LLP, hereby makes an appearance on behalf of Plaintiffs in the above-captioned matter, and requests that all future correspondence, notices, pleadings, and other filings and service related to this matter be sent to him at the following address:

BRIAN DANITZ
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
bdanitz@cpmlegal.com

Dated: August 30, 2023          **COTCHETT, PITRE & McCARTHY, LLP**

By: ___/s/ *Brian Danitz*_____
JUSTIN BERGER
BRIAN DANITZ

**NATIONAL STUDENT LEGAL DEFENSE NETWORK**
ALEXANDER S. ELSON

**MINER, BARNHILL & GALLAND, P.C.**
DAVID BALTMANIS

**MINER, BARNHILL & GALLAND, P.C.**
RYAN MILLER

*Attorneys for Plaintiffs and the Proposed Class*