PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ANDREW K. PARKHURST (324173)
andrew.parkhurst@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500
Facsimile: 650.233.4545

Attorneys for Defendants,
BLOOM INSTITUTE OF TECHNOLOGY;
AUSTEN ALLRED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FULLER, et al.<br><br>Plaintiff,<br><br>vs.<br><br>BLOOM INSTITUTE OF TECHNOLOGY, et al.<br><br>Defendant. | Case No. 3:23-CV-01440-AGT<br><br>**DECLARATION OF PATRICK HAMMON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date: January 12, 2024<br>Time: 10:00 a.m.<br>Dept: Courtroom A, 15th Floor<br>Judge: Magistrate Alex G. Tse |

I, Patrick Hammon, declare,

1. I am an attorney at law admitted to practice in the State of California and the United States District Court for the Northern District of California. I am a partner at Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendants, Bloom Institute of Technology and Austen Allred (collectively "Defendants"), in the above-mentioned matter. I submit this declaration in support of Defendants' Motion to Compel Arbitration and to Stay the Case. I have personal knowledge of the facts stated herein and could competently testify to them if called upon to do so.

2. Attached hereto as **Exhibit A** is what my office believes to be a true and correct copy of Plaintiff Brett McAdams' LinkedIn page, website and resume. My office downloaded these pages from these web links (https://www.linkedin.com/in/brett-mcadams/ ; https://codingwithbrett.netlify.app/) and attached to this declaration on December 20, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 20, 2023

/s/ *Patrick Hammon*
By: PATRICK HAMMON

# EXHIBIT A

Home My Network Jobs Messaging Notifications Me For Business Try Premium for $0




# Brett McAdams

Node.js Developer at Florida Blue

Florida Blue

Lambda School

Greater Tampa Bay Area · Contact info

500+ connections

Connect Message More

**Open to work**
Full Stack Engineer, Frontend Web Developer, Back End Developer and Javascrip...
Show details

## About

Hello! I'm a Full Stack Web Developer. I specialize in creating beautiful, useable, and professional websites using best practice accessibility. I have been coding for 2 years and attended Lambda School in 2020 to further advance my technical skills. I enjoy building everything from small business websites to rich interactive web applications.

## Activity

600 followers

**Brett hasn't posted yet**
Recent posts Brett shares will be displayed here.

Show all activity →

## Experience

**React Developer**
Florida Blue · Full-time
Jun 2021 - Present · 2 yrs 7 mos
Jacksonville, Florida, United States

**Team Lead**
Lambda School · Full-time
May 2020 - Jun 2021 · 1 yr 2 mos
Orlando, Florida, United States

Mentored a team of students to help advance their understanding of Web Development-related technical skills....

**Social Media Team Lead**
Nestlé Purina North America · Full-time
Sep 2017 - Jan 2019 · 1 yr 5 mos
Orlando, Florida, United States

Oversaw a team of 10+ members and ensured that all key metrics of performance as per the Client SLA are met and exceeded....

## Education

**BloomTech**
Endorsement, Full Stack Web Development
2020 - 2021

## Licenses & certifications

**Full-Stack Web Development + Technical Interviewing**
Lambda School
Issued Apr 2021

Show credential

## Skills

**React.js**

Passed LinkedIn Skill Assessment

1 endorsement

**JavaScript**

Passed LinkedIn Skill Assessment

1 endorsement

Show all 19 skills →

## Interests

Companies Schools

**Trilogy**
179,196 followers

+ Follow

**Apex Systems**
1,388,089 followers

+ Follow

Show all companies →

Ad •••
Follow Modulight Corp. to stay up-to-date!

modulight

Maria, keep up with the latest insights from **Modulight Corp.**

Follow

## People also viewed

**Susmita G** · 3rd+
Node JS Developer at General Dynamics

Connect

Sathwik B · 3rd+
**Senior Full Stack Java Developer , Node JS, React JS Developer ,HTML5 , CSS3 , JavaScript , JSP, React Developer .**

Connect

Nitin N. · 3rd+
Senior Software Engineer

Connect

pruthvi karri · 3rd+
Sr Node JS Developer at 7-Eleven

Connect

Zac Higgins · 3rd+
Software Development Engineer | Cloud & Backend Solutions

Connect

Show all

People you may know
From Brett's industry

Christian Santos
Software Engineer at Walmart Global Tech

Connect

Victoria Gates
Business Finance and Accounting

Connect

Reese Maeda
Marketing Student at San Jose State University | Adobe Ambassador

Connect

Abenezer Abera Bonga
MIS student at San Jose State University actively seeking internship opportunities.

