PILLSBURY WINTHROP SHAW PITTMAN LLP
PATRICK HAMMON (255047)
patrick.hammon@pillsburylaw.com
ANDREW K. PARKHURST (324173)
andrew.parkhurst@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: 650.233.4500
Facsimile: 650.233.4545

Attorneys for Defendants,
BLOOM INSTITUTE OF TECHNOLOGY;
AUSTEN ALLRED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

FULLER, et al.

Plaintiffs,

vs.

BLOOM INSTITUTE OF TECHNOLOGY, et al.

Defendants.

Case No. 3:23-CV-01440-AGT

**DECLARATION OF JENNIFER ERB IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Date: January 12, 2024
Time: 10:00 a.m.
Dept: Courtroom A, 15th Floor
Judge: Magistrate Alex G. Tse

I, Jennifer Erb, declare:

1. Except as otherwise stated, I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify to them. I submit this declaration in support of Defendants' Motion to Compel Arbitration.

2. I am a Tuition Operations Senior Associate at Bloom Institute of Technology ("Bloom"). In that role, I am familiar with, among other things, Bloom's tuition and payment options and Bloom's onboarding process for students.

3. If selected by a student, that onboarding process also includes the transmission and execution of an Income Share Agreement ("ISA"). A typical ISA includes an arbitration provision.

4. Students are typically provided with copies of their ISA shortly after they have created an account with the servicer. Bloom also makes copies of its ISAs available online and upon request.

5. There is no time limit during which potential students need to execute their ISAs. To the contrary, Bloom builds in time periods for students to review and conduct whatever investigation or consultation they think is relevant before executing an ISA. Anecdotally, I am familiar with the fact that some potential students have consulted friends, other students, family, and even lawyers before executing their ISAs. Such consultations are neither required nor discouraged.

6. Bloom also makes personnel in its tuition operations and tier one support teams available to potential and current students to answer questions about their ISAs. In addition to the live support resources Bloom provides, Bloom also makes live informational sessions, trainings, presentations, and FAQs available to prospective and current students. Anecdotally, I am familiar with the fact that at some point during their time at Bloom almost every student has taken advantage of such resources to help them understand their ISA.

7. I am aware that, at all relevant times for the four Plaintiffs in this lawsuit, students were required to take and pass the Criteria Cognitive Aptitude Test ("CCAT") before enrolling at Bloom. The CCAT is an aptitude test that Bloom used to help ensure students' abilities to benefit from its programs. As described on their website, "*the CCAT is a pre-employment aptitude test that measures an individual's aptitude, or ability to solve problems, digest and apply information, learn new skills,*

*and think critically. Individuals with high aptitude are more likely to be quick learners and high performers than are individuals with low aptitude.*" Having students take and pass the CCAT is important to Bloom because Bloom has an interest in its students' success both during their enrollment and after.

8. In my role, I am familiar with where and how Bloom keeps and organizes its records relating to admissions and tuition. I have reviewed each of the named Plaintiff's records. I am familiar with Exhibits A, B, C, and D, which are true and correct copies of Jessica Fuller, Alexander Goncalves, Brett McAdams, and Quinn Molina's CCAT results. Those records indicate that each student took and passed the CCAT test, obtaining the scores shown in **Exhibit A**, **B**, **C**, and **D**, respectively.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 19, 2023

DocuSigned by:
Jennifer Erb
A52B241F1A364A8...
JENNIFER ERB

**ATTESTATION**

I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: December 19, 2023

*/s/ Patrick Hammon*
PATRICK HAMMON

# EXHIBIT A

# Jessica Fuller

Criteria Score Report

Position: Lambda School Applicants Production -- DEACTIVATE SOON
Test Date: Apr 21, 2020
Test Event ID: LAM-1544-MHZD | Test Ver: 1.0

APTITUDE TEST

## Criteria Cognitive Aptitude Test

The CCAT measures cognitive aptitude, or general intelligence. This test provides an indication of a subject's ability to solve problems, digest and apply information, learn new skills, and think critically. Cognitive aptitude is one of the most accurate job predictors of job success for any position.