Connect

Junyu Mu
--

Connect

Show all

You might like
Groups for you

Microsoft Excel Users
971,733 members

Join



Artificial Intelligence, Machine Learning, Data Science & Robotics

2,288,812 members

Join

Show all

Projects Contact Resume



# Hello. I’m Brett

I'm a Full Stack Web Developer based in Tampa, FL specializing in creating exceptional, high-quality websites and applications.

## Projects




## BLUE WITNESS

An interactive map that identifies potential instances of police use-of-force across the Unite States of
First.

React | Redux | Node/Express




## FINANCIAL TRACKER

Track your finances and develop a budget to help track your monthly spending. MERN Stack

React | Redux | MongoDB | JWT | Express




## COVID TRACKER

Covid tracker with interactive real time data display. API provided by disease.sh

React | API | Leaflet, Charts.js

SEE MORE ON GITHUB

## Skills & Tools

Javascript

React JS

Node JS

MongoDB

HTML 5

CSS 3

## Contact Me

I'd love to hear your thoughts!

**Brett McaAdams**
Tampa, Florida

BrettMcAdams@gmail.com

Resume

LinkedIn GitHub CodePen

Name

Email

Message

Send Message



# Brett McAdams

## Full-Stack Web Developer

Hello, my name is Brett, and I am a Full Stack Developer. I specialize in creating beautiful, useable, and professional websites using best practice accessibility.

BrettMcAdams96@gmail.com
407-580-6488
Tampa, Fl
codingwithbrett.netlify.app
linkedin.com/in/brett-mcadams
twitter.com/BrettMcAdams6
github.com/BrettMcAdams

## EDUCATION

**Full Stack Web Development**
Lambda School
*05/2020 - 01/2021* *Remote*

## EXPERIENCE

**Student Mentor**
Lambda School
*05/2020 - Present* *Remote*
*Achievements/Tasks*

- Mentored a team of students to help advance their understanding of Web Development-related technical skills.
- Coordinated academic counseling workshops, ongoing individual advising services, and customized learning objectives.
- Educate new students about various resources and student services available at Lambda to ensure student success.

**Team Lead**
Nestle Purina
*08/2018 - 11/2019* *Orlando, Florida*
*Achievements/Tasks*

- Oversaw a team of 10+ members and ensured that all key metrics of performance as per the Client SLA are met and exceeded.
- Implemented creative & innovative Rewards & Recognition activities for enhancing team performance and motivation; foster career advancement of the team members within the project or lateral movement.
- Worked with the Operations Manager on maintaining department expense budgets in accordance with the planned workload.

## SKILLS

MySQL | SQL | SQL | Express | Typescript | React | Computer Science | APIs | AWS | Firebase | PostgreSQL | Website Design | Redux | Database Structures | Node Js | CSS | HTML5 | UI/UX Design | Javascript | Front End Development | Problem Solving

## PERSONAL PROJECTS

HRF Blue Witness (02/2021 - Present)

- React | Redux | Node.js/Express | PostgreSQL | AWS
- Police brutality tracker with interactive real-time data display
- Lead developer on user data display and backend data modeling
- https://a.humanrightsfirst.dev/

Cheddar Bank (01/2021 - Present)

- Online financial tracker where you can set up bill payment reminders, track investments, and access your TransUnion credit score
- Connect your checking, savings, and credit card accounts to keep track of your finances
- Lead Developer Frontend/Backend
- https://cheddarbank.netlify.app/

## LANGUAGES

| | |
|---|---|
| Javascript | ●●●●● |
| React | ●●●●● |
| Redux | ●●●●● |
| Node | ●●●●○ |
| Python | ●●●○○ |
| Typescript | ●●●○○ |