**Results Summary**

| Raw Score | Percentile |
| --- | --- |
| 39 | 92 |

## Raw Score




## Results Details

Jessica Fuller achieved an overall score of 39, which means Jessica answered 39 questions correctly. This corresponds to a percentile rank of 92, meaning Jessica scored better than 92% of the people who have taken this test. Below are details of how Jessica performed in specific sub categories.

**Spatial Reasoning Percentile** 70

Ability to visualize, make spatial judgements, and problem solve; correlated to general intelligence.

**Verbal Ability Percentile** 99

Reasoning and comprehension of words, constructive thinking, and attention to detail.

**Math & Logic Percentile** 90

Ability to reason using numbers and numerical concepts. Also measures logic and analytical thinking.



Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Jessica Fuller | Score: 39**

| Position | Range | Result |
|---|---|---|
| **Accounting** | (Range: 20-50) | In Range |
| **Analyst** | (Range: 22-50) | In Range |
| **Architecture and Drafting** | (Range: 20-50) | In Range |
| **Art and Design** | (Range: 19-50) | In Range |
| **Aviation** | (Range: 20-50) | In Range |
| **Business Operations Specialist** | (Range: 20-50) | In Range |
| **Counselling and Social Work** | (Range: 20-50) | In Range |
| **Customer Service Manager** | (Range: 19-50) | In Range |
| **Customer Service Representative** | (Range: 17-50) | In Range |
| **Data Analytics and Statistics** | (Range: 24-50) | In Range |
| **Education** | (Range: 20-50) | In Range |
| **Emergency and Protective** | (Range: 19-50) | In Range |
| **Engineering** | (Range: 22-50) | In Range |
| **Finance Manager** | (Range: 22-50) | In Range |
| **Financial Services** | (Range: 20-50) | In Range |
| **HR Manager** | (Range: 21-50) | In Range |
| **Human Resources** | (Range: 20-50) | In Range |
| **IT and Computing Systems** | (Range: 21-50) | In Range |
| **IT Manager** | (Range: 20-50) | In Range |
| **IT Support** | (Range: 20-50) | In Range |
| **Journalism and Communications** | (Range: 20-50) | In Range |
| **Legal** | (Range: 24-50) | In Range |
| **Management** | (Range: 20-50) | In Range |


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Jessica Fuller | Score: 39**

| Position | Range | Result |
|---|---|---|
| **Marketing and Product** | (Range: 21-50) | In Range |
| **Media Production** | (Range: 20-50) | In Range |
| **Medical Assistance** | (Range: 19-50) | In Range |
| **Medicine and Healthcare** | (Range: 22-50) | In Range |
| **Nursing** | (Range: 21-50) | In Range |
| **Office and Administrative Support** | (Range: 19-50) | In Range |
| **Paralegal and Legal Support** | (Range: 19-50) | In Range |
| **Plant Operator** | (Range: 18-50) | In Range |
| **Production Manager / Supervisor** | (Range: 19-50) | In Range |
| **Project Manager** | (Range: 21-50) | In Range |
| **Retail Sales** | (Range: 17-50) | In Range |
| **Sales / Account Executive** | (Range: 19-50) | In Range |
| **Sales Manager** | (Range: 20-50) | In Range |
| **Sales Representative** | (Range: 17-50) | In Range |
| **Science and Research** | (Range: 22-50) | In Range |
| **Senior and Executive Leadership** | (Range: 22-50) | In Range |
| **Service Technician** | (Range: 17-50) | In Range |
| **Software Development** | (Range: 20-50) | In Range |
| **Store Manager** | (Range: 18-50) | In Range |


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

# EXHIBIT B

# Alexander Goncalves

Criteria Score Report

Position: Lambda School Applicants Production -- DEACTIVATE SOON
Test Date: May 04, 2020
Test Event ID: LAM-8873-CNZY | Test Ver: 1.0

APTITUDE TEST

## Criteria Cognitive Aptitude Test

The CCAT measures cognitive aptitude, or general intelligence. This test provides an indication of a subject's ability to solve problems, digest and apply information, learn new skills, and think critically. Cognitive aptitude is one of the most accurate job predictors of job success for any position.

**Results Summary**

| Raw Score | Percentile |
|---|---|
| 35 | 85 |

## Raw Score




## Results Details

Alexander Goncalves achieved an overall score of 35, which means Alexander answered 35 questions correctly. This corresponds to a percentile rank of 85, meaning Alexander scored better than 85% of the people who have taken this test. Below are details of how Alexander performed in specific sub categories.

**Spatial Reasoning Percentile** 70

Ability to visualize, make spatial judgements, and problem solve; correlated to general intelligence.

**Verbal Ability Percentile** 95

Reasoning and comprehension of words, constructive thinking, and attention to detail.

**Math & Logic Percentile** 85

Ability to reason using numbers and numerical concepts. Also measures logic and analytical thinking.


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Alexander Goncalves | Score: 35**



| | | |
|---|---|---|
| **Accounting** | (Range: 20-50) | In Range |
| **Analyst** | (Range: 22-50) | In Range |
| **Architecture and Drafting** | (Range: 20-50) | In Range |
| **Art and Design** | (Range: 19-50) | In Range |
| **Aviation** | (Range: 20-50) | In Range |
| **Business Operations Specialist** | (Range: 20-50) | In Range |
| **Counselling and Social Work** | (Range: 20-50) | In Range |
| **Customer Service Manager** | (Range: 19-50) | In Range |
| **Customer Service Representative** | (Range: 17-50) | In Range |
| **Data Analytics and Statistics** | (Range: 24-50) | In Range |
| **Education** | (Range: 20-50) | In Range |
| **Emergency and Protective** | (Range: 19-50) | In Range |
| **Engineering** | (Range: 22-50) | In Range |
| **Finance Manager** | (Range: 22-50) | In Range |
| **Financial Services** | (Range: 20-50) | In Range |
| **HR Manager** | (Range: 21-50) | In Range |
| **Human Resources** | (Range: 20-50) | In Range |
| **IT and Computing Systems** | (Range: 21-50) | In Range |
| **IT Manager** | (Range: 20-50) | In Range |
| **IT Support** | (Range: 20-50) | In Range |
| **Journalism and Communications** | (Range: 20-50) | In Range |
| **Legal** | (Range: 24-50) | In Range |
| **Management** | (Range: 20-50) | In Range |



Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Alexander Goncalves | Score: 35**




| Position | Range | Result |
|---|---|---|
| **Marketing and Product** | (Range: 21-50) | In Range |
| **Media Production** | (Range: 20-50) | In Range |
| **Medical Assistance** | (Range: 19-50) | In Range |
| **Medicine and Healthcare** | (Range: 22-50) | In Range |
| **Nursing** | (Range: 21-50) | In Range |
| **Office and Administrative Support** | (Range: 19-50) | In Range |
| **Paralegal and Legal Support** | (Range: 19-50) | In Range |
| **Plant Operator** | (Range: 18-50) | In Range |
| **Production Manager / Supervisor** | (Range: 19-50) | In Range |
| **Project Manager** | (Range: 21-50) | In Range |
| **Retail Sales** | (Range: 17-50) | In Range |
| **Sales / Account Executive** | (Range: 19-50) | In Range |
| **Sales Manager** | (Range: 20-50) | In Range |
| **Sales Representative** | (Range: 17-50) | In Range |
| **Science and Research** | (Range: 22-50) | In Range |
| **Senior and Executive Leadership** | (Range: 22-50) | In Range |
| **Service Technician** | (Range: 17-50) | In Range |
| **Software Development** | (Range: 20-50) | In Range |
| **Store Manager** | (Range: 18-50) | In Range |



Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

# EXHIBIT C

# Brett McAdams

Criteria Score Report

Position: Lambda School Applicants Production -- DEACTIVATE SOON
Test Date: Jun 14, 2020
Test Event ID: LAM-6114-QHVQ | Test Ver: 1.0



APTITUDE TEST

## Criteria Cognitive Aptitude Test

The CCAT measures cognitive aptitude, or general intelligence. This test provides an indication of a subject's ability to solve problems, digest and apply information, learn new skills, and think critically. Cognitive aptitude is one of the most accurate job predictors of job success for any position.

**Results Summary**

| 35 | 85 |
|---|---|
| Raw Score | Percentile |

## Raw Score




## Results Details

Brett McAdams achieved an overall score of 35, which means Brett answered 35 questions correctly. This corresponds to a percentile rank of 85, meaning Brett scored better than 85% of the people who have taken this test. Below are details of how Brett performed in specific sub categories.



**Spatial Reasoning Percentile** **70**

Ability to visualize, make spatial judgements, and problem solve; correlated to general intelligence.



**Verbal Ability Percentile** **91**

Reasoning and comprehension of words, constructive thinking, and attention to detail.



**Math & Logic Percentile** **90**

Ability to reason using numbers and numerical concepts. Also measures logic and analytical thinking.


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Brett McAdams | Score: 35**

| Position | Range | Result |
|---|---|---|
| **Accounting** | (Range: 20-50) | In Range |
| **Analyst** | (Range: 22-50) | In Range |
| **Architecture and Drafting** | (Range: 20-50) | In Range |
| **Art and Design** | (Range: 19-50) | In Range |
| **Aviation** | (Range: 20-50) | In Range |
| **Business Operations Specialist** | (Range: 20-50) | In Range |
| **Counselling and Social Work** | (Range: 20-50) | In Range |
| **Customer Service Manager** | (Range: 19-50) | In Range |
| **Customer Service Representative** | (Range: 17-50) | In Range |
| **Data Analytics and Statistics** | (Range: 24-50) | In Range |
| **Education** | (Range: 20-50) | In Range |
| **Emergency and Protective** | (Range: 19-50) | In Range |
| **Engineering** | (Range: 22-50) | In Range |
| **Finance Manager** | (Range: 22-50) | In Range |
| **Financial Services** | (Range: 20-50) | In Range |
| **HR Manager** | (Range: 21-50) | In Range |
| **Human Resources** | (Range: 20-50) | In Range |
| **IT and Computing Systems** | (Range: 21-50) | In Range |
| **IT Manager** | (Range: 20-50) | In Range |
| **IT Support** | (Range: 20-50) | In Range |
| **Journalism and Communications** | (Range: 20-50) | In Range |
| **Legal** | (Range: 24-50) | In Range |
| **Management** | (Range: 20-50) | In Range |


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Brett McAdams | Score: 35**




| | | |
|---|---|---|
| **Marketing and Product** | (Range: 21-50) | In Range |
| **Media Production** | (Range: 20-50) | In Range |
| **Medical Assistance** | (Range: 19-50) | In Range |
| **Medicine and Healthcare** | (Range: 22-50) | In Range |
| **Nursing** | (Range: 21-50) | In Range |
| **Office and Administrative Support** | (Range: 19-50) | In Range |
| **Paralegal and Legal Support** | (Range: 19-50) | In Range |
| **Plant Operator** | (Range: 18-50) | In Range |
| **Production Manager / Supervisor** | (Range: 19-50) | In Range |
| **Project Manager** | (Range: 21-50) | In Range |
| **Retail Sales** | (Range: 17-50) | In Range |
| **Sales / Account Executive** | (Range: 19-50) | In Range |
| **Sales Manager** | (Range: 20-50) | In Range |
| **Sales Representative** | (Range: 17-50) | In Range |
| **Science and Research** | (Range: 22-50) | In Range |
| **Senior and Executive Leadership** | (Range: 22-50) | In Range |
| **Service Technician** | (Range: 17-50) | In Range |
| **Software Development** | (Range: 20-50) | In Range |
| **Store Manager** | (Range: 18-50) | In Range |



Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

# EXHIBIT D

# Quinn Molina

Criteria
Score Report

Position: Lambda School Applicants CCAT only Production
Test Date: Jan 06, 2021
Test Event ID: LAM-1487-FJXK | Test Ver: 1.0



APTITUDE TEST

## Criteria Cognitive Aptitude Test

The CCAT measures cognitive aptitude, or general intelligence. This test provides an indication of a subject's ability to solve problems, digest and apply information, learn new skills, and think critically. Cognitive aptitude is one of the most accurate job predictors of job success for any position.

**Results Summary**

| Raw Score | Percentile |
|---|---|
| 38 | 91 |

## Raw Score




## Results Details

Quinn Molina achieved an overall score of 38, which means Quinn answered 38 questions correctly. This corresponds to a percentile rank of 91, meaning Quinn scored better than 91% of the people who have taken this test. Below are details of how Quinn performed in specific sub categories.



**Spatial Reasoning Percentile** **96**

Ability to visualize, make spatial judgements, and problem solve; correlated to general intelligence.



**Verbal Ability Percentile** **99**

Reasoning and comprehension of words, constructive thinking, and attention to detail.



**Math & Logic Percentile** **77**

Ability to reason using numbers and numerical concepts. Also measures logic and analytical thinking.


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Quinn Molina | Score: 38**

| | | |
|---|---|---|
| **Accounting** | (Range: 20-50) | In Range |
| **Analyst** | (Range: 22-50) | In Range |
| **Architecture and Drafting** | (Range: 20-50) | In Range |
| **Art and Design** | (Range: 19-50) | In Range |
| **Aviation** | (Range: 20-50) | In Range |
| **Business Operations Specialist** | (Range: 20-50) | In Range |
| **Counselling and Social Work** | (Range: 20-50) | In Range |
| **Customer Service Manager** | (Range: 19-50) | In Range |
| **Customer Service Representative** | (Range: 17-50) | In Range |
| **Data Analytics and Statistics** | (Range: 24-50) | In Range |
| **Education** | (Range: 20-50) | In Range |
| **Emergency and Protective** | (Range: 19-50) | In Range |
| **Engineering** | (Range: 22-50) | In Range |
| **Finance Manager** | (Range: 22-50) | In Range |
| **Financial Services** | (Range: 20-50) | In Range |
| **HR Manager** | (Range: 21-50) | In Range |
| **Human Resources** | (Range: 20-50) | In Range |
| **IT and Computing Systems** | (Range: 21-50) | In Range |
| **IT Manager** | (Range: 20-50) | In Range |
| **IT Support** | (Range: 20-50) | In Range |
| **Journalism and Communications** | (Range: 20-50) | In Range |
| **Legal** | (Range: 24-50) | In Range |
| **Management** | (Range: 20-50) | In Range |


Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com

## Suggested CCAT Score Ranges by Position

*Based on national norms compiled by Criteria Corp.

**Quinn Molina | Score: 38**



| Position | Range | Result |
|---|---|---|
| **Marketing and Product** | (Range: 21-50) | In Range |
| **Media Production** | (Range: 20-50) | In Range |
| **Medical Assistance** | (Range: 19-50) | In Range |
| **Medicine and Healthcare** | (Range: 22-50) | In Range |
| **Nursing** | (Range: 21-50) | In Range |
| **Office and Administrative Support** | (Range: 19-50) | In Range |
| **Paralegal and Legal Support** | (Range: 19-50) | In Range |
| **Plant Operator** | (Range: 18-50) | In Range |
| **Production Manager / Supervisor** | (Range: 19-50) | In Range |
| **Project Manager** | (Range: 21-50) | In Range |
| **Retail Sales** | (Range: 17-50) | In Range |
| **Sales / Account Executive** | (Range: 19-50) | In Range |
| **Sales Manager** | (Range: 20-50) | In Range |
| **Sales Representative** | (Range: 17-50) | In Range |
| **Science and Research** | (Range: 22-50) | In Range |
| **Senior and Executive Leadership** | (Range: 22-50) | In Range |
| **Service Technician** | (Range: 17-50) | In Range |
| **Software Development** | (Range: 20-50) | In Range |
| **Store Manager** | (Range: 18-50) | In Range |



Copyright © 2005-2023, Criteria Corp. All Rights Reserved. • techsupport@criteriacorp.com